KATHRYN LEE BOYD, ESQ. (SBN 189496)
lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, CA 90048
Phone: (323) 302-9488
Fax: (323) 931-4990

TERRI MARSH, ESQ. (*pro hac vice pending*)
terri.marsh@hrlf.net
BRIAN PIERCE, ESQ. (*pro hac vice pending*)
bjpierce@gmail.com
**HUMAN RIGHTS LAW FOUNDATION (LEAD COUNSEL)**
1615 L Street NW, Suite 1100
Washington, D.C. 20036
Phone: (202) 369-4977
Fax: (202) 355-6701

Attorneys for PLAINTIFFS

RECEIVED
2011 MAY 19  P 2:30
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N.D. CA-SAN JOSE

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu,<br><br>Plaintiffs,<br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, and DOES 1-100,<br><br>Defendants. | Case No. CV11-02449 PSG<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMMENCE AND PROCEED AS PSEUDONYMOUS PLAINTIFFS**<br><br>Action Filed: May 19, 2011<br><br>Hearing date: To be determined |

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO
COMMENCE AND PROCEED AS PSEUDONYMOUS PLAINTIFFS
Doe et al. v. Cisco et al.

# [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion to Commence and Proceed as Pseudonymous Plaintiffs and the accompanying Memorandum of Points and Authorities and Declaration of Terri Marsh in Support Thereof, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT Plaintiffs' Motion to Commence and Proceed as Pseudonymous Plaintiffs is GRANTED. Plaintiffs DOE I, DOE II, DOE III, DOE IV, DOE V, DOE VI, DOE VII, ROE VII, DOE VIII, and ROE VIII are permitted to commence and proceed with this action using pseudonyms.

**IT IS SO ORDERED.**

DATED:_____    _____
United States District Judge

- 1 -

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO
COMMENCE AND PROCEED AS PSEUDONYMOUS PLAINTIFFS
Doe et al. v. Cisco et al.

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048