KATHRYN LEE BOYD, ESQ. (SBN 189496)
lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, California 90048
Phone: (323) 302-9488
Fax: (323) 931-4990

TERRI MARSH, ESQ. (*pro hac vice* pending)
terri.marsh@hrlf.net
BRIAN PIERCE, ESQ. (*pro hac vice* pending)
bjpierce@gmail.com
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street NW, Suite 1100
Washington, D.C. 20036
Phone: (202) 369-4977
Fax: (202) 355-6701

Attorneys for PLAINTIFFS

FILED
2011 MAY 19 P 2: 33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA-SAN JOSE

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIE Guifu,<br><br>Plaintiffs,<br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, and DOES 1-100,<br><br>Defendants. | Case No. CV 11-02449 PSG<br><br>**DECLARATION OF TERRI MARSH IN SUPPORT OF PLAINTIFFS' MOTION TO COMMENCE AND PROCEED AS PSEUDONYMOUS PLAINTIFFS**<br><br>Action Filed: May 19, 2011<br><br>Hearing Date: To Be Determined |

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

DECLARATION OF TERRI MARSH IN SUPPORT OF MOTION TO
COMMENCE AND PROCEED AS PSEUDONYMOUS PLAINTIFFS
Doe et al. v. Cisco et al.

# DECLARATION OF TERRI MARSH, ESQ.

I, Terri Marsh, declare:

1. I am an attorney at law duly licensed to practice law in the District of Columbia and have an application pending to appear *pro hac vice* before the U.S. District Court for the Northern District of California. I am the Director of the Human Rights Law Foundation, attorney of record for Plaintiffs. I am one of the attorneys in the above-titled case and have personal knowledge of the facts and official reports described herein, and if called as a witness I would and could competently testify thereto.

2. The Plaintiffs who require anonymity include DOE I, DOE II, DOE III, DOE IV, DOE V, DOE VI, ROE VII and ROE VIII as well as DOE VII who has disappeared and DOE VIII who is now deceased. DOES I-VIII are Chinese Falun Gong practitioners who have been subjected to retaliatory forms of persecution that has included prolonged arbitrary detentions, severe torture and forced exile. ROES VII and VIII are family members suing on behalf of the wrongful death or disappearance of DOES VII and VIII.

3. Party ROE III who is filing as Next Friend for DOE III and DOE IV also requires anonymity based on the nature of his relationship with DOES III and IV.

4. Access to the name of the aforementioned plaintiffs and party would subject them or their families to extremely harsh forms of punishment, intimidation and coercion by the Chinese Communist Party ("CCP") for their initiation of an action seeking redress against Defendants based directly on the relationship between Defendants and the CCP and their collaborative creation of the Golden Shield to track, persecute and eradicate Falun Gong practitioners. Many who know the plaintiffs and party in China would be in positions of particular vulnerability as regards potential retaliatory punishment or coercion that would likely be inflicted

SCHWARCZ, RIMBERG, BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

DECLARATION OF TERRI MARSH IN SUPPORT OF MOTION TO COMMENCE AND PROCEED AS PSEUDONYMOUS PLAINTIFFS
Doe et al. v. Cisco et al.

upon them as a result of their filing this complaint.

5. China remains a country where such retaliatory forms of persecution have been carried out against known Falun Gong practitioners in addition to other dissidents perceived to be in opposition to the authority of the Party. Such retaliation has been and continues to be carried out against family members as a means of further terrorizing, retaliating against and suppressing Falun Gong.

6. The reality and likelihood of the fact that reprisals would be directed against the Plaintiffs and Plaintiffs' family members is confirmed by extensive documentation provided by the U.S. Department of State in their Country Reports on Human Rights and their Reports on International Religious Freedom, which indicate that the CCP is engaged in a widespread pattern and practice of harsh repression, retaliatory punishment and intimidation that has been targeted against the Falun Gong believers in China including Plaintiffs and their families; and that these practices have included arbitrary arrest and imprisonment, torture, and in some cases, extrajudicial killing while in detention resulting from the infliction of torture. A true and correct copy of excerpts from the State Dept.'s 2009 Human Rights Report on China is attached hereto as <u>Exhibit A</u>.

7. Persecutory reprisals carried out against all persons who openly practice the Falun Gong religion in China are ongoing and well reflected in the State Dept.'s 2010 Human Rights Report on China. A true and correct copy of excerpts from the State Dept.'s 2010 Human Rights Report is attached hereto as <u>Exhibit B</u>. *See also, US Department of State, International Religious Freedom Report 2007, China (includes Tibet, Hong Kong, Macau)*, September 14, 2007; *US Department of State, 2006 Country Reports on Human Rights Practices, China (includes Tibet, Hong Kong, and Macau)*, March 6, 2007.

8. Several other official reports, including a United Nations 2007 Report, report that Falun Gong practitioners who have sought redress for Falun Gong in China have been subjected to detention and ill treatment. See,

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMMENCE AND PROCEED WITH ACTION AS PSEUDONYMOUS PLAINTIFFS
Doe et al. v. Cisco et al.

SCHWARCZ, RIMBERG, BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

1  http://falunhr.org/reports/UN2007/UN-07.pdf. The official verdicts issued by Chinese Courts in the cases filed against many of those seeking anonymity for themselves or family members similarly make clear that many Falun Gong practitioners in China have been subjected to persecutory reprisals based on their travel to Beijing to seek redress for Falun Gong.

9.  In addition, DOES I, II, V, and VI, have specifically requested that their names not be used based on the fact that they reside in China and would be subjected to severe retaliatory forms of persecution if their identities were revealed.

10. ROES VII and VIII have similarly requested that their names and those of DOE VII and DOE VIII not be used because they reside in China and would be subjected to severe forms of retaliation if the identities of the victims or survivors were revealed. ROE III has additionally requested that the names of DOES III and IV not be revealed to protect them and their families from reprisal and persecution.

11. The serious nature of Plaintiffs' allegations of torture and persecution against the Defendants and their collaborators in China similarly demonstrate the parties needs for anonymity. *See*, Compl. at ¶¶ 103-211.

12. In a case filed by undersigned counsel in 2001, the plaintiff who did not use an anonymous designation in that case was apprehended and tortured shortly after the case was filed. Upon information and belief, this would not have occurred had the plaintiff filed the case anonymously.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

///
///
///
///
///

- 4 -

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMMENCE
AND PROCEED WITH ACTION AS PSEUDONYMOUS PLAINTIFFS
Doe et al. v. Cisco et al.

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

Executed this sixteenth day of May 2011, at Washington, D.C.

_____
Terri Marsh, Esq.

5

DECLARATION OF TERRI MARSH IN SUPPORT OF MOTION TO
COMMENCE AND PROCEED AS PSEUDONYMOUS PLAINTIFFS
Doe et al. v. Cisco et al.