KATHRYN LEE CRAWFORD-BOYD, ESQ. (SBN 189496)
    lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
    rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, California 90048
Phone: (323) 302-9488
Fax: (323) 931-4990

TERRI MARSH, ESQ. (*pro hac vice pending*)
    terri.marsh@hrlf.net
BRIAN PIERCE, ESQ. (*pro hac vice pending*)
    bjpierce@gmail.com
**HUMAN RIGHTS LAW FOUNDATION (LEAD COUNSEL)**
615 L Street NW, Suite 1100
Washington, D.C. 20036
Phone: (202) 369-4977
Fax: (202) 355-6701

Attorneys for PLAINTIFFS

FILED
2011 MAY 19  P 2:32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu,<br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, and DOES 1-100,<br><br>Defendants. | Case No. CV 11-02449 PSG<br><br>**DECLARATION OF ROE III IN SUPPORT OF PLAINTIFFS' MOTION TO COMMENCE AND PROCEED THROUGH APPOINTED NEXT FRIENDS**<br><br>Hearing Date: To Be Determined |

SCHWARCZ, RIMBERG, BOYD & RADER LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

DECLARATION OF ROE III IN SUPPORT OF PLAINTIFFS' MOTION TO COMMENCE AND PROCEED THROUGH NEXT FRIENDS
Case No. _____
ORIGINAL

## DECLARATION OF ROE III

I, ROE III, declare as follows:

1. I am a Canadian citizen currently residing in Toronto, Canada.
2. I wish to proceed as the Next Friend of both Doe III and Doe IV in this action.
3. My friend, Doe III is currently in prison in secure facilities in China.
4. Access to Doe III in prison is extremely limited. Chinese officials substantially limit his availability to visitors, and to the extent that visits are permitted, they are closely monitored.
5. I have been a close personal friend to Doe III since 1998, before the onset of the persecution of Falun Gong in China.
6. After the onset of the persecution of Falun Gong in China, I spent considerable time with Doe III to discuss how to withstand the persecutory campaign. We collaborated to download information about Falun Gong and to help distribute this information to people in China in order to educate people about the severity of the persecutory campaign and to seek help. I attempted to acquire an attorney to represent Doe III in China. I remain in touch with Doe III's family.
7. I am truly dedicated to the best interests of Doe III in this action.
8. My friend, Doe IV was in prison in secure facilities in China until recently when he was released.
9. Doe IV is now under round-the-clock surveillance and monitoring by Chinese security. Access to Doe IV is extremely limited for that reason.
10. I have been a close personal friend to Doe IV since early 2003.
11. I have been close with Doe IV and his family before, during and after Doe IV's imprisonment. I contacted Doe IV's father after Doe IV's arrest, discussed with Doe IV's father how we could rescue Doe IV, and attempted to acquire an

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

1

DECLARATION OF ROE III IN SUPPORT OF PLAINTIFFS' MOTION
TO COMMENCE AND PROCEED THROUGH APPOINTED NEXT FRIENDS
Doe et al. v. Cisco et al.

attorney to represent Doe IV after his family expressed an interest in finding one.

12. Prior to Doe IV's imprisonment in 2003 in Hebei Province, I communicated extensively with Doe IV.

13. I am careful not to communicate with Doe IV while he is under surveillance. My access to him is very limited.

15. Prior to Doe IV's release, I communicated with Doe IV's family to the extent possible. Based on my communication with them, it is clear to me that they cannot act as Next Friend for Doe IV because they also reside in China and their communication with those outside of China are monitored.

16. I am truly dedicated to acting in the best interests of Doe IV in this action.

17. In June of 2010, I spoke with Attorney Terri Marsh. With the aid of a translator, Terri explained to me the concept of Next Friend Representation.

18. I clearly understand the responsibility of serving as a Next Friend, and I am willing and able to serve in that capacity for both Doe III and Doe IV.

19. I am willing to speak with Terri Marsh regularly on behalf of Doe III and Doe IV going forward.

20. On, August 16, 2010, I received written authorization from Doe III's wife to represent Doe III as next friend in this case. In December 2010, a month after Doe IV was released from prison, I received oral authorization from Doe IV to represent him as next friend in this case.

21. On, May 15, 2011, I received the Next Friend Authorization and Retainer for Doe III and Doe IV directly from Can Sun, a Yale law student who has been assisting with this case.

22. On, May 15, 2011, I hand-delivered the signed Next Friend Authorization and Retainer for Doe III and Doe IV to Human Rights Law Foundation law intern, Can Sun.

2

DECLARATION OF ROE III IN SUPPORT OF PLAINTIFFS' MOTION
TO COMMENCE AND PROCEED THROUGH APPOINTED NEXT FRIENDS
Doe et al. v. Cisco et al.

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

1  I declare under penalty of perjury of the laws of the United States that the
2  foregoing is true and correct.

4  Executed this 15th day of May, 2011, at Toronto, Canada.

_____
Roe III

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

3

DECLARATION OF ROE III IN SUPPORT OF PLAINTIFFS' MOTION
TO COMMENCE AND PROCEED THROUGH APPOINTED NEXT FRIENDS
Doe et al. v. Cisco et al.