ORIGINAL

| Clerk's Use Only | |
|---|---|
| Initial for fee pd.: | |

BRIAN PIERCE, ESQ.
HUMAN RIGHTS LAW FOUNDATION
615 L. Street NW, Suite 1100
Washington, D.C. 20036
Phone: 202-369-4977

FILED

2011 MAY 19  P 2:35

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA-SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOE I, et al.,

            Plaintiff(s),

    v.

CISCO SYSTEMS, INC., et al.,

            Defendant(s).

CASE NO.

APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE

CV 11-02449 PSG

Pursuant to Civil L.R. 11-3,  Brian Pierce  , an active member in good standing of the bar of  the State of Illinois,  , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing  Plaintiffs, Doe I, et al.  in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

K. Lee Boyd. Address: Schwarcz, Rimberg, Boyd & Rader, LLP, 6310 San Vicente Blvd., Suite 360. Telephone: 323-302-9488.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/16/11

