IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOE I, et al.

        Plaintiff,

v.

CISCO SYSTEMS, INC., et al.,

        Defendant.

CASE NO.

CV 11-02449

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Terri Marsh                                    , whose business address and telephone number is

HUMAN RIGHTS LAW FOUNDATION
615 L. Street NW, Suite 1100
Washington, D.C. 20036 (email: terri.marsh@hrlf.net)

and who is an active member in good standing of the bar of   the District of Columbia

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  Plaintiffs, Doe I, et al.

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:

                           United States District     Judge