# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| DOE I, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| CISCO SYSTEMS, INC., et al. | ) |
| *Defendant* | ) CV 11-02449 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CISCO SYSTEMS, INC.
170 West Tasman Dr.
San Jose, CA 95134

**PSG**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    K. LEE BOYD
SCHWARCZ, RIMBERG, BOYD & RADER, LLP
6310 San Vicente Blvd., Suite 360
Los Angeles, CA 90048

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Tiffany Salinas-Harwell

Date: MAY 19 2011

*Signature of Clerk or Deputy Clerk*