**United States District Court**
For the Northern District of California

1

2

3                          UNITED STATES DISTRICT COURT

4                        NORTHERN DISTRICT OF CALIFORNIA

5

6    DOE I, et al.,                              No.  CV11-02449 PSG

7              Plaintiff(s),                     NOTICE OF IMPENDING
                                                 REASSIGNMENT TO A UNITED STATES
8         v.                                     DISTRICT JUDGE

9    CISCO SYSTEMS, INC., et al.,

10             Defendant(s).

11   _____/

12         The Clerk of this Court will now randomly reassign this case to a United States District

13   Judge because one or more of the parties has requested reassignment to a United States District

14   Judge or has not consented to the jurisdiction of a United States Magistrate Judge.

15         The case management conference presently scheduled for Tuesday, August 9, 2011 at 2:00

16   p.m. before Magistrate Judge Paul S. Grewal is hereby vacated.  Clerk to reassign case.

17

18

19   Dated:  May 20, 2011

20                                               Richard W. Wieking, Clerk
                                                 United States District Court
21

22                                               By: Oscar Rivera
                                                 Courtroom Deputy Clerk to
23                                               Magistrate Judge Paul S. Grewal

24

25

26

27

28