**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                                               General Court Number
Clerk                                                                                                                              408.535.5364

May 23, 2011

**CASE NUMBER:  CV 11-02449 PSG**
**CASE TITLE:  DOE I, ET AL.-v-CISCO SYSTEMS, INC., ET AL.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  **Case reassigned to the Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/20/2011

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                                                                          Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                                         Special Projects
Log Book Noted                                                                    Entered in Computer 5/23/2011 tsh

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                                         Transferor CSA