UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOE I,<br>　　　　　　　Plaintiff,<br>　V.<br>CISCO SYSTEMS, INC.,<br>　　　　　　　Defendant. | Case Number CV-11-2449-JF<br><br><br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

A Case Management Conference has been set on August 12, 2011 at 10:30 a.m. before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

June 7, 2011　　　　　　　　　　　　　　　　For the Court
　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　By:　/s/
　　　　　　　　　　　　　　　　　　　　　　Diana Munz
　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk