RECEIVED

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NO. DIST. OF CA. SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOE I, et al.,

    Plaintiff,

v.

CISCO SYSTEMS, INC., et al.,

    Defendant.

CASE NO. CV11-02449 JF PSG

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Terri Marsh, whose business address and telephone number is

HUMAN RIGHTS LAW FOUNDATION
615 L. Street NW, Suite 1100
Washington, D.C. 20036 (email: terri.marsh@hrlf.net)

and who is an active member in good standing of the bar of   the District of Columbia

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing   Plaintiffs, Doe I, et al.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 6/8/11

_____
United States District   Judge

United States District Court
For the Northern District of California