KATHRYN LEE BOYD, ESQ. (SBN 189496)
    lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
    rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, California 90048
Phone: (323) 302-9488
Fax: (323) 931-4990

TERRI MARSH, ESQ. (*pro hac vice*)
    terri.marsh@hrlf.net
BRIAN PIERCE, ESQ. (*pro hac vice*)
    bjpierce@gmail.com
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street NW, Suite 1100
Washington, D.C.  20004
Phone: (202) 369-4977
Fax: (202) 355-6701

Attorneys for PLAINTIFFS

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, and DOES 1-100,<br><br>    Defendants. | Case No. 5:11-cv-02449-JF<br><br>**JOINT STIPULATION RE: PROOF OF SERVICE OF PROCESS AND BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>Action Filed: May 19, 2011<br>Judge: Hon. Jeremy Fogel<br>Dept: Courtroom 3, 5th Floor |

JOINT STIPULATION AND PROOF OF SERVICE OF PROCESS AND BRIEFING SCHEDULE ON MOTION TO DISMISS
Case No. 5:11-cv-02449-JF

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu ("Plaintiffs") and Defendants CISCO SYSTEMS, INC. ("Cisco"), John CHAMBERS ("Chambers"), Thomas LAM ("Lam"), and Owen CHAN ("Chan") (collectively, the "Parties"), as follows:

WHEREAS, counsel for Plaintiffs received an email from William Friedman, Director of Legal Services at Cisco ("Mr. Friedman"), on May 20, 2011, informing counsel for Plaintiffs that he was in receipt of the Complaint filed in the above-referenced case on May 19, 2011, and that Cisco would accept service of process on behalf of both Chambers and Cisco via PDF/email sent to him at email address bilfried@cisco.com;

WHEREAS, Rajika Shah ("Ms. Shah"), associate counsel for Plaintiffs, responded to Mr. Friedman's email and stated that she would forward service copies of the Summons and Complaint and other initiating documents to Mr. Friedman on behalf of both Cisco and Chambers as PDF documents via email to email address bilfried@cisco.com;

WHEREAS, Ms. Shah emailed service copies to Mr. Friedman at email address bilfried@cisco.com of the Summons and Complaint and other initiating documents consisting of the following in PDF format on May 27, 2011:

- Complaint
- Summons on Defendant Cisco Systems, Inc.
- Summons on Defendant John Chambers
- Certification of Interested Parties
- Civil Case Cover Sheet
- San Jose Division Standing Order Regarding Case Management in Civil Cases
- N.D.Cal. Standing Order Regarding Contents of Joint Case Management Statement
- Order Reassigning the case to the Hon. Jeremy Fogel for all proceedings
- Notice of Electronic Filing assigning the case to Magistrate Judge;

WHEREAS, Ms. Shah also emailed service copies to Mr. Friedman at email address

- 1 -
JOINT STIPULATION AND PROOF OF SERVICE OF PROCESS AND BRIEFING SCHEDULE ON MOTION TO DISMISS
Case No. 5:11-cv-02449-JF

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

bilfried@cisco.com of Plaintiffs' motions to proceed anonymously and through appointed next friends and the *pro hac vice* applications of Terri Marsh and Brian Pierce consisting of the following in PDF format on May 27, 2011:

- Plaintiffs' Notice of Motion and Motion to Proceed Anonymously
- [Proposed] Order Granting Plaintiffs' Motion to Proceed Anonymously
- Declaration of Terri Marsh in support of Motion to Proceed Anonymously
- Exhibit A to Declaration of Terri Marsh
- Exhibit B to Declaration of Terri Marsh
- Plaintiffs' Notice of Motion and Motion to Proceed Through Appointed Next Friend
- [Proposed] Order Granting Plaintiffs' Motion to Proceed Through Appointed Next Friend
- Declaration of Terri Marsh in support of Motion to Proceed Through Appointed Next Friend
- Declaration of Roe III in support of Motion to Proceed Through Appointed Next Friend
- *Pro hac vice* application of Terri Marsh
- [Proposed] Order Granting Terri Marsh *pro hac vice* application
- *Pro hac vice* application of Brian Pierce
- [Proposed] Order Granting Brian Pierce *pro hac vice* application

WHEREAS, Ms. Shah also emailed service copies to Mr. Friedman at email address bilfried@cisco.com of all other documents on the docket in the above-referenced case as of May 27, 2011, consisting of the following in PDF format, on May 27, 2011:

- Summons on Defendant Owen Chan
- Summons on Defendant Thomas Lam
- Order Setting Initial CMC with Magistrate Judge Grewal
- Standing Order of Magistrate Judge Grewal in civil matters
- Standing Order of Magistrate Judge Grewal re: Settlement Conference Procedures

- 2 -
JOINT STIPULATION AND PROOF OF SERVICE OF PROCESS AND BRIEFING SCHEDULE ON MOTION TO DISMISS
Case No. 5:11-cv-02449-JF

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

1  • Plaintiffs' Declination to Proceed Before Magistrate Judge Grewal

2  • Notice of Impending Reassignment of District Judge;

WHEREAS, Mr. Friedman acknowledged in a telephone conversation with Ms. Shah on June 3, 2011, that he had received service of the Summons and Complaint and other initiating documents as set forth above and that service on Defendants Cisco and Chambers was valid;

WHEREAS, Mr. Friedman also acknowledged in the June 3 telephone conversation with Ms. Shah that Cisco and Chambers had hired outside counsel and would be represented going forward by Kathleen Sullivan of the law firm Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel");

WHEREAS, on June 7, 2011, Ms. Shah spoke with Isaac Nesser ("Mr. Nesser"), associate counsel at Quinn Emanuel, and Mr. Nesser confirmed that Cisco and Chambers had been validly served with the Summons and Complaint and other initiating documents as set forth above;

WHEREAS, on June 16, 2011, Ms. Shah spoke again with Mr. Nesser, who confirmed that Quinn Emanuel had been authorized to accept service on Lam and Chan of the Summons and Complaint and other initiating documents as set forth above effective as of May 27, 2011;

WHEREAS Cisco, Chambers, Lam, and Chan (collectively, "Defendants") do each hereby acknowledge that service of the Summons and Complaint and other initiating documents as set forth above is valid and effective as to each of them as of May 27, 2011, and hereby waive any and all defense(s) and objections to service of process;

WHEREAS Defendants have expressed their intent to file a Motion to Dismiss the Complaint;

**NOW THEREFOR IT IS HEREBY STIPULATED**, by and between the Parties, through counsel for Plaintiffs and counsel for Defendants, that:

1. Subject to and in accordance with the recitations set forth above, service of the Summons and Complaint and other initiating documents as set forth above is valid and effective as to Defendants as of May 27, 2011.

2. Defendants hereby waive any and all defense(s) and objections to service of

- 3 -
JOINT STIPULATION AND PROOF OF SERVICE OF PROCESS AND BRIEFING SCHEDULE ON MOTION TO DISMISS
Case No. 5:11-cv-02449-JF

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

process in the above-referenced action.

3. This Stipulation will constitute a valid Proof of Service upon filing with the Court.

4. The Parties hereby stipulate to the following briefing schedule on Defendants' forthcoming Motion to Dismiss:

    a. Defendants' Motion to Dismiss and any and all supporting documents are due no later than August 4, 2011;

    b. Plaintiffs' Opposition to the Motion to Dismiss and any and all supporting documents are due no later than October 12, 2011; and

    c. Defendants' Reply and any and all supporting documents are due no later than November 14, 2011.

DATED: June 17, 2011        SCHWARCZ, RIMBERG, BOYD & RADER, LLP

By: /s/Rajika L. Shah
Rajika L. Shah, Esq.
Attorneys for Plaintiffs

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/Kathleen Sullivan
Kathleen Sullivan, Esq.

51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: 212.849.7000
Fax: 212.849.7100

Attorneys for Defendants

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

- 4 -
JOINT STIPULATION AND PROOF OF SERVICE OF PROCESS AND BRIEFING SCHEDULE ON MOTION TO DISMISS
Case No. 5:11-cv-02449-JF