PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 6310 San Vicente Blvd., Los Angeles, CA 90048.

On June 17, 2010, I served the foregoing document described as:

- **JOINT STIPULATION RE: PROOF OF SERVICE OF PROCESS AND BRIEFING SCHEDULE FOR MOTION TO DISMISS**

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

Kathleen Sullivan, Esq.
Faith Gay, Esq.
Isaac Nesser, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

[X]   (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

[X]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 17, 2010, at Los Angeles, California.

*Kristen Nelson*
Kristen Nelson