QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kathleen M. Sullivan (CA Bar No. 242261)
  kathleensullivan@quinnemanuel.com
  Faith E. Gay (*pro hac vice* application pending)
  faithgay@quinnemanuel.com
  Isaac Nesser (*pro hac vice* application pending)
  isaacnesser@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100

Attorneys for Defendants Cisco Systems, Inc.,
John Chambers, Thomas Lam, and Owen Chan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Doe I, Doe II, Ivy He, Doe III, Doe IV, Doe V, Doe VI, ROE VII, Charles Lee, Roe VIII, Liu Guifu, and those individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Cisco Systems, Inc., John Chambers, Thomas Lam, Owen Chan, and Does 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-JF<br><br>**NOTICE OF APPEARANCE OF QUINN EMANUEL URQUHART & SULLIVAN, LLP** |

Case No. 5:11-cv-02449-JF
Notice of Appearance of Quinn Emanuel Urquhart & Sullivan, LLP

1   TO THE CLERK OF THE COURT AND ALL INTERESTED PARTIES:

2   PLEASE TAKE NOTICE that Kathleen M. Sullivan of Quinn Emanuel Urquhart &

3   Sullivan, LLP hereby enters her appearance as counsel of record for Defendants Cisco Systems,

4   Inc., John Chambers, Thomas Lam, and Owen Chan in the above-captioned action.  Copies of all

5   pleadings, papers, correspondence, and electronic filing notices should be directed to:

6       Kathleen M. Sullivan (CA Bar No. 242261)
    kathleensullivan@quinnemanuel.com
7       51 Madison Avenue, 22nd Floor
    New York, New York 10010
8       Telephone:     (212) 849-7000
    Facsimile:       (212) 849-7100

9

10

11   DATED: June 20, 2011             QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP

12

13

14                                            By  /s/ Kathleen M. Sullivan

15                                                Kathleen M. Sullivan
                                             Faith E. Gay
16                                                Isaac Nesser

17                                                Attorneys for Defendants Cisco Systems, Inc.,
                                             John Chambers, Thomas Lam, and Owen Chan
18

19

20

21

22

23

24

25

26

27

28