KATHRYN LEE BOYD, ESQ. (SBN 189496)
   lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
   rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, CA 90048
Phone: (323) 302-9488
Fax: (323) 931-4990

TERRI MARSH, ESQ. (*pro hac vice*)
   terri.marsh@hrlf.net
BRIAN PIERCE, ESQ. (*pro hac vice*)
   bjpierce@gmail.com
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street, NW, Suite 1100
Washington, D.C. 20036
Phone: 202-369-4977
Fax: 202-355-6701

Attorneys for PLAINTIFFS

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu,<br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-JF<br><br>Assigned to the Honorable Jeremy Fogel, U.S.D.J.<br><br>**PLAINTIFF DOE III AND DOE IV'S AMENDED NOTICE OF MOTION AND MOTION TO COMMENCE AND PROCEED THROUGH APPOINTED NEXT FRIEND**<br><br>[DECLARATIONS OF TERRI MARSH AND ROE III IN SUPPORT THEREOF AND [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH]<br><br>[COMPLAINT FILED CONCURRENTLY HEREWITH]<br><br>Action filed: May 19, 2011<br>Hearing: July 29, 2011, 9:00am<br>Courtroom: 3, 5th Floor |

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

PLAINTIFFS' MOTION TO COMMENCE AND PROCEED THROUGH APPOINTED NEXT FRIEND
Case No. 5:11-cv-02449-JF

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN THAT at 9:00am on July 29, 2011[1], in the Court of the Honorable Jeremy Fogel, located at the United States Courthouse, Robert F. Peckham Federal Building, 280 South 1st Street, San Jose, CA 95113, Plaintiffs DOE III and DOE IV, by and through their retained counsel, will move to commence and proceed in this action through an appointed next friend. DOE III is currently in prison in the People's Republic of China ("China") and therefore cannot proceed on his own behalf. DOE IV was in prison in China until recently and is now under round-the-clock supervision and monitoring. ROE III, a close personal friend of both DOE III and DOE IV, received authorization from DOE IV and from an authorized agent of DOE III to proceed with this case on their behalf.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities and supporting Declarations filed and submitted herewith, the pleadings and papers filed in this action, and any further evidence and argument that the Court may receive at or before the hearing.

This Motion is made following the conference of counsel regarding the hearing date, as required by the San Jose Division Standing Order Regarding Case Management in Civil Cases.

DATED: June 21, 2011

Respectfully submitted,
SCHWARCZ, RIMBERG, BOYD & RADER, LLP

By: /s/ Rajika L. Shah
Rajika L. Shah, Esq.
K. Lee Crawford-Boyd, Esq.
Attorney for Plaintiffs

Terri E. Marsh, Esq.
Attorney for Plaintiffs (*pro hac vice*)

---

[1] This Amended Notice of Motion is filed as a result of assignment of the case to the Hon. Jeremy Fogel. The date, time, location of the hearing, and statement regarding compliance with the San Jose Division Standing Order Regarding Case Management in Civil Cases of the hearing are the only changes set forth in this amended notice.

- 1 -
PLAINTIFFS' MOTION TO COMMENCE AND PROCEED THROUGH APPOINTED NEXT FRIEND
Doe et al. v. Cisco et al.

SCHWARCZ, RIMBERG, BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048