KATHRYN LEE BOYD, ESQ. (SBN 189496)
   lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, California 90048
Phone: (323) 302-9488
Fax: (323) 931-4990

TERRI MARSH, ESQ. (*pro hac vice*)
   terri.marsh@hrlf.net
BRIAN PIERCE, ESQ. (*pro hac vice*)
   bjpierca@gmail.com
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street NW, Suite 1100
Washington, D.C.  20004
Phone: 202-369-4977
Fax: 202-355-6701

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu,<br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-JF<br><br>Assigned to the Honorable Jeremy Fogel, U.S.D.J.<br><br>**PLAINTIFFS' AMENDED[1] NOTICE OF MOTION AND MOTION TO COMMENCE AND PROCEED AS PSEUDONYMOUS PLAINTIFFS**<br><br>[DECLARATION OF TERRI MARSH, IN SUPPORT THEREOF AND [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH]<br><br>[COMPLAINT FILED CONCURRENTLY HEREWITH]<br><br>Action filed: May 19, 2011<br>Hearing: July 29, 2011, 9:00am<br>Courtroom: 3, 5th Floor |

---

[1] This Amended Notice of Motion is filed as a result of assignment of the case to the Hon. Jeremy Fogel. The date, time, location of the hearing, and statement regarding compliance with the San Jose Division Standing Order Regarding Case Management in Civil Cases of the hearing are the only changes set forth in this amended notice.

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

PLAINTIFFS' MOTION TO COMMENCE AND PROCEED WITH ACTION AS PSEUDONYMOUS PLAINTIFFS
Case No. 5:11-cv-02449-JF

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN THAT at 9:00am on July 29, 2011, in the Court of the Honorable Jeremy Fogel, at the United States Courthouse, Robert F. Peckham Federal Building, 280 South 1st Street, San Jose, CA 95113, Plaintiffs DOE I, DOE II, DOE III, DOE IV, DOE V, DOE VI, as well as ROE III, who is filing as Next Friend for Plaintiffs Does III and IV; ROE VII, who is filing on behalf of DOE VII, who has disappeared; and ROE VIII, who is filing on behalf of the now deceased DOE VIII, by and through their retained counsel, will and hereby do move to commence and proceed in this action using pseudonyms. Owing to the nature of the allegations in Plaintiffs' Complaint, DOE I, DOE II, DOE III, DOE IV, DOE V, DOE VI, the families of DOE VII and DOE VIII, and ROE III, ROE VII and ROE VIII, justifiably fear acts of reprisal that could, and in all likelihood would, result in severe physical and mental harm, and even death, to them, their families, friends and colleagues. DOE III and DOE IV would be similarly at serious risk of severe physical and mental harm, and even death to them, their families, friends and colleagues, if ROE III is not permitted to file as their Next Friends anonymously, due to the nature of the parties' relationships.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities and supporting declarations filed and submitted herewith, the pleadings and papers filed in this action and any further evidence and argument that the Court may receive at or before the hearing.

This Motion is made following the conference of counsel regarding the hearing date, as required by the San Jose Division Standing Order Regarding Case Management in Civil Cases.

DATED: June 21, 2011

Respectfully submitted,
SCHWARCZ, RIMBERG, BOYD &
RADER, LLP

By:     /s/ Rajika L. Shah
    Rajika L. Shah, Esq.
    K. Lee Crawford-Boyd, Esq.
    Attorney for Plaintiffs

    Terri E. Marsh, Esq.
    Attorney for Plaintiffs (*pro hac vice*)

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

PLAINTIFFS' MOTION TO COMMENCE AND PROCEED WITH ACTION AS PSEUDONYMOUS PLAINTIFFS
Case No. 5:11-cv-02449-JF