QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kathleen M. Sullivan (CA Bar No. 242261)
  kathleensullivan@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood City, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Faith E. Gay (*pro hac vice* application pending)
  faithgay@quinnemanuel.com
Isaac Nesser (*pro hac vice* application pending)
  isaacnesser@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

Attorneys for Defendants Cisco Systems, Inc.,
John Chambers, Thomas Lam, and Owen Chan

FILED
JUN 27 P 2:39

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Doe I, Doe II, Ivy He, Doe III, Doe IV, Doe V, Doe VI, ROE VII, Charles Lee, Roe VIII, Liu Guifu, and those individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Cisco Systems, Inc., John Chambers, Thomas Lam, Owen Chan, and Does 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-JF<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY FAITH E. GAY PRO HAC VICE** |

Pursuant to Civil L.R. 11-3, Faith E. Gay, an active member in good standing of the bar of the State of New York and admitted to the bars of the United States Supreme Court, United States Court of Appeals for the First Circuit, Second Circuit, Sixth Circuit, Seventh Circuit, and Eleventh Circuit, and the United States District Courts for the Southern and Eastern Districts of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice*

basis representing Defendants Cisco Systems, Inc., John Chambers, Thomas Lam, and Owen Chan in the above-entitled action.

In support of this application, I certify under oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of the attorney is Kathleen M. Sullivan, (CA Bar No. 242261), 555 Twin Dolphin Drive, 5th Floor, Redwood City, California 94065, (650) 801-5000.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: June 21, 2011

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _____
Faith E. Gay

Attorneys for Defendants Cisco Systems, Inc., John Chambers, Thomas Lam, and Owen Chan