QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kathleen M. Sullivan (CA Bar No. 242261)
  kathleensullivan@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood City, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Faith E. Gay (*pro hac vice* application pending)
  faithgay@quinnemanuel.com
Isaac Nesser (*pro hac vice* application pending)
  isaacnesser@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

Attorneys for Defendants Cisco Systems, Inc.,
John Chambers, Thomas Lam, and Owen Chan

RECEIVED
2011 JUN 27 P 2: 37
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N.D. OF CA. SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Doe I, Doe II, Ivy He, Doe III, Doe IV, Doe V, Doe VI, ROE VII, Charles Lee, Roe VIII, Liu Guifu, and those individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Cisco Systems, Inc., John Chambers, Thomas Lam, Owen Chan, and Does 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-JF<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY FAITH E. GAY PRO HAC VICE** |

Faith E. Gay, whose business address and telephone number is Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, NY 10010, (212) 849-7000, and who is an active member in good standing of the bar of the State of New York, has applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac*

1 | *vice* basis, representing Defendants Cisco Systems, Inc., John Chambers, Thomas Lam, and Owen
2 | Chan.
3 |     It is hereby ordered that the application is granted, subject to the terms and conditions of
4 | Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service
5 | of papers upon and communication with co-counsel designated in the application will constitute
6 | notice to the party. All future filings in this action are subject to the requirements contained in
7 | General Order No. 45, Electronic Case Filing.
8 |
9 | DATED: _____, 2011

_____
Honorable Jeremy Fogel