1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Kathleen M. Sullivan (CA Bar No. 242261)
2  kathleensullivan@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
3  Redwood City, California 94065
   Telephone:   (650) 801-5000
4  Facsimile:   (650) 801-5100

5  Faith E. Gay (*pro hac vice* application pending)
   faithgay@quinnemanuel.com
6  Isaac Nesser (*pro hac vice* application pending)
   isaacnesser@quinnemanuel.com
7  51 Madison Avenue, 22nd Floor
   New York, New York 10010
8  Telephone:   (212) 849-7000
   Facsimile:   (212) 849-7100
9
   Attorneys for Defendants Cisco Systems, Inc.,
10 John Chambers, Thomas Lam, and Owen Chan

RECEIVED 2011 JUN 27 P 2:37

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Doe I, Doe II, Ivy He, Doe III, Doe IV, Doe V, Doe VI, ROE VII, Charles Lee, Roe VIII, Liu Guifu, and those individuals similarly situated, Plaintiffs, v. Cisco Systems, Inc., John Chambers, Thomas Lam, Owen Chan, and Does 1-100, Defendants. | Case No. 5:11-cv-02449-JF<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY ISAAC NESSER PRO HAC VICE |
|---|---|

Isaac Nesser, whose business address and telephone number is Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, NY 10010, (212) 849-7000, and who is an active member in good standing of the bar of the State of New York, has applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac*

1  *vice* basis, representing Defendants Cisco Systems, Inc., John Chambers, Thomas Lam, and Owen
2  Chan.
3      It is hereby ordered that the application is granted, subject to the terms and conditions of
4  Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service
5  of papers upon and communication with co-counsel designated in the application will constitute
6  notice to the party. All future filings in this action are subject to the requirements contained in
7  General Order No. 45, Electronic Case Filing.
8
9  DATED: _____, 2011
10
11
12                                                       Honorable Jeremy Fogel