KATHRYN LEE BOYD, ESQ. (SBN 189496)
   lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
   rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, CA 90048
Phone: (323) 302-9488
Fax: (323) 931-4990

TERRI MARSH, ESQ. (*pro hac vice*)
   terri.marsh@hrlf.net
BRIAN PIERCE, ESQ. (*pro hac vice*)
   bjpierce@gmail.com
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street, NW, Suite 1100
Washington, D.C.  20036
Phone: 202-369-4977
Fax: 202-355-6701

Attorneys for PLAINTIFFS

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu,<br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-JF-PSG<br><br>Assigned to the Hon. Jeremy Fogel, U.S.D.J<br><br>**DECLARATION OF RAJIKA SHAH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION REQUESTING A CHANGE OF HEARING DATE**<br><br>Action filed: May 19, 2011<br>Hearing: July 29, 2011, 9:00am<br>Courtroom: 3, 5th Floor |

SCHWARCZ, RIMBERG,<br>BOYD & RADER, LLP<br>6310 San Vicente Blvd<br>Los Angeles, CA 90048

DECLARATION OF RAJIKA SHAH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'<br>ADMINISTRATIVE MOTION REQUESTING A CHANGE OF HEARING DATE<br>Doe et al. v. Cisco et al. (Case No. 5:11-cv-02449-JF-PSG)

# DECLARATION OF RAJIKA SHAH

I, RAJIKA SHAH, declare as follows:

1.      I am an attorney at law duly licensed to practice law in California and admitted to practice before the U.S. District Court for the Northern District of California. I am an associate with the law firm of Schwarcz, Rimberg, Boyd & Rader, LLP ("SRBR"), one of the attorneys of record for Plaintiffs. I am one of the attorneys responsible for this file and have personal knowledge of the facts stated herein, and if called as a witness I would and could competently testify thereto.

2.      On June 7, 2011, I spoke with Isaac Nesser ("Mr. Nesser"), associate counsel at Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), counsel for Defendants Cisco Systems, Inc., John Chambers, Thomas Lam, and Owen Chan (collectively, "Defendants"). I informed Mr. Nesser that Plaintiffs intended to notice the hearing date on Plaintiffs' Motion to Commence and Proceed as Pseudonymous Plaintiffs ("Motion to Proceed Anonymously") and Motion to Commence and Proceed Through Appointed Next Friend ("Motion to Proceed Through Next Friend") (together, "July 29 Motions"), which Plaintiffs filed on May 19, 2011, simultaneously with the Complaint, for July 29, 2011. Mr. Nesser did not indicate that counsel for Defendants would be unable to attend a hearing on July 29. He did ask whether Plaintiffs would be willing to postpone the hearing date until after the hearing on the motion to dismiss which Defendants expected to file. I indicated that I would confer with senior counsel for Plaintiffs regarding his request.

3.      In subsequent email correspondence and telephone conversations between counsel for Plaintiffs and counsel for Defendants over the next several days, I and my co-counsel Terri Marsh ("Ms. Marsh") indicated that Plaintiffs wished for the July 29 Motions to be heard on that date. At no time did counsel for Defendants ever indicate to me or my co-counsel that the July 29, 2011 hearing date would cause them undue prejudice.

4.      On June 17, 2011, I again emailed counsel for Defendants to specifically ask if they had any objections to a hearing date of July 29 that would cause them or their clients

-1-

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

undue prejudice, as required by the San Jose Standing Order Re: Case Management in Civil Cases. I asked counsel to advise so that we could "meet" in a suitable form, such as a telephone conference, and confer, or, if counsel had no such objection, there would be no need to confer. The email response I received from counsel for Defendants attached comments to a draft stipulation between the parties regarding proof of service of the Summons and Complaint and an amended briefing schedule on Defendants' expected motion to dismiss. It did not respond to my June 17 request to meet-and-confer regarding the July 29 hearing date. A true and correct copy of the June 17 email and response is attached hereto as Exhibit A.

5.      I did not receive any further response from counsel for Defendants to my June 17 email request to meet-and-confer regarding the July 29 hearing date.

6.      On June 27, 2011, I received electronic notice via ECF of Defendants' administrative letter motion to postpone the July 29 hearing date.

7.      Counsel for Plaintiffs were not informed prior to June 27, 2011, that counsel for Defendants intended to file an administrative motion on June 27 seeking to alter the briefing and hearing schedule for the July 29 Motions.

8.      On June 29, 2011, Mr. Nesser called me and informed me that, prior to filing the Motion, he spoke with the Court clerk about the procedure for requesting a postponement of the July 29 hearing date. Mr. Nesser indicated that the clerk said the request could be made by letter or by motion, but that in any event it would be considered as an administrative motion. Mr. Nesser also informed me that the clerk had asked him to inform counsel for Plaintiffs of the motion prior to filing, and also that Plaintiffs' response would be due within four (4) days. Mr. Nesser said he had just discovered that counsel for Plaintiffs had not been so informed, and thus would not object if Plaintiffs wished to have two additional days in which to file their opposition.

///

///

///

- 2 -

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

DECLARATION OF RAJIKA SHAH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'
ADMINISTRATIVE MOTION REQUESTING A CHANGE OF HEARING DATE
Doe et al. v. Cisco et al. (Case No. 5:11-cv-02449-JF-PSG)

1    I declare under penalty of perjury of the laws of the United States that the

2    foregoing is true and correct.

3

4    Executed this 1st day of July 2011, at Los Angeles, California.

5

6

7

8    Rajika L. Shah

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

DECLARATION OF RAJIKA SHAH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'
ADMINISTRATIVE MOTION REQUESTING A CHANGE OF HEARING DATE
Doe et al. v. Cisco et al. (Case No. 5:11-cv-02449-JF-PSG)

# EXHIBIT A

## Rajika Shah Esq.

| | |
|---|---|
| **From:** | Kathleen Sullivan [kathleensullivan@quinnemanuel.com] |
| **Sent:** | Friday, June 17, 2011 1:22 PM |
| **To:** | Rajika Shah Esq.; Isaac Nesser |
| **Cc:** | 'Terri Marsh'; 'Lee Boyd'; Faith Gay |
| **Subject:** | RE: Doe I v. Cisco Systems, Inc. et al. / Stipulation on service and briefing schedule |
| **Attachments:** | 4201879_Stip re service of process and m2d briefing schedule.DOC |

Rajika,

Here are our proposed edits to the stip.  If you are ok with them I will sign and return.

Thanks,
Kathleen

---

**From:** Rajika Shah Esq. [mailto:rshah@srbr-law.com]
**Sent:** Friday, June 17, 2011 2:34 PM
**To:** Isaac Nesser
**Cc:** 'Terri Marsh'; 'Lee Boyd'; Kathleen Sullivan; Faith Gay
**Subject:** RE: Doe I v. Cisco Systems, Inc. et al. / Stipulation on service and briefing schedule

Isaac,

Although when we spoke on the telephone yesterday you had indicated that the stipulation language seemed fine and that it was possible we could finalize the stipulation yesterday, we still have not had any comments from you. Do you have any comments, and if not, please let me know a firm time by which we will receive your signed version.

Also, regarding the July 29 hearing date, I note Kathleen's email from June 13 stating that "We see no point to putting your clients through the needless stress of a contested hearing on anonymity on July 29 when the issue need be addressed only if the case proceeds." If you have any objections to a hearing date of July 29th that would cause you or your clients undue prejudice as is required by the San Jose Standing Order re: case management in civil cases, please advise so that we can "meet" in some suitable form (e.g., telephone conference) and confer. If you have no such objection, of course there is no need to confer.

Best,
Rajika

---

**From:** Isaac Nesser [mailto:isaacnesser@quinnemanuel.com]
**Sent:** Thursday, June 16, 2011 6:07 PM
**To:** Rajika Shah Esq.
**Cc:** 'Terri Marsh'; 'Lee Boyd'; Kathleen Sullivan; Faith Gay
**Subject:** RE: Doe I v. Cisco Systems, Inc. et al. / Stipulation on service and briefing schedule

Rajika,

As I read Local rule 6-1(a), we don't need this to be so ordered.  Agree?

Isaac

---

**From:** Rajika Shah Esq. [mailto:rshah@srbr-law.com]
**Sent:** Thursday, June 16, 2011 6:35 PM
**To:** Isaac Nesser
**Cc:** 'Terri Marsh'; 'Lee Boyd'
**Subject:** Doe I v. Cisco Systems, Inc. et al. / Stipulation on service and briefing schedule

1