KATHRYN LEE BOYD, ESQ. (SBN 189496)
  lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
  rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, CA 90048
Phone: (323) 302-9488
Fax: (323) 931-4990

TERRI MARSH, ESQ. (*pro hac vice*)
  terri.marsh@hrlf.net
BRIAN PIERCE, ESQ. (*pro hac vice*)
  bjpierce@gmail.com
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street, NW, Suite 1100
Washington, D.C. 20036
Phone: 202-369-4977
Fax: 202-355-6701

Attorneys for PLAINTIFFS

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu,<br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-JF-PSG<br><br>Assigned to the Honorable Jeremy Fogel, U.S.D.J.<br><br>**PLAINTIFFS' [PROPOSED] ORDER RE: DEFENDANTS' ADMINISTRATIVE MOTION CONSENTING TO PLAINTIFFS PROCEEDING ANONYMOUSLY AND AS NEXT FRIEND STATUS AND CONTINUING HEARING DATE**<br><br>Action filed: May 19, 2011<br>Hearing: July 29, 2011, 9:00am<br>Courtroom: 3, 5th Floor |

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

PLAINTIFFS' [PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION REQUESTING A CHANGE OF HEARING DATE
Doe et al. v. Cisco et al. (Case No. 5:11-cv-02449-JF-PSG)

# [PROPOSED] ORDER

Upon consideration of Defendants' administrative motion dated June 27, 2011, consenting to Plaintiffs' proceeding anonymously as Does and through Next Friend status as requested in Plaintiffs' Motion to Commence and Proceed as Pseudonymous Plaintiffs and Plaintiffs' Motion to Commence and Proceed Through Appointed Next Friend (together, "Plaintiffs' Motions") through the time of decision and order on Defendants' Motion to Dismiss, and requesting a change of hearing date for Plaintiffs' Motions, as well as Plaintiffs' Response and Opposition filed on July 1, 2011, IT IS HEREBY ORDERED THAT

- Plaintiffs' Motions are Granted through the pendency of, and until this Court's Decision and Order on, Defendants' Motion to Dismiss, at which time this Court will set a new date for hearing on Plaintiffs' Motions.

OR

- In conformity with the Court's San Jose Division Standing Order Regarding Case Management in Civil Cases, Plaintiffs' Motions will be heard in this Court on July 29, 2011, as provided in Plaintiffs' Amended Notices filed on June 21, 2011.

**IT IS SO ORDERED.**

Dated: _____           _____
                                      Hon. Jeremy Fogel
                                      United States District Judge

- 1 -

PLAINTIFFS' [PROPOSED] ORDER
Doe et al. v. Cisco et al. (Case No. 5:11-cv-02449-JF-PSG)

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048