1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Kathleen M. Sullivan (CA Bar No. 242261)
2   kathleensullivan@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
3   Redwood City, California 94065
    Telephone:   (650) 801-5000
4   Facsimile:   (650) 801-5100

5   Faith E. Gay (*pro hac vice* application pending)
    faithgay@quinnemanuel.com
6   Isaac Nesser (*pro hac vice* application pending)
    isaacnesser@quinnemanuel.com
7   51 Madison Avenue, 22nd Floor
    New York, New York 10010
8   Telephone:   (212) 849-7000
    Facsimile:   (212) 849-7100
9
    Attorneys for Defendants Cisco Systems, Inc.,
10  John Chambers, Thomas Lam, and Owen Chan

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                          SAN JOSE DIVISION

15

| 16 | Doe I, Doe II, Ivy He, Doe III, Doe IV, Doe V, Doe VI, ROE VII, Charles Lee, Roe VIII, Liu Guifu, and those individuals similarly situated, | Case No. 5:11-cv-02449-JF |
|----|----|----|
| 18 | Plaintiffs, | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY FAITH E. GAY PRO HAC VICE |
| 19 | v. | |
| 20 | Cisco Systems, Inc., John Chambers, Thomas Lam, Owen Chan, and Does 1-100, | |
| 22 | Defendants. | |

23

24       Faith E. Gay, whose business address and telephone number is Quinn Emanuel Urquhart &
25  Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, NY 10010, (212) 849-7000, and who
26  is an active member in good standing of the bar of the State of New York, has applied in the
27  above-entitled action for admission to practice in the Northern District of California on a *pro hac*
28

---
Case No. 5:11-cv-02449-JF
[Proposed] Order Granting Application for Admission of Attorney Faith E. Gay Pro Hac Vice

1  *vice* basis, representing Defendants Cisco Systems, Inc., John Chambers, Thomas Lam, and Owen
2  Chan.
3      It is hereby ordered that the application is granted, subject to the terms and conditions of
4  Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service
5  of papers upon and communication with co-counsel designated in the application will constitute
6  notice to the party. All future filings in this action are subject to the requirements contained in
7  General Order No. 45, Electronic Case Filing.

9  DATED: __7/19_____, 2011

12  _____
    Honorable Jeremy Fogel