QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kathleen M. Sullivan (CA Bar No. 242261)
kathleensullivan@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood City, California 94065
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Faith E. Gay (*pro hac vice* application pending)
faithgay@quinnemanuel.com
Isaac Nesser (*pro hac vice* application pending)
isaacnesser@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:   (212) 849-7000
Facsimile:   (212) 849-7100

Attorneys for Defendants Cisco Systems, Inc.,
John Chambers, Thomas Lam, and Owen Chan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Doe I, Doe II, Ivy He, Doe III, Doe IV, Doe V, Doe VI, ROE VII, Charles Lee, Roe VIII, Liu Guifu, and those individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Cisco Systems, Inc., John Chambers, Thomas Lam, Owen Chan, and Does 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-JF<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY ISAAC NESSER PRO HAC VICE |

Isaac Nesser, whose business address and telephone number is Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, NY 10010, (212) 849-7000, and who is an active member in good standing of the bar of the State of New York, has applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac*

1  *vice* basis, representing Defendants Cisco Systems, Inc., John Chambers, Thomas Lam, and Owen
2  Chan.
3      It is hereby ordered that the application is granted, subject to the terms and conditions of
4  Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service
5  of papers upon and communication with co-counsel designated in the application will constitute
6  notice to the party. All future filings in this action are subject to the requirements contained in
7  General Order No. 45, Electronic Case Filing.

9  DATED: 7/19 , 2011

                                                                                                           Honorable Jeremy Fogel