1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Kathleen M. Sullivan (CA Bar No. 242261)
2  kathleensullivan@quinnemanuel.com
3  555 Twin Dolphin Drive, 5th Floor
   Redwood City, California 94065
4  Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5100
5
   Faith E. Gay (*pro hac vice*)
6  faithgay@quinnemanuel.com
   Isaac Nesser (*pro hac vice*)
7  isaacnesser@quinnemanuel.com
8  51 Madison Avenue, 22nd Floor
   New York, New York 10010
9  Telephone:     (212) 849-7000
   Facsimile:     (212) 849-7100
10
11 Attorneys for Defendants Cisco Systems, Inc.,
   John Chambers, Thomas Lam, and Owen Chan
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Doe I, Doe II, Ivy He, Doe III, Doe IV, Doe V, Doe VI, ROE VII, Charles Lee, Roe VIII, Liu Guifu, and those individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Cisco Systems, Inc., John Chambers, Thomas Lam, Owen Chan, and Does 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-JF-PSG<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
|---|---|

**WHEREAS**, the Court scheduled a Case Management Conference for August 12, 2011 at 10:30 am (docket entry 22); and

**WHEREAS**, Defendants have requested an adjournment of that Conference in view of scheduling conflicts;

Case No. 5:11-cv-02449-JF-PSG

Stipulation and [Proposed] Order Rescheduling Case Management Conference

1 **NOW, THEREFORE**, the Parties stipulate [and it is hereby ordered] that the August 12 Case Management Conference shall be adjourned and rescheduled to August 26, 2011 at 10:30 am, in Courtroom 3, 5th Floor, at the San Jose Courthouse.

DATED: July 21, 2011            QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Kathleen M. Sullivan
   Kathleen M. Sullivan
     kathleensullivan@quinnemanuel.com
   Faith E. Gay
     faithgay@quinnemanuel.com
   Isaac Nesser
     isaacnesser@quinnemanuel.com

Attorneys for Defendants

SCHWARCZ RIMBERG BOYD & RADER, LLP

By /s/ K. Lee Boyd
   K. Kee Boyd[*]
     lboyd@srbr-law.com

Attorneys for Plaintiffs

HUMAN RIGHTS LAW FOUNDATION

By /s/ Terri M. Marsh
   Terri M. Marsh[*]
     terri.marsh@hrlf.net

Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2011

_____
Hon. Jeremy Fogel

---

[*] I have obtained signatory's consent to file this stipulation and proposed order.