QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kathleen M. Sullivan (CA Bar No. 242261)
  kathleensullivan@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood City, California 94065
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

  Faith E. Gay (*pro hac vice*)
  faithgay@quinnemanuel.com
  Isaac Nesser (*pro hac vice*)
  isaacnesser@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100

Attorneys for Defendants Cisco Systems, Inc.,
John Chambers, Thomas Lam, and Owen Chan

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu,<br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-JF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTIONS TO PROCEED ANONYMOUSLY AND THROUGH NEXT FRIEND**<br><br>Hearing date: July 29, 2011<br>Time: 9:00 a.m.<br><br>Action Filed: May 19, 2011<br>Judge: Hon. Jeremy Fogel<br>Dept: Courtroom 3, 5th Floor |

**IT IS HEREBY STIPULATED AND AGREED** between DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu ("Plaintiffs") and Defendants CISCO SYSTEMS, INC. ("Cisco"), John CHAMBERS

- 1 -

1  ("Chambers"), Thomas LAM ("Lam"), and Owen CHAN ("Chan") (collectively, the "Parties"),
2  as follows:

3  **WHEREAS**, Plaintiffs on May 19, 2011, filed a Motion to Commence and Proceed as
4  Pseudonymous Plaintiffs (docket entry 2) (the "Anonymity" Motion); and

5  **WHEREAS**, Plaintiffs on May 19, 2011, filed a Motion to Commence and Proceed
6  Through Appointed Next Friend (docket entry 4) (the "Next Friend" Motion); and

7  **WHEREAS**, Plaintiffs by filings on June 21, 2011 (docket entries 27 and 28) set a July
8  29, 2011 hearing date on their Anonymity and Next Friend Motions; and

9  **WHEREAS**, Defendants on June 27, 2011 filed an administrative motion (docket entry
10  29) seeking adjournment of Plaintiffs' Anonymity and Next Friend Motions through to the date
11  of this Court's decision and order resolving Defendants' forthcoming Motion to Dismiss the
12  Complaint; and on July 5, 2011, Defendants did not serve and file Oppositions to Plaintiffs'
13  Anonymity and Next Friend Motions or a Statement of Non-Opposition within fourteen (14)
14  days of June 21, 2011; and

15  **WHEREAS**, on July 1, 2011, Plaintiffs filed a response to Defendants' administrative
16  motion together with a proposed order which provided for either a grant of Plaintiffs' Anonymity
17  and Next Friend Motions through to the date of this Court's decision and order resolving
18  Defendants' forthcoming Motion to Dismiss the Complaint at which time the Court would set a
19  new hearing date for hearing on Plaintiffs' Anonymity and Next Friend Motions, or that
20  Plaintiffs' Anonymity and Next Friend Motions would be heard as noticed on July 29, 2011
21  (docket entry 34); and

22  **WHEREAS**, at the request of counsel for Defendants, counsel for the Parties conferred
23  on July 12, 2011 in an attempt to find common ground regarding the hearing date on Plaintiffs'
24  Anonymity and Next Friend Motions and on Defendants' administrative motion;

25  **NOW THEREFORE,** it is hereby stipulated by and between the Parties as follows:

26  1.   Plaintiffs shall proceed anonymously and through next friends for the limited period
27  through to the date that this Court enters a decision and order resolving Defendants' forthcoming
28  Motion to Dismiss the Complaint (the "Dismissal Decision") and until the Court can then act

upon any request for Plaintiffs to proceed anonymously and through next friends or until the Court otherwise rules.

2. If, following the Dismissal Decision, one or more Plaintiffs believe it is appropriate for them to continue to proceed anonymously and/or through best friend, then, within 30 days of the Dismissal Decision, such Plaintiffs shall move for leave to proceed anonymously and/or through next friend, or renew their currently-pending Motions which seek such relief. Defendants expressly reserve, and do not waive, the right to oppose such motion(s) or renewed motion(s) in whole or in part.

3. Except as provided above, this stipulation and [proposed] order shall have no continuing effect following the Dismissal Decision.

4. The July 29, 2011 hearing date on Plaintiffs' Anonymity and Next Friend Motions is and shall be adjourned *sine die*, provided that the Court so orders this Stipulation or otherwise grants such relief.

DATED: July 21, 2011

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Kathleen M. Sullivan
 Kathleen M. Sullivan
  kathleensullivan@quinnemanuel.com
 Faith E. Gay
  faithgay@quinnemanuel.com
 Isaac Nesser
  isaacnesser@quinnemanuel.com

Attorneys for Defendants

SCHWARCZ RIMBERG BOYD & RADER, LLP

By  /s/ K. Lee Boyd
 K. Kee Boyd[*]
  lboyd@srbr-law.com

Attorneys for Plaintiffs

---

[*] I have obtained signatory's consent to file this stipulation and proposed order.

- 3 -

HUMAN RIGHTS LAW FOUNDATION

By /s/ Terri M. Marsh
Terri M. Marsh[*]
terri.marsh@hrlf.net

Attorneys for Plaintiffs

So ordered: _____
              Hon. Jeremy Fogel, U.S.D.J.

- 4 -