QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kathleen M. Sullivan (CA Bar No. 242261)
  kathleensullivan@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood City, California 94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

  Faith E. Gay (*pro hac vice*)
  faithgay@quinnemanuel.com
  Isaac Nesser (*pro hac vice*)
  isaacnesser@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

Attorneys for Defendants Cisco Systems, Inc.,
John Chambers, Thomas Lam, and Owen Chan

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu,<br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-JF<br><br>**NOTICE OF PENDENCY OF RELATED ACTION OR PROCEEDING**<br><br>Action Filed: May 19, 2011<br>Judge: Hon. Jeremy Fogel<br>Dept: Courtroom 3, 5th Floor |

Defendants, by and through their attorneys, hereby submit this Notice of Pendency of Related Action or Proceeding pursuant to Civil L.R. 3-13.

1. This action involves all or a material part of the same subject matter and many of the same parties as *Daobin et al. v. Cisco Systems, Inc., et al.*, No. 8:2011-cv-01538 (D. Md., Greenbelt Div.) (the "Maryland" action). Plaintiffs in the Maryland action are individuals Du Daobin, Zhou Yuanzhi, and Liu Xianbin; Defendants are Cisco Systems, Inc., John Chambers, Thomas Lam, Owen Chan, and Rick Justice. The Maryland Complaint alleges that Defendants sold internet routers and related hardware and services to governmental entities in the People's Republic of China for the purpose of facilitating the Chinese government's construction of the "Golden Shield" internet backbone, allegedly with knowledge that the Chinese government would seek to use the Golden Shield to commit international law violations against political activists in China. The Complaint asserts claims under the Alien Tort Statute ("ATS"), Torture Victim Protection Act ("TVPA"), and state common law.

2. The Maryland action is factually and legally related to this action. All of the Defendants in this action are also defendants in the Maryland action. The international law claims under the ATS and TVPA in this action, as well as the common law claims for assault, battery, and like, are also at issue in the Maryland action. And the alleged wrongdoing in this action — provision of internet routers and related equipment and services to the government of China for the purpose of facilitating the Chinese government's construction of the "Golden Shield" internet backbone, allegedly with knowledge that the Chinese government would seek to use the "Golden Shield" to commit international law violations against Falun Gong practitioners in China — are nearly identical to those alleged in the Maryland action.

3. Coordination between this action and the Maryland action would likely avoid conflicts, conserve resources, and promote an efficient determination of the actions. To this end, Defendants have moved for a stay of the Maryland action pending disposition of their forthcoming motion to dismiss this action, and in conjunction with that stay motion are assessing the availability and propriety of transfer pursuant to 28 U.S.C. § 1407 (Multi District Litigation

1  Procedures) or otherwise.

3  DATED: July 21, 2011

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Kathleen M. Sullivan
    Kathleen M. Sullivan

    555 Twin Dolphin Drive, 5th Floor
    Redwood City, California 94065
    Telephone:(650) 801-5000
    Facsimile: (650) 801-5100

    Attorneys for Defendants