1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Kathleen M. Sullivan (CA Bar No. 242261)
2  kathleensullivan@quinnemanuel.com
3  555 Twin Dolphin Drive, 5th Floor
   Redwood City, California 94065
4  Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5100
5
   Faith E. Gay (*pro hac vice*)
6  faithgay@quinnemanuel.com
   Isaac Nesser (*pro hac vice*)
7  isaacnesser@quinnemanuel.com
8  51 Madison Avenue, 22nd Floor
   New York, New York 10010
9  Telephone:     (212) 849-7000
   Facsimile:     (212) 849-7100
10
11 Attorneys for Defendants Cisco Systems, Inc.,
   John Chambers, Thomas Lam, and Owen Chan
12
13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15
                          SAN JOSE DIVISION
16
17

| | |
|---|---|
| Doe I, Doe II, Ivy He, Doe III, Doe IV, Doe V, Doe VI, ROE VII, Charles Lee, Roe VIII, Liu Guifu, and those individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Cisco Systems, Inc., John Chambers, Thomas Lam, Owen Chan, and Does 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-JF-PSG<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXCEED APPLICABLE PAGE LIMIT** |

Case No. 5:11-cv-02449-JF-PSG
Stipulation and [Proposed] Order to Exceed Applicable Page Limit

1  **WHEREAS**, Defendants' Motion to Dismiss the Complaint is scheduled to be filed on
2  August 4, 2011;

3  **WHEREAS**, Plaintiffs' Class Action Complaint is 52 pages long and asserts fourteen
4  causes of action;

5  **WHEREAS**, the Plaintiffs and Defendants agree that the applicable 25-page limit for
6  briefs in support of and in opposition to Defendants' forthcoming Motion to Dismiss the
7  Complaint is insufficient to address the claims and issues raised in the Complaint; and

8  **WHEREAS**, the Plaintiffs and Defendants further agree that the applicable 15-page limit
9  for Defendants' reply brief in support of their forthcoming Motion to Dismiss the Complaint is
10 insufficient to address the claims and issues raised in the Complaint; and

11 **WHEREAS**, the Plaintiffs and Defendants further agree that extending the page limit will
12 allow the parties to address adequately each claim and issue, and assist the Court in efficiently and
13 effectively resolving Defendants' forthcoming Motion to Dismiss the Complaint;

14 **NOW, THEREFORE**, the Parties stipulate as follows:

15 1. Defendants' opening brief in support of their Motion to Dismiss the Complaint, and
16 Plaintiffs' brief in opposition that Motion, may each be a maximum of 50 pages of text, excluding
17 tables of contents, tables of authorities, and supporting documents.

18 2. Defendants' reply brief in further support of their Motion to Dismiss the Complaint
19 may be a maximum of 20 pages of text, excluding tables of contents, tables of authorities, and
20 supporting documents.

DATED: July 22, 2011      QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Kathleen M. Sullivan
  Kathleen M. Sullivan
    kathleensullivan@quinnemanuel.com
  Faith E. Gay
    faithgay@quinnemanuel.com
  Isaac Nesser
    isaacnesser@quinnemanuel.com

Attorneys for Defendants

SCHWARCZ RIMBERG BOYD & RADER, LLP

By /s/ K. Kee Boyd
  K. Kee Boyd[*]
    lboyd@srbr-law.com

Attorneys for Plaintiffs

HUMAN RIGHTS LAW FOUNDATION

By /s/ Terri M. Marsh
  Terri M. Marsh[*]
    terri.marsh@hrlf.net

Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2011

_____
Hon. Jeremy Fogel

---

[*] I have obtained signatory's consent to file this stipulation and proposed order.