QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kathleen M. Sullivan (CA Bar No. 242261)
  kathleensullivan@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood City, California 94065
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

  Faith E. Gay (*pro hac vice*)
  faithgay@quinnemanuel.com
  Isaac Nesser (*pro hac vice*)
  isaacnesser@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100

Attorneys for Defendants Cisco Systems, Inc.,
John Chambers, Thomas Lam, and Owen Chan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Doe I, Doe II, Ivy He, Doe III, Doe IV, Doe V, Doe VI, ROE VII, Charles Lee, Roe VIII, Liu Guifu, and those individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Cisco Systems, Inc., John Chambers, Thomas Lam, Owen Chan, and Does 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-JF-PSG<br><br>**JOINT ADMINISTRATIVE MOTION TO EXCEED APPLICABLE PAGE LIMIT** |

1   Plaintiffs and Defendants jointly move the Court pursuant to Local Rule 7-11 for an order
2 extending the applicable page limits for briefs that will be filed in connection with Defendants'
3 forthcoming Motion to Dismiss the Complaint.

4   Defendants' Motion to Dismiss the Complaint is scheduled to be filed on August 4, 2011.
5 Plaintiffs' Class Action Complaint is 52 pages long and asserts fourteen causes of action.  The
6 Complaint asserts claims under international law, U.S. statutory law, and California law, including
7 pursuant to the Alien Tort Statute and Torture Victim Protection Act; alleges acts taken in China;
8 asserts claims on behalf of ten Plaintiffs; and asserts claims against four Defendants.

9   Defendants requested that Plaintiffs consent to a request to the Court for an extension of
10 the applicable 25-page limit to 50 pages for their brief in support of the Motion to Dismiss.  As a
11 professional courtesy, Plaintiffs agreed not to oppose such a request, on the condition that, in the
12 event the Court is inclined to grant such request, the Defendants reciprocally agree to not oppose
13 Plaintiffs' request for a reciprocal extension of pages for the opposition brief to Defendants'
14 Motion to Dismiss the Complaint. The parties further agreed that Plaintiffs would not oppose a
15 Request for an extension of the applicable 15-page limit for Defendants' reply brief in support of
16 their forthcoming Motion to Dismiss the Complaint.

17   Accordingly, the parties join in this Motion for an order granting the following:

18   1.   Defendants' opening brief in support of their Motion to Dismiss the Complaint, and
19 Plaintiffs' brief in opposition that Motion, may each be a maximum of 50 pages of text, excluding
20 tables of contents, tables of authorities, and supporting documents.

21   2.   Defendants' reply brief in further support of their Motion to Dismiss the Complaint
22 may be a maximum of 20 pages of text, excluding tables of contents, tables of authorities, and
23 supporting documents.

24   A stipulation and proposed order is attached to this Joint Motion.

| | |
|---|---|
| DATED: July 22, 2011 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By /s/ Kathleen M. Sullivan |
| |    Kathleen M. Sullivan |
| |      kathleensullivan@quinnemanuel.com |
| |    Faith E. Gay |
| |      faithgay@quinnemanuel.com |
| |    Isaac Nesser |
| |      isaacnesser@quinnemanuel.com |
| | Attorneys for Defendants |
| | SCHWARCZ RIMBERG BOYD & RADER, LLP |
| | By /s/ K. Kee Boyd |
| |    K. Kee Boyd[*] |
| |      lboyd@srbr-law.com |
| | Attorneys for Plaintiffs |
| | HUMAN RIGHTS LAW FOUNDATION |
| | By /s/ Terri M. Marsh |
| |    Terri M. Marsh[*] |
| |      terri.marsh@hrlf.net |
| | Attorneys for Plaintiffs |

---

[*] I have obtained signatory's consent to file this stipulation and proposed order.