QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kathleen M. Sullivan (CA Bar No. 242261)          **E-Filed 7/26/2011**
  kathleensullivan@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood City, California 94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

  Faith E. Gay (*pro hac vice*)
  faithgay@quinnemanuel.com
  Isaac Nesser (*pro hac vice*)
  isaacnesser@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

Attorneys for Defendants Cisco Systems, Inc.,
John Chambers, Thomas Lam, and Owen Chan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Doe I, Doe II, Ivy He, Doe III, Doe IV, Doe V, Doe VI, ROE VII, Charles Lee, Roe VIII, Liu Guifu, and those individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Cisco Systems, Inc., John Chambers, Thomas Lam, Owen Chan, and Does 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-JF-PSG<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

**WHEREAS**, the Court scheduled a Case Management Conference for August 12, 2011 at 10:30 am (docket entry 22); and

**WHEREAS**, Defendants have requested an adjournment of that Conference in view of scheduling conflicts;

Case No. 5:11-cv-02449-JF-PSG
Stipulation and [Proposed] Order Rescheduling Case Management Conference

1    **NOW, THEREFORE**, the Parties stipulate [and it is hereby ordered] that the August 12
2    Case Management Conference shall be adjourned and rescheduled to August 26, 2011 at 10:30
3    am, in Courtroom 3, 5th Floor, at the San Jose Courthouse.

DATED: July 21, 2011                QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP

                                    By /s/ Kathleen M. Sullivan
                                       Kathleen M. Sullivan
                                         kathleensullivan@quinnemanuel.com
                                       Faith E. Gay
                                         faithgay@quinnemanuel.com
                                       Isaac Nesser
                                         isaacnesser@quinnemanuel.com

                                    Attorneys for Defendants

                                    SCHWARCZ RIMBERG BOYD & RADER, LLP

                                    By /s/ K. Lee Boyd
                                       K. Kee Boyd[*]
                                         lboyd@srbr-law.com

                                    Attorneys for Plaintiffs

                                    HUMAN RIGHTS LAW FOUNDATION

                                    By /s/ Terri M. Marsh
                                       Terri M. Marsh[*]
                                         terri.marsh@hrlf.net

                                    Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 26, 2011           , 2011

                                    _____
                                    Hon. Jeremy Fogel

---

[*] I have obtained signatory's consent to file this stipulation and proposed order.