-1-

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Kathleen M. Sullivan (CA Bar No. 242261)
2    kathleensullivan@quinnemanuel.com
3  555 Twin Dolphin Drive, 5th Floor
   Redwood City, California 94065
4  Telephone:      (650) 801-5000
   Facsimile:      (650) 801-5100
5
     Faith E. Gay (*pro hac vice*)
6    faithgay@quinnemanuel.com
     Isaac Nesser (*pro hac vice*)
7    isaacnesser@quinnemanuel.com
8  51 Madison Avenue, 22nd Floor
   New York, New York 10010
9  Telephone:      (212) 849-7000
   Facsimile:      (212) 849-7100
10
   Attorneys for Defendants Cisco Systems, Inc.,
11 John Chambers, Thomas Lam, and Owen Chan

12

13
                    UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15
                       SAN JOSE DIVISION
16

17

18 | Doe I, Doe II, Ivy He, Doe III, Doe IV, Doe V, | Case No. 5:11-cv-02449-JF-PSG
   | Doe VI, ROE VII, Charles Lee, Roe VIII, Liu
19 | Guifu, and those individuals similarly situated, | **NOTICE OF CHANGE IN COUNSEL**
20 |                                                   | **DUE TO INADVERTENT FILING**
   |              Plaintiffs,
21
   |          v.
22
   | Cisco Systems, Inc., John Chambers, Thomas
23 | Lam, Owen Chan, and Does 1-100,
24 |
   |              Defendants.
25

26

27

28

                                                              -1-
            Notice of Change in Counsel Due to Inadvertent Filing

-2-

1    PLEASE TAKE NOTICE that Karin Kramer hereby withdraws her appearance as counsel

2  for Defendants.  Her login and password were used inadvertently for filing docket numbers 40 and

3  41 in the above-captioned matter.

4

5

6  DATED: July 27, 2011                    QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP

7                                      By  /s/ Kathleen M. Sullivan

8                                          Kathleen M. Sullivan
                                             kathleensullivan@quinnemanuel.com
9                                          Faith E. Gay
                                             faithgay@quinnemanuel.com
10                                         Isaac Nesser
                                             isaacnesser@quinnemanuel.com
11

12                                         Attorneys for Defendants

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28