QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kathleen M. Sullivan (CA Bar No. 242261)
  kathleensullivan@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood City, California 94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

  Faith E. Gay (*pro hac vice*)
  faithgay@quinnemanuel.com
  Isaac Nesser (*pro hac vice*)
  isaacnesser@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

Attorneys for Defendants Cisco Systems, Inc.,
John Chambers, Thomas Lam, and Owen Chan

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Doe I, Doe II, Ivy He, Doe III, Doe IV, Doe V, Doe VI, Roe VII, Charles Lee, Roe VIII, Liu Guifu, and those individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Cisco Systems, Inc., John Chambers, Thomas Lam, Owen Chan, and Does 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-JF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

1  Defendants Cisco Systems, Inc., John Chambers, Thomas Lam, and Owen Chan have
2 moved the Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for an order
3 dismissing Plaintiffs' Complaint in its entirety.
4  Having considered all the papers filed by the parties in connection with Defendants'
5 Motion to Dismiss, the parties' arguments at the hearing on this matter, and other materials of
6 which the Court may properly take judicial notice, and for good cause shown, the Court GRANTS
7 Defendants' Motion to Dismiss, and DISMISSES WITH PREJUDICE the Complaint in its
8 entirety as against all Defendants.
9 IT IS SO ORDERED.

11 DATED: _____

_____
United States District Court Judge