**Exhibit 1 Curriculum Vitae of John (Hejun) Chu**



# 君 合 律 師 事 務 所

## JUN HE LAW OFFICES

China Resources Building, 20th Floor
Beijing 100005, P. R. China
Tel.: (86-10) 8519-1300   Fax: (86-10) 8519-1350
E-mail: junhebj@junhe.com
Homepage: www.junhe.com

**Beijing Head Office**
China Resources Building
20th Floor
Beijing 100005
P. R. China
Tel.: (86-10) 8519-1300
Fax: (86-10) 8519-1350
E-mail: junhebj@junhe.com

**Shanghai Office**
Shanghai Kerry Centre
32nd Floor
1515 West Nanjing Road
Shanghai 200040
P. R. China
Tel.: (86-21) 5298-5488
Fax: (86-21) 5298-5492
E-mail: junhesh@junhe.com

**Shenzhen Office**
Shenzhen Development
Bank Tower Suite 15-C
5047 East Shennan Road
Shenzhen 518001
P. R. China
Tel.: (86-755) 2587-0765
Fax: (86-755) 2587-0780
E-mail: junhesz@junhe.com

**Dalian Office**
Chinabank Plaza
Room F, 16th Floor
No. 17 Renmin Road
Dalian 116001
P. R. China
Tel.: (86-411) 8250-7578
Fax: (86-411) 8250-7579
E-mail: junhedl@junhe.com

**Haikou Office**
Nanyang Building
Suite 1107
Haikou 570105
P. R. China
Tel.: (86-898) 6851-2544
Fax: (86-898) 6851-3514
E-mail: junhehn@junhe.com

**New York Office**
500 Fifth Avenue,
43rd Floor, New York,
NY 10110, U.S.A.
Tel.: (1-212) 703-8702
Fax: (1-212) 703-8720
E-mail: junheny@junhe.com

**Hong Kong Office**
Suite 2208,
22nd Floor, Jardine House
1 Connaught Place, Central
Hong Kong
Tel.: (852) 2167-0000
Fax: (852) 2167-0050
E-mail: junhehk@junhe.com



## John (Hejun) Chu (Partner)

Phone: (86-10) 85191235
Mobil: 13701121855
E-mail: chuhj@junhe.com
Fax:    (86-10) 85191350

### Practice Areas

Mr. Chu has rich experience in advising foreign clients in China. He worked on extensively the investment and financing projects in early 1990s, and after becoming an in-house counsel, he diversified his experience by focusing on the corporate matters. He worked on joint ventures, corporate management and governance, technology license, marketing and sales, purchasing, media crises, product liability, litigation management and settlement, human resources and lobbying activities.

### Professional Experience

Mr. Chu started his legal career in China Legal Affairs Center in 1987. John Chu became a founding partner of Jun He Law Offices in 1989. While practicing law in Jun He, from 1992 to 1993, he was a visiting associate of Skadden & Arps in its New York office. In 1994, Mr. Chu moved to work as an in-house counsel. After working for two telecom companies for one and half years, he joined General Motors in Beijing in 1996. From 1999 to 2001, Mr. Chu worked at the headquarters of GM in Detroit. From 2001 to 2003, Mr. Chu acted as the general counsel of the truck joint venture of GM in Shenyang, China. From 2003 to 2007, Mr. Chu worked as an attorney of GM China in Beijing. Mr. Chu returned to Jun He in August 2008. He is currently in the Corporate and M&A

department and Labor Law department of Jun He.

**Education**
B.A., English Department of Beijing Foreign Studies University, 1984
Master of Law, Graduate School of Chinese Academy of Social Sciences, 1987
Ph.D. Economics, People's University of China, 1998
LL.M, Law School of Wayne State University, 2001

**Language Skills**
Chinese and English
He has authored articles and books published in China or the United States.

## Exhibit 2

## 民政部职能配置内设机构和人员编制规定

### Regulation on the Main Duties, Internal Organs and Personnel of the Ministry of Civil Affairs

| | |
|---|---|
| **颁布机关:** | 国务院办公厅 |
| **Promulgating Institution:** | General Office of the State Council |
| **文 号:** | 国办发[1998]60号 |
| **Document Number:** | Guo Ban Fa [1998] No. 60 |
| **颁布时间:** | 06/17/1998 |
| **Promulgating Date:** | 06/17/1998 |
| **实施时间:** | 06/17/1998 |
| **Effective Date:** | 06/17/1998 |
| **效力状态:** | 有效 |
| **Validity Status:** | Valid |

\*\*\*

二、主要职责

根据以上职能调整,民政部的主要职责是:

（一） 拟定民政工作的基本方针、政策、规章和法律、法规,研究提出民政事业发展规划,指导民政工作的改革与发展。

（二） 负责全国性社团、跨省(自治区、直辖市)社团、在内在的香港特别行政区及澳门、台湾同胞社团、外国人在华社团、国际性社团在华机构的登记和年度检查;研究提出会费标准和财务管理办法;监督社团活动,查处社团组织的违法行为和未经登记而以社团名义开展活动的非法组织;指导、监督地方社团的登记管理工作。

II. Main Functions

Based on the above functionary adjustments, the main dutiess of the Ministry of Civil Affairs shall be as follows:

(1)     develop guidelines, policies, rules, laws and regulations for civil administration; study and propose civil administration development plans; direct the reforms and development of civil affairs

(2)     take responsibility for the registration and annual inspection of national social

organizations, interprovincial (including autonomous regions and municipalities) social organizations, social organizations of Hong Kong, Macau, and Taiwan residents who resident in Mainland, foreign social organizations in China, offices of international social organizations; study and propose standards for organization membership fees and methods of regulating their financial affairs; supervise social organization activities, investigate and discipline illegal activities by social organizations and illegal organizations that engage in social activities without registration; direct and supervise the registration and regulation of local social organizations.

\*\*\*

**Exhibit 3**

## 中华人民共和国民政部关于取缔法轮大法研究会的决定

## Resolution of the PRC Ministry of Civil Affairs on Outlawing Falun Dafa Research Society

| | |
|---|---|
| **颁布机关：** | 民政部 |
| **Promulgating Institution:** | The Ministry of Civil Affairs |
| **颁布时间：** | 07/22/1999 |
| **Promulgating Date:** | 07/22/1999 |
| **实施时间：** | 07/22/1999 |
| **Effective Date:** | 07/22/1999 |
| **效力状态：** | 有效 |
| **Validity Status:** | Valid |

经查，法轮大法研究会未经依法登记，并进行非法活动，宣扬迷信邪说，蒙骗群众，挑动制造事端，破坏社会稳定。据此，依照《社会团体登记管理条例》有关规定，认定法轮大法研究会及其操纵的法轮功组织为非法组织，决定予以取缔。

Upon thorough investigation, the Falun Dafa Research Society did not register in accordance with the relevant regulations and engaged in illegal activities, promoted superstitions, cheated the public, instigated disturbances and undermined social stability.   Accordingly, pursuant to the Regulations on Registration Administration of Associations, the Falun Dafa Research Society and the Falun Gong organization under its control are identified as illegal organizations and shall be banned.

民政部

1999 年 7 月 22 日

Ministry of Civil Affairs

July 22, 1999

## Exhibit 4

## 社会团体登记管理条例

### Regulations on Registration Administration of Associations

| | |
|---|---|
| **颁布机关:** | 国务院 |
| **Promulgating Institution:** | State Council |
| **文　　号:** | 国务院令第250号 |
| **Document Number:** | Order No. 250 of the State Council |
| **颁布时间:** | 10/25/1998 |
| **Promulgating Date:** | 10/25/1998 |
| **实施时间:** | 10/25/1998 |
| **Effective Date:** | 10/25/1998 |
| **效力状态:** | 有效 |
| **Validity Status:** | Valid |

\*\*\*

**第六条**　国务院民政部门和县级以上地方各级人民政府民政部门是本级人民政府的社会团体登记管理机关(以下简称登记管理机关)。

国务院有关部门和县级以上地方各级人民政府有关部门、国务院或者县级以上地方各级人民政府授权的组织,是有关行业、学科或者业务范围内社会团体的业务主管单位(以下简称业务主管单位)。

法律、行政法规对社会团体的监督管理另有规定的,依照有关法律、行政法规的规定执行。

**Article 6**　The civil affairs department of the State Council and the civil affairs departments of the local people's governments at or above the county level are the registration administration organs of the people's governments at their corresponding levels (hereinafter referred to as the registration administration organs) for associations.

The relevant departments of the State Council and those of the local people's governments at or above the county level as well as organizations authorized by the State Council or the local people's governments at or above the county level are the relevant governing units over associations of trades, academic disciplines or professions(hereinafter referred to as the governing units).

Where the laws and administrative regulations stipulate otherwise with regard to the supervision and administration of associations, the provisions of the relevant laws and administrative regulations shall be applied.

**第七条**　全国性的社会团体,由国务院的登记管理机关负责登记管理；地方性的社会团

体，由所在地人民政府的登记管理机关负责登记管理；跨行政区域的社会团体，由所跨行政区域的共同上一级人民政府的登记管理机关负责登记管理。

**Article 7**    Nationwide associations shall be registered and administered by the registration administration organ of the State Council; local associations shall be registered and administered by registration administration organs of the people's governments in places where they are located. Trans-administrative-region associations shall be registered and administered by the common registration administration organs of the people's governments at the next higher level over the administrative regions that these associations straddle

**第二十七条**    登记管理机关履行下列监督管理职责：

（一）    负责社会团体的成立、变更、注销的登记或者备案；

（二）    对社会团体实施年度检查；

（三）    对社会团体违反本条例的问题进行监督检查，对社会团体违反本条例的行为给予行政处罚。

**Article 27**    The registration administration organs shall perform the following functions of supervision and administration:

（1）    being responsible for the registration and record of the establishment, changes and cancellation of associations;

（2）    conducting annual verification of associations;

（3）    supervising and verifying cases related to the violation of these Regulations by associations, and imposing administrative punishments on associations whose conducts violate these Regulations.

**第三十五条**    未经批准，擅自开展社会团体筹备活动，或者未经登记，擅自以社会团体名义进行活动，以及被撤销登记的社会团体继续以社会团体名义进行活动的，由登记管理机关予以取缔，没收非法财产；构成犯罪的，依法追究刑事责任；尚不构成犯罪的，依法给予治安管理处罚。

**Article 35**    Where an organization makes preparations without approval for establishing an association, or an organization without registration performs activities in the name of an association, or an association whose registration has been revoked continues to perform activities in the name of the association, it shall be banned by the registration administration organ, its illegal properties shall be confiscated; and criminal liabilities shall be investigated according to law where a crime is constituted; where a crime is not constituted, administrative penalties for public security shall be imposed according to law.

\*\*\*\*

**第四十条**　本条例自发布之日起施行。1989 年 10 月 25 日国务院发布的《社会团体登记管理条例》同时废止。

**Article 40**　These Regulations take effect as of the date of promulgation. The Regulations on the Registration Administration of Associations promulgated by the State Council on October 25 , 1989 shall be repealed simultaneously.

## Exhibit 5

国务院办公厅关于印发公安部职能配置、内设机构和人员编制方案的通知

## Circular on the Duties, Internal Organs and Personnel of the Ministry of Public Security

| | |
|---|---|
| **颁布机关:** | 国务院办公厅 |
| **Promulgating Institution:** | General Office of the State Council |
| **文 号:** | 国办发[1994]45号 |
| **Document Number:** | Guo Ban Fa [1994] No. 45 |
| **颁布时间:** | 03/24/1994 |
| **Promulgating Date:** | 03/24/1994 |
| **实施时间:** | 03/24/1994 |
| **Effective Date:** | 03/24/1994 |
| **效力状态:** | 有效 |
| **Validity Status:** | Valid |

\*\*\*

二、主要职责

公安部是国务院主管全国公安工作的职能部门,是人民警察的最高领导和指挥机关。主要职责是:

(一)研究制订有关公安工作的方针、政策、法规、规章,部署全国公安工作,并指导、检查、监督地方各级公安机关的贯彻执行情况。

II. Main Duties

The Ministry of Public Security is the functional department by which the State Council administrates national public security work; the duties of the Ministry of Public Security are to:

(1)Research and formulate guidelines, policies, regulations and rules concerning public security work;

(三)掌握信息,分析、预测敌情和社会治安情况并制定对策。

(3) Analyze and anticipate hostile intelligence and public security conditions and formulate countermeasures.

\*\*\*

**Exhibit 6**

中华人民共和国公安部通告（1999 年 7 月 22 日）

**Circular of the PRC Ministry of Public Security on July 22, 1999**

| | |
|---|---|
| 颁布机关： | 公安部 |
| **Promulgating Institution:** | The Ministry of Public Security |
| 颁布时间： | 07/22/1999 |
| **Promulgating Date:** | 07/22/1999 |
| 实施时间： | 07/22/1999 |
| **Effective Date:** | 07/22/1999 |
| 效力状态： | 有效 |
| **Validity Status:** | Valid |

中华人民共和国民政部已于 1999 年 7 月 22 日认定法轮大法研究会及其操纵的法轮功组织为非法组织，决定予以取缔。据此，特通告如下：

The PRC Ministry of Civil Affairs has identified Falun Dafa (Falun Gong) and the Fulun Gong organizations under its control as illegal organizations on July 22, 1999 and shall be banned. Accordingly, this is to notice hereby as following:

一、禁止任何人在任何场所悬挂、张贴宣扬法轮大法（法轮功）的条幅、图像、徽记和其他标识。

I. No person shall at any location put up banners, graphics, emblems and other marks that publicize Falun Dafa (Falun Gong).

二、禁止任何人在任何场合散发宣扬法轮大法（法轮功）的书刊、音像制品和其他宣传品。

II. No person shall at any location distribute books, periodicals, audio and visual recordings or other promotional materials that promote Falun Dafa (Falun Gong).

三、禁止任何人在任何场合聚众进行"会功"、"弘法"等宣扬法轮大法（法轮功）的活动。

III. No person shall at any location assemble gatherings to engage in activities that publicize Falun Dafa (Falun Gong).

四、禁止以静坐、上访等方式举行维护、宣扬法轮大法（法轮功）的集会、游行、示威活动。

IV. It shall be prohibited to sit-in, petition or by any other mean to hold gatherings, processions or demonstrations that have the purpose of maintaining or publicizing Falun Dafa (Falun Gong).

五、禁止捏造或者歪曲事实、故意散布谣言或者以其他方式煽动扰乱社会秩序。

V. It shall be prohibited to distort facts, intentionally disseminate rumors or in any other way incite or disrupt public order.

六、禁止任何人组织、串联、指挥对抗政府有关决定的活动。

VI. No person shall organize, conspire or orchestrate activities to oppose relevant state regulations.

违反上述规定，构成犯罪的，依法追究刑事责任；尚不构成犯罪的，依法给予治安管理处罚。

In violation of the provisions above, a person shall be held criminally liable for conduct which constitutes a crime; violation that does not constitute a crime shall be given public security administrative punishment according to the law.

中华人民共和国公安部

1999 年 7 月 22 日

PRC Ministry of Pubic Security

July 22, 1999

## Exhibit 7

全国人民代表大会常务委员会关于取缔邪教组织、防范和惩治邪教活动的决定

## Decision of the Standing Committee of the National People's Congress on Banning Cult organizations, Guarding Against and Punishing Cult Activities

| | |
|---|---|
| **颁布机关:** | 全国人民代表大会常务委员会 |
| **Promulgating Institution:** | Standing Committee of the National People's Congress |
| **颁布时间:** | 10/30/1999 |
| **Promulgating Date:** | 10/30/1999 |
| **实施时间:** | 10/30/1999 |
| **Effective Date:** | 10/30/1999 |
| **效力状态:** | 有效 |
| **Validity Status:** | Valid |

为了维护社会稳定，保护人民利益，保障改革开放和社会主义现代化建设的顺利进行，必须取缔邪教组织、防范和惩治邪教活动。根据宪法和有关法律，特作如下决定：

In order to maintain social stability, protect the interests of the people, ensure the smooth progress of reform and opening to the outside world and the socialist modernization drive, cult organizations shall be banned and cult activities shall be guarded against and punished. In accordance with the Constitution and the relevant laws, the decision is made as follows:

一、坚决依法取缔邪教组织，严厉惩治邪教组织的各种犯罪活动。邪教组织冒用宗教、气功或者其他名义，采用各种手段扰乱社会秩序，危害人民群众生命财产安全和经济发展，必须依法取缔，坚决惩治。人民法院、人民检察院和公安、国家安全、司法行政机关要各司其职，共同做好这项工作。对组织和利用邪教组织破坏国家法律、行政法规实施，聚众闹事，扰乱社会秩序，以迷信邪说蒙骗他人，致人死亡，或者奸淫妇女、诈骗财物等犯罪活动，依法予以严惩。

1. Cult organizations shall be banned resolutely and all criminal activities conducted by cult organizations shall be severely punished. Cult organizations, under the cloak of religion and qigong [deep breathing exercises—Tr.) or under other names, or by resorting to other means, disrupt public order, endanger people's lives and property and impair economic development,

therefore they shall be banned in accordance with law and punished resolutely. The people's courts, people's procuratorates and the departments for public security, State security and administration of justice should perform their own duties respectively and join efforts to accomplish the task. Criminal activities designed to form or make use of cult organizations to undermine the implementation of State laws and administrative regulations, or designed to assemble a crowd to make trouble, or designed to disrupt public order, deceive other persons by means ofsuperstition and heresy, cause death of other persons, rape women , or defraud other persons of their money or things of value shall be punished severely in accordance with law.

二、坚持教育与惩罚相结合，团结、教育绝大多数被蒙骗的群众，依法严惩极少数犯罪分子。在依法处理邪教组织的工作中，要把不明真相参与邪教活动的人同组织和利用邪教组织进行非法活动、蓄意破坏社会稳定的犯罪分子区别开来。对受蒙骗的群众不予追究。对构成犯罪的组织者、策划者、指挥者和骨干分子，坚决依法追究刑事责任；对于自首或者有立功表现的，可以依法从轻、减轻或者免除处罚。

2. The principle of education with punishment shall be adhered to, the overwhelming majority of the people who are deceived shall be united with and enlightened, the handful of criminals shall be punished in accordance with law. In the course of handling cult organizations in accordance with law, those who take part in cult activities without knowing the truth shall be differentiated from criminals who form or make use of cult organizations to engage in illegal activities and intentionally disrupt social stability. The people who are deceived shall not be investigated. Those organizers, plotters, directors and key members who have committed crimes shall be resolutely investigated for criminal responsibility in accordance with law; those who voluntarily surrender themselves or perform meritorious services shall be given a lighter or mitigated punishment or be exempted from punishment.

三、在全体公民中深入持久地开展宪法和法律的宣传教育，普及科学文化知识。依法取缔邪教组织，惩治邪教活动，有利于保护正常的宗教活动和公民的宗教信仰自由。要使广大人民群众充分认识邪教组织严重危害人类、危害社会的实质，自觉反对和抵制邪教组织的影响，进一步增强法制观念，遵守国家法律。

3. Dissemination of and education in the Constitution and other laws shall be conducted among all the citizens and in a long deep-going way, and scientific and general knowledge shall be popularized among them. Banning cult organizations and punishing cult activities in accordance with law will help protect the regular religious activities and citizens' freedom of religious belief. It is important to help the masses of people to fully understand that in essence the cult organizations mean to severely harm people and the community, so that they will, of their own accord,combat and resist the influence of cult organizations, further

enhance their awareness of the importance of law and abide by the laws of the State.

四、防范和惩治邪教活动，要动员和组织全社会的力量，进行综合治理。各级人民政府和司法机关应当认真落实责任制，把严防邪教组织的滋生和蔓延，防范和惩治邪教活动作为一项重要任务长期坚持下去，维护社会稳定。

4. It is necessary to mobilize all the forces of the society to prevent and punish cult activities in a comprehensive way. The people's governments and judicial organs at all levels shall conscientiously put into effect the system of job responsibility, and make strict prevention of cult organizations from growing and spreading and prevention and punishment of cult activities an important task and persevere in it for a long time to come, so as to maintain social stability.

Source of English translation: Westlaw China

Westlaw China's declaration: English Translation by the General Office of the Legislative Affairs Commission, the Standing committee of the National People's Congress.

**Exhibit 8**

# 最高人民法院关于贯彻全国人大常委会《关于取缔邪教组织防范和惩治邪教活动的决定》和"两院"司法解释的通知

**Notice on Implementing the Resolution of the Standing Committee of the National People's Congress on Banning Heretic Cult Organizations, Guarding against and Punishing Heretic Cult Activities and Judicial Interpretations of the Supreme Court and the Supreme Procuratorate**

| | |
|---|---|
| 颁布机关： | 最高人民法院 |
| 文　　号： | 法发[1999]29号 |
| 颁布时间： | 11/05/1999 |
| 实施时间： | 11/05/1999 |
| 效力状态： | 有效 |

一、　***近年来，邪教组织特别是"法轮功"邪教组织冒用宗教、气功或者其他名义建立、神化首要分子，大搞教主崇拜，利用制造、散布迷信邪说等手段蛊惑、蒙骗他人，发展、控制成员，从事违法犯罪活动，危害人民群众生命财产安全和经济发展，严重影响了社会稳定，必须坚决依法惩办。***

I.　***In recent years, cult organizations, especially the "Falun Gong" cult organization, were established by masquerading under the name of religion, qigong or others; deified their leaders; vigorously setup cult leader worship; confused and cheated others by utilizing, creating and disseminating superstitious cult ideas; developed and took control of theirs members; engaged in illegal and criminal activities; threatened the lives and properties of the people, and economic development; seriously affecting stability of the society; and therefore must be resolutely punished in accordance the law.***

***各级人民法院要认真学习，统一思想认识，认清"法轮功"的邪教性质及其危害。　***

*** People's courts of all levels shall thoroughly study, unify conceptual understandings, recognize the cultic nature and harms of "Falun Gong,"***

二、　各级人民法院要认真贯彻执行《决定》，按照《解释》的规定要求，严格依法办案，正确适用法律，坚决依法打击"法轮功"等邪教组织的犯罪活动。

II.　***People's courts of all levels shall thoroughly promote and implement the

"Decision" , and in accordance with the requirements of the "Interpretation" , shall strictly adhere to the law, properly apply the law, resolutely strike-down criminal activities involving cult organizations such as "Falun Gong" in accordance with the law.***

## Exhibit 9

## 中华人民共和国刑法

## Criminal Law of the People's Republic of China

| | |
|---|---|
| **颁布机关:** | 全国人民代表大会 |
| **Promulgating Institution:** | National People's Congress |
| **文号:** | 中华人民共和国主席令第八十三号 |
| **Document Number:** | Order No. 83 of the President of the People's Republic of China |
| **颁布时间:** | 03/14/1997 |
| **Promulgating Date:** | 03/14/1997 |
| **实施时间:** | 10/01/1997 |
| **Effective Date:** | 10/01/1997 |
| **效力状态:** | 已修订 |
| **Validity Status:** | Valid as amended |
| **修订记录:** | 1999年12月25日, 2001年8月31日, 2001年12月29日, 2002年12月28日, 2005年2月28日, 2006年6月29日, 2009年2月28日, 2011年2月25日 |
| **Amendment History:** | December 25, 1999, August 31, 2001, December 29, 2001, December 28, 2002, Feburary 28, 2005, June 29, 2006, February 28, 2009, February 25, 2011 |

\*\*\*

**第二百三十二条**　故意杀人的，处死刑、无期徒刑或者十年以上有期徒刑；情节较轻的，处三年以上十年以下有期徒刑。

**Article 232**　Whoever intentionally commits homicide shall be sentenced to death, life imprisonment or fixed-term imprisonment of not less than 10 years; if the circumstances are relatively minor, he shall be sentenced to fixed-term imprisonment of not less than three years but not more than 10 years.

**第二百三十四条**　故意伤害他人身体的，处三年以下有期徒刑、拘役或者管制。

犯前款罪，致人重伤的，处三年以上十年以下有期徒刑；致人死亡或者以特别残忍手段致人重伤造成严重残疾的，处十年以上有期徒刑、无期徒刑或者死刑。本法另有规定的，依照规定。

**Article 234**　Whoever intentionally inflicts injury upon another person shall be sentenced to fixed-term imprisonment of not more than three years, criminal detention or public

surveillance.

Whoever commits the crime mentioned in the preceding paragraph, thus causing severe injury to another person, shall be sentenced to fixed-term imprisonment of not less than three years but not more than 10 years; if he causes death to the person or, by resorting to especially cruel means, causes severe injury to the person, reducing the person to utter disability, he shall be sentenced to fixed-term imprisonment of not less than 10 years, life imprisonment or death, except as otherwise specifically provided in this Law.

**第二百四十七条** 司法工作人员对犯罪嫌疑人、被告人实行刑讯逼供或者使用暴力逼取证人证言的，处三年以下有期徒刑或者拘役。致人伤残、死亡的，依照本法第二百三十四条、第二百三十二条的规定定罪从重处罚。

**Article 247** Any judicial officer who extorts confession from a criminal suspect or defendant by torture or extorts testimony from a witness by violence shall be sentenced to fixed-term imprisonment of not more than three years or criminal detention. If he causes injury, disability or death to the victim, he shall be convicted and given a heavier punishment in accordance with the provisions of Article 234 or 232 of this Law.

**第三百条** 组织和利用会道门、邪教组织或者利用迷信破坏国家法律、行政法规实施的，处三年以上七年以下有期徒刑；情节特别严重的，处七年以上有期徒刑。

组织和利用会道门、邪教组织或者利用迷信蒙骗他人，致人死亡的，依照前款的规定处罚。

组织和利用会道门、邪教组织或者利用迷信奸淫妇女、诈骗财物的，分别依照本法第二百三十六条、第二百六十六条的规定定罪处罚。

**Article 300** Whoever forms or uses superstitious sects or secret societies or weird religious organizations or uses superstition to undermine the implementation of the laws and administrative rules and regulations of the State shall be sentenced to fixed-term imprisonment of not less than three years but not more than seven years; if the circumstances are especially serious, he shall be sentenced to fixed-term imprisonment of not less than seven years.

Whoever forms or uses superstitious sects or secret societies or weird religious organizations or uses superstition to cheat another person, and causes death to the person shall be punished in accordance with the provisions of the preceding paragraph.

Whoever forms or uses superstitious sects or secret societies or weird religious organizations or uses superstition to rape a woman or swindle money or property shall be convicted and punishedin accordance with the provisions of Articles 236 and Article 266 of this Law

respectively.

***


Source of English translation: Westlaw China

Westlaw China's declaration: English Translation by the General Office of the Legislative Affairs Commission, the Standing committee of the National People's Congress.

**Exhibit 10**

最高人民法院、最高人民检察院关于办理组织和利用邪教组织犯罪案件具体应用法律若干问题的解释

## Interpretation of the Supreme People's Court and the Supreme People's Procuratorate on the Relevant Matters of Laws Application Relating to Crime Cases Involving Organizing and Utilizing Cult Organizations

| | |
|---|---|
| **颁布机关:** | 最高人民法院; 最高人民检察院 |
| **Promulgating Institution:** | the Supreme People's Court; the Supreme People's Procuratorate |
| **文 号:** | 法释[1999]18号 |
| **Document Number:** | Fa Shi [1999] No. 18 |
| **颁布时间:** | 10/09/1999 |
| **Promulgating Date:** | 10/09/1999 |
| **实施时间:** | 10/30/1999 |
| **Effective Date:** | 10/30/1999 |
| **效力状态:** | 有效 |
| **Validity Status:** | Valid |

\*\*\*

**第二条** 组织和利用邪教组织并具有下列情形之一的,依照刑法第三百条第一款的规定定罪处罚:

(一)聚众围攻、冲击国家机关、企业事业单位, 扰乱国家机关、企业事业单位的工作、生产、经营、教学和科研秩序的;

(二)非法举行集会、游行、示威, 煽动、欺骗、组织其成员或者其他人聚众围攻、冲击、强占、哄闹公共场所及宗教活动场所, 扰乱社会秩序的;

(三)抗拒有关部门取缔或者已经被有关部门取缔, 又恢复或者另行建立邪教组织, 或者继续进行邪教活动的;

(四)煽动、欺骗、组织其成员或者其他人不履行法定义务, 情节严重的;

(五)出版、印刷、复制、发行宣扬邪教内容出版物, 以及印制邪教组织标识的;

(六)其他破坏国家法律、行政法规实施行为的。

实施前款所列行为, 并具有下列情形之一的, 属于"情节特别严重":

(一)跨省、自治区、直辖市建立组织机构或者发展成员的；

(二)勾结境外机构、组织、人员进行邪教活动的；

(三)出版、印刷、复制、发行宣扬邪教内容出版物以及印制邪教组织标识，数量或者数额巨大的；

(四)煽动、欺骗、组织其成员或者其他人破坏国家法律、行政法规实施，造成严重后果的。

**Article 2** Whoever organizes and utilizes cult organizations to engage in the following activities is to be sentenced to the criminal punishment according to Article 300 Clause 1 of Criminal Law:

(1)     assembling or gathering to besiege or charge government organs, enterprises or institutions, and disrupting the order of their work, production, operation, teaching, and research activities;

(2)     holding illegal gatherings, processions, demonstrations or to incite, deceive, or organize their members or others to besiege, charge, seize and disrupt the order of public places or places for religious activities, or disrupt social order;

(3)     resisting relevant department of the state to ban their organizations, restoring banned organizations, or setting up other cult organizations or continuing their cult activities after their organizations have been banned;

(4)     instigating, deceiving or organizing their members or others to refuse fulfilling their legal obligations in the gross circumstance;

(5)     publishing, printing, or copying any publication that preach cults, and printing the mark of cult organizations; and

(6)     other acts of violating and preventing the implementation of laws and administrative regulations of the state.

Whoever conducts an abovementioned activity with one of the following circumstances shall constitute an "especially serious circumstance":

(1)     setting up interprovincial, interregional or inter-municipal organizations or recruiting members in other provinces, regions and municipalities;

(2)     collaborating with overseas institutions, organizations and individuals to engage in cult activities;

(3)     publishing, printing, duplicating or distributing publications that spread cultic information or printing symbols of cult organizations in large quantities or values; and

(4)     instigating, deceiving or organizing their members or others to prevent the

implementation of the laws and administrative regulations of the State, and resulting in serious consequences.

\*\*\*

## Exhibit 11

# 最高人民法院、最高人民检察院关于办理组织和利用邪教组织犯罪案件具体应用法律若干问题的解释（二）

## Interpretation of the Supreme People's Court and the Supreme People's Procuratorate on the Relevant Matters of Laws Application Relating to Crime Cases Involving Organizing and Utilizing Cult Organizations II

| | |
|---|---|
| **颁布机关：** | 最高人民法院；最高人民检察院 |
| **Promulgating Institution:** | the Supreme People's Court; the Supreme People's Procuratorate |
| **文 号：** | 法释[2001]19号 |
| **Document Number:** | Fa Shi [2001 No. 19 |
| **颁布时间：** | 06/04/2001 |
| **Promulgating Date:** | 06/04/2001 |
| **实施时间：** | 06/11/2001 |
| **Effective Date:** | 06/11/2001 |
| **效力状态：** | 有效 |
| **Validity Status:** | Valid |

**第一条** 制作、传播邪教宣传品，宣扬邪教，破坏法律、行政法规实施，具有下列情形之一的，依照刑法第三百条第一款的规定，以组织、利用邪教组织破坏法律实施罪定罪处罚：

（一） 制作、传播邪教传单、图片、标语、报纸300份以上，书刊100册以上，光盘100张以上，录音、录像带100盒以上的；

（二） 制作、传播宣扬邪教的ＤＶＤ、ＶＣＤ、ＣＤ母盘的；

（三） 利用互联网制作、传播邪教组织信息的；

（四） 在公共场所悬挂横幅、条幅，或者以书写、喷涂标语等方式宣扬邪教，造成严重社会影响的；

（五） 因制作、传播邪教宣传品受过刑事处罚或者行政处罚又制作、传播的；

（六） 其他制作、传播邪教宣传品，情节严重的。

制作、传播邪教宣传品数量达到前款第(一)项规定的标准五倍以上，或者虽未达到五倍，但造成特别严重社会危害的，属于刑法第三百条第一款规定的"情节特别严重"。

**Article1** Whoever organizes and utilizes cult organizations to engage in the following activities is to be sentenced to the criminal punishment according to Article 300 Clause 1 of the Criminal Law:

（1）  producing or disseminating cultic leaflets, graphics, posters, newspapers in excess of 300 copies, or books and periodicals in excess of 100 copies, or optical discs in excess of 100 copies, or audio recording, video recording in excess of 100 copies;

（2）  producing or disseminating master disc(s) of DVD, VCD and CD that promote cults;

（3）  utilizing the internet to create or disseminate messages of cult organizations;

（4）  promoting cults in public venues by means such as hanging banners, writing or spraying slogans, and thus causing serious impact on society;

（5）  repeating offense when the offender was previously punished criminally or administratively for production or dissemination of cultic propaganda materials; and

（6）  gross production and dissemination of other cultic promotion products.

Producing or disseminating cultic propaganda material in quantities more than five times of the abovementioned quantities, or even though fewer than five times of the abovementioned quantities, but nonetheless causing particularly serious harm to society, shall constitute a "especially serious circumstance" in Article 300 Clause 1 of the Criminal Law.

\*\*\*

## Exhibit 12

## 中华人民共和国刑事诉讼法

## Criminal Procedure Law of the People's Republic of China

| | |
|---|---|
| **颁布机关:** | 全国人民代表大会 |
| **Promulgating Institution:** | National People's Congress |
| **文号:** | 中华人民共和国主席令第六十四号 |
| **Document Number:** | Order No. 64 of the President of the People's Republic of China |
| **颁布时间:** | 03/17/1996 |
| **Promulgating Date:** | 03/17/1996 |
| **实施时间:** | 01/01/1997 |
| **Effective Date:** | 01/01/1997 |
| **效力状态:** | 有效 |
| **Validity Status:** | Valid |

\*\*\*

**第四十三条**审判人员、检察人员、侦查人员必须依照法定程序，收集能够证实犯罪嫌疑人、被告人有罪或者无罪、犯罪情节轻重的各种证据。严禁刑讯逼供和以威胁、引诱、欺骗以及其他非法的方法收集证据。必须保证一切与案件有关或者了解案情的公民，有客观地充分地提供证据的条件，除特殊情况外，并且可以吸收他们协助调查。

**Article 43**Judges, procurators and investigators must, in accordance with the legally prescribed process, collect various kinds of evidence that can prove the criminal suspect's or defendant's guilt or innocence and the gravity of his crime. It shall be strictly forbidden to extort confessions by torture and to collect evidence by threat, enticement, deceit or other unlawful means. Conditions must be guaranteed for all citizens who are involved in a case or who have information about the circumstances of a case to objectively and fully furnish evidence and, except in special circumstances, they may be brought in to help the investigation.

**第六十九条**公安机关对被拘留的人，认为需要逮捕的，应当在拘留后的三日以内，提请人民检察院审查批准。在特殊情况下，提请审查批准的时间可以延长一日至四日。

对于流窜作案、多次作案、结伙作案的重大嫌疑分子，提请审查批准的时间可以延长至三十日。

人民检察院应当自接到公安机关提请批准逮捕书后的七日以内，作出批准逮捕或者不批准逮捕的决定。人民检察院不批准逮捕的，公安机关应当在接到通知后立即释放，并且将执行情况及时通知人民检察院。对于需要继续侦查，并且符合取保候审、监视居住条件的，依法取保候审或者监视居住。

**Article 69**If the public security organ deems it necessary to arrest a detainee, it shall, within three days after the detention, submit a request to the People's Procuratorate for examination and approval. Under special circumstances, the time limit for submitting a request for examination and approval may be extended by one to four days.

As to the arrest of a major suspect involved in crimes committed from one place to another, repeatedly, or in a gang, the time limit for submitting a request for examination and approval may be extended to 30 days.

The People's Procuratorate shall decide either to approve or disapprove the arrest within seven days from the date of receiving the written request for approval of arrest submitted by a public security organ. If the People's Procuratorate disapproves the arrest, the public security organ shall, upon receiving notification, immediately release the detainee and inform the People's Procuratorate of the result without delay. If further investigation is necessary, and if the released person meets the conditions for obtaining a guarantor pending trial or for residential surveillance, he shall be allowed to obtain a guarantor pending trial or subjected to residential surveillance according to law.

**第一百二十四条**对犯罪嫌疑人逮捕后的侦查羁押期限不得超过二个月。案情复杂、期限届满不能终结的案件，可以经上一级人民检察院批准延长一个月。

**Article 124**The time limit for holding a criminal suspect in custody during investigation after arrest shall not exceed two months. If the case is complex and cannot be concluded within the time limit, an extension of one month may be allowed with the approval of the People's Procuratorate at the next higher level.

**第一百二十五条**因为特殊原因，在较长时间内不宜交付审判的特别重大复杂的案件，由最高人民检察院报请全国人民代表大会常务委员会批准延期审理。

**Article 125**If due to special reasons, it is not appropriate to hand over a particularly grave and complex case for trial even within a relatively long period of time, the Supreme People's Procuratorate shall submit a report to the Standing Committee of the National People's Congress for approval of postponing the hearing of the case.

**第一百二十六条** 下列案件在本法第一百二十四条规定的期限届满不能侦查终结的，经省、自治区、直辖市人民检察院批准或者决定，可以延长二个月：

（一）交通十分不便的边远地区的重大复杂案件；

（二）重大的犯罪集团案件；

（三）流窜作案的重大复杂案件；

（四）犯罪涉及面广，取证困难的重大复杂案件。

**Article 126** With respect to the following cases, if investigation cannot be concluded within the time limit specified in Article 124 of this Law, an extension of two months may be allowed upon approval or decision by the People's Procuratorate of a province, autonomous region or municipality directly under the Central Government:

(1)     grave and complex cases in outlying areas where traffic is most inconvenient;

(2)     grave cases that involve criminal gangs;

(3)     grave and complex cases that involve people who commit crimes from one place to another; and

(4)     grave and complex cases that involve various quarters and for which it is difficult to obtain evidence.

**第一百二十七条** 对犯罪嫌疑人可能判处十年有期徒刑以上刑罚，依照本法第一百二十六条规定延长期限届满，仍不能侦查终结的，经省、自治区、直辖市人民检察院批准或者决定，可以再延长二个月。

**Article 127** If in the case of a criminal suspect who may be sentenced to fixed-term imprisonment often years at least, investigation of the case can still not be concluded upon expiration of the extended time limit as provided in Article 126 of this Law, another extension of two months may be allowed upon approval or decision by the People's Procuratorate of a province, autonomous region or municipality directly under the Central Government.

Source of English translation: Westlaw China

Westlaw China's declaration: English Translation by the General Office of the Legislative Affairs Commission, the Standing committee of the National People's Congress.

**Exhibit 13**

## 中华人民共和国治安管理处罚法

**Law of the People's Republic of China on Penalties for Administration of Public Security**

| | |
|---|---|
| **颁布机关:** | 全国人民代表大会常务委员会 |
| **Promulgating Institution:** | Standing Committee of the National People's Congress |
| | |
| **文号:** | 中华人民共和国主席令第三十八号 |
| **Document Number:** | Order No. 38 of the President of the People's Republic of China |
| | |
| **颁布时间:** | 08/28/2005 |
| **Promulgating Date:** | 08/28/2005 |
| **实施时间:** | 03/01/2006 |
| **Effective Date:** | 03/01/2006 |
| **效力状态:** | 有效 |
| **Validity Status:** | Valid |

\*\*\*

第二十七条 有下列行为之一的,处十日以上十五日以下拘留,可以并处一千元以下罚款; 情节较轻的,处五日以上十日以下拘留,可以并处五百元以下罚款:

(一)组织、教唆、胁迫、诱骗、煽动他人从事邪教、会道门活动或者利用邪教、会道门、迷信活动,扰乱社会秩序、损害他人身体健康的;

(二)冒用宗教、气功名义进行扰乱社会秩序、损害他人身体健康活动的。

**Article 27** A person who commits one of the following acts shall be detained for not less than 10 days but not more than 15 days and may, in addition, be fined not more than 1,000 yuan; and if the circumstances are relatively minor, he shall be detained for not less than 5 days but not more than 10 days and may, in addition, be fined not more than 500 yuan:

(1) organizing, instigating, coercing, inducing or inciting another person to engage in activities of cults, superstitious sects, or secret societies, or making use of cults, superstitious sects, secret societies, or superstitious activities to disturb social order and harm the health of another people; or

(2) disturbing social order and harming the health of another person by masquerading under the name of religion or qigong.

**第七十九条**公安机关及其人民警察对治安案件的调查,应当依法进行。严禁刑讯逼供或者采用威胁、引诱、欺骗等非法手段收集证据。

以非法手段收集的证据不得作为处罚的根据。

**Article 79**Public security organs and the people's police shall investigate cases of public security according to law. Extorting confessions by torture or collecting evidence by such illegal means as intimidation, enticement or deception is strictly prohibited.

Evidence collected by illegal means shall not be taken as the basis of penalty.

**第一百一十八条**本法所称以上、以下、以内,包括本数。

**Article 118**The figures used following the terms of "not less than", "not more than" or "within" in this Law include these figures themselves.

**第一百一十九条**本法自2006年3月1日起施行。1986年9月5日公布、1994年5月12日修订公布的《中华人民共和国治安管理处罚条例》同时废止。

**Article 119**This Law shall go into effect as of March 1, 2006. The Regulations of the People's Republic of China on Administrative Penalties for Public Security promulgated on September 5, 1986, and revised and promulgated on May 12, 1994 shall be nullified at the same time.

## Exhibit 14

## 中华人民共和国宪法

## Constitution of the People's Republic of China

| | |
|---|---|
| **颁布机关:** | 全国人民代表大会 |
| **Promulgating Institution:** | National People's Congress |
| **颁布时间:** | 12/04/1982 |
| **Promulgating Date:** | 12/04/1982 |
| **实施时间:** | 12/04/1982 |
| **Effective Date:** | 12/04/1982 |
| **修正案:** | 04/12/1988, 03/29/1993, 03/15/1999, 03/14/2004 |
| **Amendments:** | 04/12/1988, 03/29/1993, 03/15/1999, 03/14/2004 |
| **效力状态:** | 有效 |
| **Validity Status:** | Valid |

\*\*\*

**第五十三条**[1]中华人民共和国公民必须遵守宪法和法律，保守国家秘密，爱护公共财产，遵守劳动纪律，遵守公共秩序，尊重社会公德。

**Article 53** Citizens of the People's Republic of China must abide by the Constitution and other laws, keep State secrets, protect public property, observe labour discipline and public order and respect social ethics.

**第五十七条**中华人民共和国全国人民代表大会是最高国家权力机关。它的常设机关是全国人民代表大会常务委员会。

**Article 57**The National People's Congress of the People's Republic of China is the highest organ of state power. Its permanent body is the Standing Committee of the National People's Congress.

**第五十八条**全国人民代表大会和全国人民代表大会常务委员会行使国家立法权。

---

[1] Under the Constitution of the PRC effective as of September 20, 1954, the provision is "中华人民共和国公民必须遵守宪法和法律，遵守劳动纪律，遵守公共秩序，尊重社会公德。(Citizens of the People's Republic of China must abide by the Constitution and other laws, observe labour discipline and public order and respect social ethics.)

**Article 58** The National People's Congress and its Standing Committee exercise the legislative power of the State.

**第七十一条** 全国人民代表大会和全国人民代表大会常务委员会认为必要的时候，可以组织关于特定问题的调查委员会，并且根据调查委员会的报告，做出相应的决议。

调查委员会进行调查的时候，一切有关的国家机关、社会团体和公民都有义务向它提供必要的材料。

**Article 71** The National People's Congress and its Standing Committee may, when they deem it necessary, appoint committees of inquiry into specific questions and adopt relevant resolutions in the light of their reports.

All organs of State, public organizations and citizens concerned are obliged to furnish the necessary information to the committees of inquiry when they conduct investigations.

**第八十五条** 中华人民共和国国务院，即中央人民政府，是最高国家权力机关的执行机关，是最高国家行政机关。

**Article 85** The State Council, that is, the Central People's Government, of the People's Republic of China is the executive body of the highest organ of state power; it is the highest organ of State administration.

**第八十九条** 国务院行使下列职权：

（一）　根据宪法和法律，规定行政措施，制定行政法规，发布决定和命令；

\*\*\*

Article **89** The State Council exercises the following functions and powers:

（1）　to adopt administrative measures, enact administrative regulations and issue decisions and orders in accordance with the Constitution and other laws;

\*\*\*

**第九十条** 国务院各部部长、各委员会主任负责本部门的工作；召集和主持部务会议或者委员会会议、委务会议，讨论决定本部门工作的重大问题。

各部、各委员会根据法律和国务院的行政法规、决定、命令，在本部门的权限内，发布命令、指示和规章。

Article 90 Ministers in charge of the ministries or commissions of the State Council are

responsible for the work of their respective departments and they convene and preside over ministerial meetings or general and executive meetings of the commissions to discuss and decide on major issues in the work of their respective departments.

The ministries and commissions issue orders, directives and regulations within the jurisdiction of their respective departments and in accordance with law and the administrative regulations, decisions and orders issued by the State Council.

**第一百条** 省、直辖市的人民代表大会和它们的常务委员会，在不同宪法、法律、行政法规相抵触的前提下，可以制定地方性法规，报全国人民代表大会常务委员会备案。

**Article 100** The people's congresses of provinces, and municipalities directly under the Central Government, and their standing committees may adopt local regulations, which must not contravene the Constitution and other laws and administrative regulations, and they shall report such local regulations to the Standing Committee of the National People's Congress for the record.

**第一百一十六条** 民族自治地方的人民代表大会有权依照当地民族的政治、经济和文化的特点，制定自治条例和单行条例。自治区的自治条例和单行条例，报全国人民代表大会常务委员会批准后生效。自治州、自治县的自治条例和单行条例，报省或者自治区的人民代表大会常务委员会批准后生效，并报全国人民代表大会常务委员会备案。

Article 116 The people's congresses of national autonomous areas have the power to enact regulations on the exercise of autonomy and other separate regulations in the light of the political, economic and cultural characteristics of the nationality or nationalities in the areas concerned. The regulations on the exercise of autonomy and other separate regulations of autonomous regions shall be submitted to the Standing Committee of the National People's Congress for approval before they go into effect. Those of autonomous prefectures and counties shall be submitted to the standing committees of the people's congresses of provinces or autonomous regions for approval before they go into effect, and they shall be reported to the Standing Committee of the National People's Congress for the record.

\*\*\*

Source of English translation: Westlaw China

Westlaw China's declaration: English Translation by the General Office of the Legislative Affairs Commission, the Standing committee of the National People's Congress.

## Exhibit 15

## 国务院关于劳动教养问题的决定

## Decision of the State Council Regarding the Question of Rehabilitation Through Labour

| | |
|---|---|
| **颁布机关:** | 国务院 |
| **Promulgating Institution:** | State Council |
| **颁布时间:** | 08/03/1957 |
| **Promulgating Date:** | 08/03/1957 |
| **实施时间:** | 08/03/1957 |
| **Effective Date:** | 08/03/1957 |
| **效力状态:** | 有效 |
| **Validity Status:** | Valid |

根据中华人民共和国宪法第一百条的规定，为了把游手好闲、违反法纪、不务正业的有劳动力的人，改造成为自食其力的新人；为了进一步维护公共秩序，有利于社会主义建设，对于劳动教养问题，作如下决定：

The following decision regarding the question of rehabilitation through labour is made in accordance with the provisions of Article 100 of the Constitution of the People's Republic of China and with a view to reforming those persons who are able to work but insist on leading an idle life, violating law and discipline, or will notengage in honest pursuits, into persons who are able to support themselves through their own labour, and to further maintaining public order, thus facilitating socialist construction:

\*\*\*

五、劳动教养机关，在省、自治区、直辖市一级建立或者经省、自治区、直辖市人民委员会批准建立。劳动教养机关的工作，由民政、公安部门共同负责领导和管理。

5. Organs in charge of rehabilitation through labour shall be established at the level of provinces, autonomous regions, and municipalities directly under the Central Government or established with the approval of the people's councils of provinces, autonomous regions, and municipalities directly under the Central Government. The work of the organs in charge of rehabilitation through labour shall be under the joint leadership and administration of the departments of civil affairs and public security.

\*\*\*

Source of English translation: Westlaw China

Westlaw China's declaration: English Translation by the General Office of the Legislative Affairs Commission, the Standing committee of the National People's Congress.

**Exhibit 16**

全国人民代表大会常务委员会批准《国务院关于劳动教养的补充规定》的决议

**Resolution of the Standing Committee of the National People's Congress Approving the Supplementary Provisions of the State Council for Rehabilitation Through Labour**

颁布机关:
**Promulgating Institution:**　全国人民代表大会常务委员会
Standing Committee of the National People's Congress

颁布时间:　　　　　　　　　　11/29/1979
**Promulgating Date:**　　　　　11/29/1979

实施时间:　　　　　　　　　　11/29/1979
**Effective Date:**　　　　　　　11/29/1979

效力状态:　　　　　　　　　　有效
**Validity Status:**　　　　　　Valid

一、省、自治区、直辖市和大中城市人民政府成立劳动教养管理委员会，由民政、公安、劳动部门的负责人组成，领导和管理劳动教养的工作。

1. Administrative committees for rehabilitation through labour shall be established by the people's governments of the provinces, autonomous regions, and municipalities directly under the Central Government, and of large and medium-sized cities, and shall be composed of the persons responsible for civil affairs, public security and labour departments. They shall be responsible for directing and administering the work of rehabilitation through labour.

二、劳动教养收容大中城市需要劳动教养的人。对于需要实行劳动教养的

人，由省、自治区、直辖市和大中城市劳动教养管理委员会审查批准。

2. Those people in large and medium-sized cities who need to be rehabilitated through labour shall be interned for the purpose of rehabilitation. The administrative committees for rehabilitation through labour of the provinces, autonomous regions, and municipalities directly under the Central Government, and of large and medium-sized cities shall be responsible for examining and approving those who need such rehabilitation.

***

Source of English translation: Westlaw China

Westlaw China's declaration: English Translation by the General Office of the Legislative Affairs Commission, the Standing committee of the National People's Congress.