QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kathleen M. Sullivan (CA Bar No. 242261)
  kathleensullivan@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood City, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

  Faith E. Gay (*pro hac vice*)
  faithgay@quinnemanuel.com
  Isaac Nesser (*pro hac vice*)
  isaacnesser@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

Attorneys for Defendants Cisco Systems, Inc.,
John Chambers, Thomas Lam, and Owen Chan

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Doe I, Doe II, Ivy He, Doe III, Doe IV, Doe V, Doe VI, Roe VII, Charles Lee, Roe VIII, Liu Guifu, and those individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Cisco Systems, Inc., John Chambers, Thomas Lam, Owen Chan, and Does 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-JF<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**DISCLOSURE STATEMENT**<br><br>Action Filed: May 19, 2011<br>Judge: Hon. Jeremy Fogel<br>Dept: Courtroom 3, 5th Floor |

1  Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Cisco Systems, Inc.,
2  hereby states that (1) it does not have a parent corporation and (2) no publicly held
3  corporation owns more than 10% of its stock.
4  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other
5  than the named parties, there is no such interest to report.

6
7  DATED:   New York, New York
              August 4, 2011
8                                                    QUINN EMANUEL URQUHART &
                                                       SULLIVAN, LLP
9
10
11                                                   By: /s/ Kathleen M. Sullivan
                                                         Kathleen M. Sullivan
12                                                       Faith E. Gay
                                                         Isaac Nesser
13
14                                                   51 Madison Avenue, 22d Floor
                                                     New York, New York  10010-1601
15                                                   (212) 849-7000
16                                                   *Attorneys for Defendants*
17
18
19
20
21
22
23
24
25
26
27
28

-2-                                      Case No. :11-cv-02449-JF
DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

Dated: August 4, 2011

                                        /s/ Arthur Roberts
                                        Arthur Roberts