QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kathleen M. Sullivan (CA Bar No. 242261)
  kathleensullivan@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood City, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

  Faith E. Gay (*pro hac vice*)
  faithgay@quinnemanuel.com
  Isaac Nesser (*pro hac vice*)
  isaacnesser@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

Attorneys for Defendants Cisco Systems, Inc.,
John Chambers, Thomas Lam, and Owen Chan

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Doe I, Doe II, Ivy He, Doe III, Doe IV, Doe V, Doe VI, Roe VII, Charles Lee, Roe VIII, Liu Guifu, and those individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Cisco Systems, Inc., John Chambers, Thomas Lam, Owen Chan, and Does 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-JF<br><br>**DEFENDANTS' RULE 44.1 NOTICE OF INTENT TO RAISE ISSUE OF FOREIGN LAW ON MOTION TO DISMISS**<br><br>Hearing date: December 16, 2011<br>Time: 10:00 a.m.<br><br>Action Filed: May 19, 2011<br>Judge: Hon. Jeremy Fogel<br>Dept: Courtroom 3, 5th Floor |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 44.1 of the Federal Rules of Civil Procedure, defendants Cisco Systems, Inc., John Chambers, Thomas Lam, and Owen Chan (collectively, "Defendants") hereby give notice of their intent to raise issues of Chinese law that may arise in connection with Defendants' motion to dismiss the complaint. Pursuant to Rule 44.1 and to assist the Court, Defendants will submit the Declaration of John Chu, a licensed attorney authorized and engaged in the practice of law in the People's Republic of China, and a partner at the Jun He Law Offices in China.

1   The Motion is scheduled to be heard on or after December 16, 2011.

DATED:   New York, New York
         August 4, 2011

                                                QUINN EMANUEL URQUHART &
                                                   SULLIVAN, LLP

                                        By:  /s/ Kathleen M. Sullivan
                                           Kathleen M. Sullivan
                                           Faith E. Gay
                                           Isaac Nesser

51 Madison Avenue, 22d Floor
New York, New York  10010-1601
(212) 849-7000

*Attorneys for Defendants*

1 **CERTIFICATE OF SERVICE**

2 The undersigned hereby certifies that all counsel of record who are deemed to
3 have consented to electronic service are being served with a copy of this document via
4 the Court's ECF System.

5 Dated: August 4, 2011

      /s/ Arthur Roberts
6       Arthur Roberts

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. :11-cv-02449-JF
DEFENDANTS' NOTICE OF INTENT TO RAISE ISSUE OF FOREIGN LAW