UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOE I, DOE II, Ivy HE, DOE III, DOE IV,
DOE V, DOE VI, ROE VII, Charles LEE,
ROE VIII, and LIU Guifu, and those
Plaintiff(s),

CASE NO. 5:11-cv-02449-JF

v.

CISCO SYSTEMS, INC., John
CHAMBERS, Thomas LAM, Owen CHAN,
and DOES 1-100
Defendant(s).

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process
☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference August 26, 2011

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|--------------------|-----------|----------------|
| K. Lee Boyd, Plaintiffs, (323) 302-9488, lboyd@srbr-law.com | | | |
| Terri Marsh, Plaintiffs, (202) 369-4977, terri.marsh@hrlf.net | | | |
| Kathleen Sullivan, Defendants, (650) 801-5000, kathleensullivan@quinnemanuel.com | | | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: Aug. 5, 2011

/s/ K. Lee Boyd
Attorney for Plaintiff

Dated: Aug. 5, 2011

Kathleen Sullivan
Attorney for Defendant

Rev 12.05 When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

*As discussed during the parties' Rule 26(f) conference, issues regarding ADR are in the parties' view intertwined with other issues expected to be discussed during the scheduled August 26, 2011 case management conference, including the progress of this action pending a determination on Defendants' August 4, 2011 motion to dismiss the Complaint. Accordingly, the parties respectfully request that the ADR phone conference be adjourned until a date on or after the August 26, 2011 case management conference.