UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Doe I, Doe II, Ivy He, Doe III, Doe IV,
Doe V, Doe VI, Roe VII, Charles Lee, Roe VIII,
Liu Guifu, and those individuals similarly
situated,

                Plaintiff(s),

    v.

Cisco Systems, Inc., John Chambers,
Thomas Lam, Owen Chan,
and Does 1-100,
Defendant(s).
_____/

Case No. 5:11-cv-02449-JF

ADR CERTIFICATION BY PARTIES AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov  (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 08-05-2011

/s/ Ivy He, /s/ Liu Guifu and /s/ Charles Lee on behalf of Plaintiffs
[Party]

Dated: 08-05-2011

/s/ K. Lee Boyd
[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."