1  KATHRYN LEE BOYD, ESQ. (SBN 189496)
   lboyd@srbr-law.com
2  RAJIKA L. SHAH, ESQ. (SBN 232994)
   rshah@srbr-law.com
3  **SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
4  6310 San Vicente Boulevard, Suite 360
   Los Angeles, California 90048
5  Phone: (323) 302-9488
   Fax: (323) 931-4990
6
7  TERRI MARSH, ESQ. (*pro hac vice*)
   terri.marsh@hrlf.net
8  BRIAN PIERCE, ESQ. (*pro hac vice*)
   bjpierce@gmail.com
9  **HUMAN RIGHTS LAW FOUNDATION**
10 1615 L Street NW, Suite 1100
   Washington, D.C.  20036
11 Phone: (202) 369-4977
   Fax: (202) 355-6701
12
13 Attorneys for PLAINTIFFS

14              **UNITED STATES DISTRICT COURT FOR THE**

15         **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

16 | DOE I, DOE II, Ivy HE, DOE III, DOE IV, | Case No. 5:11-cv-02449-JF-PSG |
17 | DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu, | Assigned to the Honorable Jeremy Fogel, U.S.D.J. |
18 | |  |
19 | Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING AUGUST 26, 2011, CASE MANAGEMENT CONFERENCE** |
20 | vs. CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, and DOES 1-100, | |
21 | | Action Filed: May 19, 2011 |
22 | Defendants. | |
23 | | Scheduling Conference: August 26, 2011 Time: 10:30 am |
24 | | Courtroom: 3, 5th floor |

25
26
27
28

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu ("Plaintiffs") and Defendants CISCO SYSTEMS, INC. ("Cisco"), John CHAMBERS ("Chambers"), Thomas LAM ("Lam"), and Owen CHAN ("Chan") (collectively, the "Parties"), as follows:

**WHEREAS**, following the stipulation of the Parties, the Court ordered that the Case Management Conference be held on August 26, 2011 at 10:30 am (docket entry 44);

**WHEREAS**, the Parties held a telephonic conference pursuant to Fed. R. Civ. P. Rule 26(f) on August 5, 2011;

**WHEREAS**, the Parties participated in drafting a Joint Case Management Statement;

**WHEREAS**, on Sunday, August 14, 2011, Terri Marsh, lead trial counsel for Plaintiffs, was involved in a head-on automobile collision and suffered injuries including whiplash, facial contusions, and minor cuts and bruises, and will be unable to travel to San Jose to appear personally at the Case Management Conference on August 26;

**WHEREAS**, Ms. Marsh would like to appear before the Court in person prior to reassignment of the case due to Judge Fogel's appointment to the Federal Judicial Center in Washington, D.C.;

**WHEREAS**, Ms. Marsh expects to be able to travel within three to four weeks;

**NOW THEREFOR IT IS HEREBY STIPULATED**, by and between the Parties, through their respective counsel, that:

1.      The August 12 Case Management Conference shall be adjourned and rescheduled to September 23, 2011 at 10:30 am, in Courtroom 3, 5th Floor, at the San Jose Courthouse.

2.      The Joint Case Management Statement shall be submitted to the Court no later than September 16, 2011.

///

///

///

///

1    DATED: August 19, 2011                    SCHWARCZ, RIMBERG, BOYD &
2                                              RADER, LLP

3                                              By:____/s/ K. Lee Boyd_____
4                                                  K. Lee Boyd, Esq.

5                                              HUMAN RIGHTS LAW FOUNDATION
6

7    DATED: August 19, 2011                    By:____/s/ Terri Marsh_____
8                                                  Terri E. Marsh, Esq. (*pro hac vice*)

9                                              Attorneys for Plaintiffs
10

11   DATED: August 19, 2011                    QUINN EMANUEL URQUHART
                                               & SULLIVAN, LLP
12

13                                             By:____/s/ Kathleen Sullivan_____
                                                   Kathleen Sullivan, Esq.[1]
14                                                 Isaac Nesser, Esq.

15

16                                             Attorneys for Defendants

17   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18

19

20   DATED: _____, 2011        _____
                                               Hon. Jeremy Fogel
21

22

23

24

25

26

27

28   _____
     [1] I have given my consent for Plaintiffs to electronically sign this Stipulation on my behalf.