KATHRYN LEE BOYD, ESQ. (SBN 189496)
lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, California 90048
Phone: (323) 302-9488
Fax: (323) 931-4990

TERRI MARSH, ESQ. (*pro hac vice*)
terri.marsh@hrlf.net
BRIAN PIERCE, ESQ. (*pro hac vice*)
bjpierce@gmail.com
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street NW, Suite 1100
Washington, D.C.  20036
Phone: (202) 369-4977
Fax: (202) 355-6701

Attorneys for PLAINTIFFS

**\*\*E-Filed 8/25/2011\*\***

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu,<br><br>Plaintiffs,<br>vs.<br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-JF-PSG<br><br>Assigned to the Honorable Jeremy Fogel, U.S.D.J.<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENDING PLAINTIFFS' TIME TO FILE A FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. RULE 15(a)(1)(B)**<br><br>Action Filed: May 19, 2011<br><br>Scheduling Conference: September 23, 2011<br>Time: 10:30 am<br>Courtroom: 3, 5th floor |

# STIPULATION

IT IS HEREBY STIPULATED AND AGREED between DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu ("Plaintiffs") and Defendants CISCO SYSTEMS, INC. ("Cisco"), John CHAMBERS ("Chambers"), Thomas LAM ("Lam"), and Owen CHAN ("Chan") ("Defendants") (collectively, the "Parties"), as follows:

**WHEREAS**, pursuant to the stipulation of the Parties, Defendants' Motion to Dismiss was due no later than August 4, 2011 (docket entry "DE" 25);

**WHEREAS**, Defendants filed their Motion to Dismiss on August 4, 2011 (DE 49);

**WHEREAS**, the Parties held a telephonic conference pursuant to Fed. R. Civ. P. Rule 26(f) on August 5, 2011, in which Plaintiffs notified Defendants that they expected to file a First Amended Complaint as a matter of course pursuant to Fed. R. Civ. P. Rule 15(a)(1)(B) by August 25, 2011;

**WHEREAS**, on Sunday, August 14, 2011, Terri Marsh, lead counsel for Plaintiffs, was involved in a head-on automobile collision and suffered injuries including whiplash, facial contusions, and minor cuts and bruises, and has been unable to return to work and address the expected amendments to the Complaint;

**WHEREAS**, on August 22, 2011, Terri Marsh emailed Kathleen Sullivan, lead counsel for Defendants, and requested that, on account of the extenuating circumstances relating to her car accident, Plaintiffs be given additional time to file their expected First Amended Complaint as a matter of course pursuant to Fed. R. Civ. P. Rule 15(a)(1)(B); and

**WHEREAS,** Kathleen Sullivan agreed to extend Plaintiffs' time to file their expected First Amended Complaint from August 25, 2011, by seven (7) to ten (10) days.

///
///
///
///
///

**NOW THEREFOR IT IS HEREBY STIPULATED**, by and between the Parties, through their respective counsel, that if Plaintiffs file a First Amended Complaint as a matter of course pursuant to Fed. R. Civ. P. Rule 15(a)(1)(B), such First Amended Complaint shall be filed on or before September 2, 2011.

DATED: August 24, 2011     SCHWARCZ, RIMBERG, BOYD & RADER, LLP

By: /s/ K. Lee Boyd
K. Lee Boyd, Esq.

HUMAN RIGHTS LAW FOUNDATION

DATED: August 24, 2011     By: /s/ Terri Marsh
Terri E. Marsh, Esq. (*pro hac vice*)

Attorneys for Plaintiffs

DATED: August 24, 2011     QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Kathleen Sullivan
Kathleen Sullivan, Esq.[1]
Isaac Nesser, Esq.

Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 25, 2011     _____
Hon. Jeremy Fogel

---

[1] I have given my consent for Plaintiffs to electronically sign this Stipulation on my behalf.