KATHRYN LEE CRAWFORD-BOYD, ESQ. (SBN 189496)
  lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
  rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, California 90048
Phone: (323) 302-9488, Fax: (323) 931-4990

TERRI MARSH, ESQ. (*pro hac vice*)
  terri.marsh@hrlf.net
BRIAN PIERCE, ESQ. (*pro hac vice*)
  brianp@hrlf.net
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street NW, Suite 1100
Washington, D.C. 20036
Phone: (202) 369-4977, Fax: (323) 931-4990

JUDITH BROWN CHOMSKY (*pro hac vice pending*)
  jchomsky@igc.org
**LAW OFFICES OF JUDITH BROWN CHOMSKY**
8210 New Second Street
Elkins Park, PA 19027
Phone: (215) 782-8327, Fax: (215)782-8368

Attorneys for PLAINTIFFS

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu, and those individual similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, Fredy CHEUNG, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-JF-PSGx<br><br>Assigned to the Hon. Jeremy Fogel<br><br>**NOTICE OF ERRATA RE: FIRST AMENDED CLASS ACTION COMPLAINT** |

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

NOTICE OF ERRATA RE: FIRST AMENDED COMPLAINT
Case No. 5:11-cv-02449-JF-PSGx

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that counsel for Plaintiffs DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu (collectively, "Plaintiffs") inadvertently uploaded the incorrect file, containing an earlier draft, when e-filing the First Amended Complaint ("FAC") on September 2, 2011 (Docket Entry 61). The correct file with the final version of the First Amended Complaint will be uploaded hereafter and titled "Corrected First Amended Complaint."

The three paragraphs where there are differences between the erroneously uploaded document (FAC) and the correct document (Corrected FAC) are as follows:

<u>FAC ¶ 147</u>:

During their interrogation of Doe II, the police subjected her to severe mental and physical abuse, so much so that she falsely confessed to crimes she subsequently denied at her trial.

<u>CORRECTED ¶ 147</u>:

During the interrogation of Doe II, the police subjected her to severe mental and physical abuse, so much so that she *characterized as "criminal" acts that are perfectly legal under Chinese and international law*.

<u>FAC ¶ 158</u>:

At the police station, Public Security officers interrogated her continuously for many hours in order to force her to falsely confess to crimes she believed she did not commit. They poured ice-cold water over her naked body and forced her to stand in a bucket of ice. She was also kicked, beaten, insulted and subjected continuously to other forms public humiliation, and mental and physical torture.

<u>CORRECTED ¶ 158</u>:

At the police station, Public Security officers interrogated her continuously for many hours in order to force her to *characterize acts that are perfectly legal under Chinese and international law as "crimes."* They poured ice-cold water over her naked

1

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

NOTICE OF ERRATA RE: FIRST AMENDED COMPLAINT
Case No. 5:11-cv-02449-JF-PSGx

body and forced her to stand in a bucket of ice. She was also kicked, beaten, insulted and subjected continuously to other forms public humiliation, and mental and physical torture.

FAC ¶ 194:

The next day, Public Security officers took Doe VI to Weifang City detention center. While at the detention center, he was subjected to continuous interrogation and torture to force him to falsely confess to criminal conduct and to abandon the practice of Falun Gong. He was not formally charged until almost a month later.

CORRECTED ¶ 194:

The next day, Public Security officers took Doe VI to Weifang City detention center. While at the detention center, he was subjected to continuous interrogation and *other forms of* torture to force him to *characterize activities that are legal under Chinese and international law as "crimes"* and to abandon the practice of Falun Gong. He was not formally charged until almost a month later.

DATED: September 2, 2011         Respectfully submitted,

SCHWARCZ, RIMBERG, BOYD & RADER, LLP

By:    /s/ K. Lee Crawford-Boyd
K. Lee Crawford-Boyd, Esq.
Attorney for Plaintiffs

Terri E. Marsh, Esq.
HUMAN RIGHTS LEGAL FOUNDATION
Attorney for Plaintiffs

Judith Brown Chomsky, Esq.
LAW OFFICES OF JUDITH BROWN CHOMSKY
To be admitted *pro hac vice*
Attorney for Plaintiffs

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

2

NOTICE OF ERRATA RE: FIRST AMENDED COMPLAINT
Case No. 5:11-cv-02449-JF-PSGx