JUDITH BROWN CHOMSKY, ESQ.
8120 New Second Street
Elkins Park, PA 19027
Tel: 215-782-8327
Fax: 215-782-8368

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Filed**
SEP 0 2 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

DOE I, et al.,

Plaintiff(s),

v.

CISCO SYSTEMS, INC., et al.,

Defendant(s).

CASE NO. 5:11-CV-02449-JF

APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE

Pursuant to Civil L.R. 11-3, Judith Brown Chomsky, an active member in good standing of the bar of (please refer to Attachment A for complete list), hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs, Doe I, et al. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
K. Lee Boyd. Address: Schwarcz, Rimberg, Boyd & Rader, LLP, 6310 San Vicente Blvd., Suite 360. Telephone: 323-302-9488.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/31/2011

Judith B Chomsky

Attachment A - Court admissions for Judith Brown Chomsky

1. Pennsylvania Supreme Court
   (date of admission: 10-22-1975)
2. U.S. District Court, Eastern District of Pennsylvania
   (date of admission: 4-22-1976)
3. U.S. Court of Appeals, Eleventh Circuit
   (date of admission: 6-9-1982)
4. U.S. Court of Appeals, Third Circuit
   (date of admission: 4-18-1984)
5. District of Columbia Court of Appeals
   (date of admission: 2/28/2006)
6. United States Supreme Court
   (date of admission: 9-4-1987)
7. U.S. District Court of New Jersey
   (date of admission: 10-1-1990)
8. U.S. Court of Appeals, Second Circuit
   (date of admission: 6-24-1999)
9. U.S. Court of Appeals, Ninth Circuit
   (date of admission: 11-28-2000)

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611010438
Cashier ID: harwellt
Transaction Date: 09/23/2011
Payer Name: Schwarcz Rimberg Boyd
----------------------------------------
PRO HAC VICE
 For: Judith Brown Chomsky
 Case/Party: D-CAN-5-11-AT-PROHAC-001
 Amount:         $275.00
----------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 1149
 Amt Tendered:  $275.00
----------------------------------------
Total Due:      $275.00
Total Tendered: $275.00
Change Amt:     $0.00

Case # 11-cv-2449-JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```