RECEIVED
SEP 0 2 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE I, et al._____Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, and DOES 1-100,<br><br>_____Defendant. | CASE NO. 5:11-CV-02449-JF<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Judith Brown Chomsky, whose business address and telephone number is

8120 New Second Street
Elkins Park, PA 19027
Tel: 215-782-8367. Fax: 215-782-8368, Email: jchomsky@igc.org

and who is an active member in good standing of the bar of State of PA and the State of NY having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiffs, Doe I, et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
United States District Judge