1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Kathleen M. Sullivan (CA Bar No. 242261)
2    kathleensullivan@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
3  Redwood City, California 94065
   Telephone:     (650) 801-5000
4  Facsimile:     (650) 801-5100

5    Faith E. Gay (*pro hac vice*)
     faithgay@quinnemanuel.com
6    Isaac Nesser (*pro hac vice*)
     isaacnesser@quinnemanuel.com
7  51 Madison Avenue, 22nd Floor
   New York, New York 10010
8  Telephone:     (212) 849-7000
   Facsimile:     (212) 849-7100
9
   Attorneys for the Defendants
10

11                         UNITED STATES DISTRICT COURT
                          NORTHERN DISTRICT OF CALIFORNIA
12                                SAN JOSE DIVISION

13

14 | Doe I, Doe II, Ivy He, Doe III, Doe IV, Doe V, Doe VI, Roe VII, Charles Lee, Roe VIII, Liu Guifu, and those individuals similarly situated, | Case No. 5:11-cv-02449-JF |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| Cisco Systems, Inc., John Chambers, Thomas Lam, Owen Chan, Fredy Cheung, and Does 1-100, | |
| Defendants. | |

1    Defendants Cisco Systems, Inc., John Chambers, Thomas Lam, Owen Chan, and Fredy
2 Cheung have moved the Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6)
3 for an order dismissing Plaintiffs' Corrected First Amended Complaint in its entirety.
4    Having considered all the papers filed by the parties in connection with Defendants'
5 Motion to Dismiss, the parties' arguments at the hearing on this matter, and other materials of
6 which the Court may properly take judicial notice, and for good cause shown, the Court GRANTS
7 Defendants' Motion to Dismiss, and DISMISSES WITH PREJUDICE the Corrected First
8 Amended Complaint in its entirety as against all Defendants.
9 IT IS SO ORDERED.

11 DATED: _____

                                          _____
                                          United States District Court Judge

Case No. 5:11-cv-2449-JF
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT