**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
www.cand.uscourts.gov

Richard W. WiekingGeneral Court Number
Clerk408.535.5363

**CASE NUMBER: 5-11-cv-02449-JF**
**CASE TITLE: DOE I, ET AL.-v-CISCO SYSTEMS, INC., ET AL.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the San Jose division, to the the Honorable Edward J. Davila for all further proceedings.
Counsel are instructed that all future filings shall bear the initials EJD immediately after the case number.
ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: September 26, 2011

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom DeputiesSpecial Projects
Log Book NotedEntered in Computer

CASE SYSTEMS ADMINISTRATOR:
Copies to: All CounselTransferor CSA