RECEIVED

SEP 0 2 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOE I, et al.

Plaintiff,

v.

CISCO SYSTEMS, INC., John CHAMBERS, and DOES 1-100,

Defendant.

CASE NO. 5:11-CV-02449-EJD

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Judith Brown Chomsky , whose business address and telephone number is

8120 New Second Street
Elkins Park, PA 19027
Tel: 215-782-8367. Fax: 215-782-8368, Email: jchomsky@igc.org

and who is an active member in good standing of the bar of State of PA and the State of NY having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiffs, Doe I, et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 30, 2011



Edward J. Davila
United States District Judge