United States District Court

For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA
6
7    DOE I, ET AL.,                            No. 5:11-cv-02449 EJD
8              Plaintiff(s),
                                               CLERK'S NOTICE SETTING CASE
9         v.                                   MANAGEMENT CONFERENCE
10   CISCO SYSTEMS, INC., ET AL.,
11             Defendant(s).
12   _____/
13
     TO ALL PARTIES AND COUNSEL OF RECORD:
14
15
     YOU ARE NOTIFIED THAT in light of the reassignment from Judge Jeremy Fogel to Judge
16
     Edward J. Davila a Case Management Conference has been set for **February 17, 2012 at 10:00 AM**
17
     in Courtroom 1, 5th Floor, 280 S. 1st  Street, San Jose, California.  The parties shall file a joint case
18
     management conference statement on or before **February 10, 2012.**
19
     Dated:  October 7, 2011
20
                                          FOR THE COURT,
21                                        Richard W. Wieking, Clerk
22
                                          by:  _Elizabeth C. Garcia_
23                                             Elizabeth C. Garcia
24                                             Courtroom Deputy
25
26
27
28