KATHRYN LEE CRAWFORD-BOYD, ESQ. (SBN 189496)
    lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
    rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, California 90048
Phone: (323) 302-9488, Fax: (323) 931-4990

TERRI MARSH, ESQ. (*pro hac vice*)
    terri.marsh@hrlf.net
BRIAN PIERCE, ESQ. (*pro hac vice*)
    brianp@hrlf.net
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street NW, Suite 1100
Washington, D.C. 20036
Phone: (202) 369-4977, Fax: (323) 931-4990

JUDITH BROWN CHOMSKY (*pro hac vice*)
    jchomsky@igc.org
**LAW OFFICES OF JUDITH BROWN CHOMSKY**
8210 New Second Street
Elkins Park, PA 19027
Phone: (215) 782-8327, Fax: (215)782-8368

Attorneys for PLAINTIFFS

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu,<br><br>Plaintiffs,<br>vs.<br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, Fredy CHEUNG, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-EJD-PSG<br><br>Assigned to the Honorable Edward J. Davila<br><br>**STIPULATION RE: SERVICE OF SUMMONS AND COMPLAINT ON NEWLY ADDED DEFENDANT FREDY CHEUNG**<br><br>Complaint Filed: May 19, 2011<br>FAC Filed: September 2, 2011 |

# STIPULATION

IT IS HEREBY STIPULATED AND AGREED between DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu ("Plaintiffs") and Defendants CISCO SYSTEMS, INC. ("Cisco"), John CHAMBERS ("Chambers"), Thomas LAM ("Lam"), Owen CHAN ("Chan"), and Fredy CHEUNG ("Cheung") ("Defendants") (collectively, the "Parties"), as follows:

**WHEREAS**, pursuant to Fed. R. Civ. P. 15(a)(1)(B) and by stipulation, Plaintiffs filed a Corrected First Amended Complaint ("FAC") on September 2, 2011, in which Plaintiffs named Cheung as a new defendant, and notice was electronically delivered to counsel, via Electronic Case Filing ("ECF") (Docket Entry ("DE") 62-1);

**WHEREAS**, by email dated September 9, 2011, Quinn Emanuel Urquhart & Sullivan, LLP indicated that it was authorized to accept service of the Summons ("Summons") and FAC on Cheung;

**WHEREAS**, on September 23, 2011, the Summons was entered in the docket and notice was electronically delivered to counsel via ECF (DE 66);

**WHEREAS**, Defendants, including Cheung, filed a Motion to Dismiss the FAC on September 23, 2011;

**NOW THEREFOR IT IS HEREBY STIPULATED**, by and between the Parties, through their respective counsel, subject to and in accordance with the recitations set forth above, that:

1. Service of the Summons and FAC on Cheung is valid and effective as to Cheung as of September 23, 2011.

2. Defendants, including Cheung, do each hereby waive any and all defense(s) and objection(s) to service of process on Cheung.

3. Plaintiffs do each hereby acknowledge that the Motion to Dismiss filed by Defendants on September 23, 2011, constitutes Cheung's responsive pleading to the FAC.

4. This Stipulation will constitute a valid Proof of Service on Cheung upon filing with the Court.

- 1 -
STIPULATION RE: SERVICE OF SUMMONS AND COMPLAINT ON NEWLY ADDED DEFENDANT FREDY CHEUNG
Case No. 5:11-cv-02449-EJD-PSG

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: October 10, 2011 | SCHWARCZ, RIMBERG, BOYD & RADER, LLP |
| 3 | | |
| 4 | | By: /s/ K. Lee Boyd |
| | | K. Lee Boyd, Esq. |
| 5 | DATED: October 10, 2011 | HUMAN RIGHTS LAW FOUNDATION |
| 6 | | |
| 7 | | By: /s/ Terri E. Marsh |
| 8 | | Terri E. Marsh, Esq. (*pro hac vice*) |
| 9 | DATED: October 10, 2011 | LAW OFFICES OF JUDITH BROWN CHOMSKY |
| 10 | | |
| 11 | | By: /s/ Judith B. Chomsky |
| | | Judith B. Chomsky, Esq. (*pro hac vice*) |
| 12 | | Attorneys for Plaintiffs |
| 13 | | |
| 14 | DATED: October 10, 2011 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 15 | | |
| 16 | | By: /s/ Kathleen Sullivan |
| 17 | | Kathleen Sullivan, Esq.[1] |
| | | Isaac Nesser, Esq. |
| 18 | | Attorneys for Defendants |

---

[1] I have given my consent for Plaintiffs to electronically sign this Stipulation on my behalf.

- 2 -
STIPULATION RE: SERVICE OF SUMMONS AND COMPLAINT ON NEWLY ADDED DEFENDANT FREDY CHEUNG
Case No. 5:11-cv-02449-EJD-PSG

**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Blvd
Los Angeles, CA 90048