1  KATHRYN LEE CRAWFORD-BOYD, ESQ. (SBN 189496)
       lboyd@srbr-law.com
2  RAJIKA L. SHAH, ESQ. (SBN 232994)
       rshah@srbr-law.com
3  **SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
   6310 San Vicente Boulevard, Suite 360
4  Los Angeles, California 90048
   Phone: (323) 302-9488, Fax: (323) 931-4990
5
   TERRI MARSH, ESQ. (*pro hac vice*)
6       terri.marsh@hrlf.net
   BRIAN PIERCE, ESQ. (*pro hac vice*)
7       brianp@hrlf.net
   **HUMAN RIGHTS LAW FOUNDATION**
8  1615 L Street NW, Suite 1100
   Washington, D.C.  20036
9  Phone: (202) 369-4977, Fax: (323) 931-4990

10 JUDITH BROWN CHOMSKY (*pro hac vice*)
       jchomsky@igc.org
11 **LAW OFFICES OF JUDITH BROWN CHOMSKY**
   8210 New Second Street
12 Elkins Park, PA 19027
   Phone: (215) 782-8327, Fax: (215)782-8368

13 Attorneys for PLAINTIFFS

14

15                **UNITED STATES DISTRICT COURT FOR THE**

16          **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

17 DOE I, DOE II, Ivy HE, DOE III, DOE IV,          Case No. 5:11-cv-02449-EJD
   DOE V, DOE VI, ROE VII, Charles LEE,
18 ROE VIII, and LIU Guifu,                          Assigned to the Honorable Edward J. Davila

19                                                   **STIPULATION AND [PROPOSED]**
                Plaintiffs,                          **ORDER RE: BRIEFING SCHEDULE FOR**
20            vs.                                    **MOTION TO DISMISS**
   CISCO SYSTEMS, INC., John CHAMBERS,
21 Thomas LAM, Owen CHAN, Fredy              Action Filed: May 19, 2011
   CHEUNG, and DOES 1-100,                   FAC Filed: September 2, 2011
22
                Defendants.                  Hearing: February 17, 2012
23                                           Time: 9:00 am
                                             Courtroom: 1, 5th floor
24

25

26

27

28
                                                    STIPULATION AND [PROPOSED] ORDER RE:
                                                    BRIEFING SCHEDULE FOR MOTION TO DISMISS
                                                    Case No. 5:11-cv-02449-EJD

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu ("Plaintiffs") and Defendants CISCO SYSTEMS, INC. ("Cisco"), John CHAMBERS ("Chambers"), Thomas LAM ("Lam"), Owen CHAN ("Chan"), and Fredy CHEUNG ("Cheung") ("Defendants") (collectively, the "Parties"), as follows:

**WHEREAS**, pursuant to Fed. R. Civ. P. 15(a)(1)(B) and by stipulation, Plaintiffs filed a Corrected First Amended Complaint ("FAC") on September 2, 2011 (Docket Entry ("DE") 62-1);

**WHEREAS**, on September 23, 2011, Defendants filed a Motion to Dismiss the FAC ("Motion to Dismiss") (DE 67);

**WHEREAS**, pursuant to discussions between counsel, the Parties agreed to extend the briefing schedule on the Motion to Dismiss;

**WHEREAS**, in mid-August 2011, Terri Marsh, lead trial counsel for Plaintiffs, was involved in a head-on automobile collision and suffered injuries including whiplash, facial contusions, and minor cuts and bruises, took a one-month leave of absence from work, and has been ordered by her doctor to work only part-time through the remainder of the year for medical reasons, and Plaintiffs accordingly requested that their Opposition be due on November 18, 2011;

**WHEREAS**, counsel for Defendants have scheduling conflicts between mid-November and mid-December 2011, and Defendants accordingly requested that their Reply be due on January 16, 2012;

**WHEREAS**, the Motion to Dismiss will be fully briefed by mid-January 2012;

**NOW THEREFOR IT IS HEREBY STIPULATED**, by and between the Parties, through their respective counsel, subject to and in accordance with the recitations set forth above, that:

1.      Plaintiffs' Opposition to the Motion to Dismiss and any and all supporting documents are due no later than November 18, 2011;

2.      Defendants' Reply and any and all supporting documents are due no later than January 16, 2012;

- 1 -

1          3.      The Motion to Dismiss is scheduled to be heard at 9:00am on February 17, 2010,

2  in Courtroom 1, 5th Floor, of the above-referenced Court.[1]

3  DATED: October 10, 2011          SCHWARCZ, RIMBERG, BOYD & RADER, LLP

4

5                              By:___/s/ K. Lee Boyd_____

6                               K. Lee Boyd, Esq.

7  DATED: October 10, 2011          HUMAN RIGHTS LAW FOUNDATION

8

9                              By:___/s/ Terri E. Marsh_____
                               Terri E. Marsh, Esq. (*pro hac vice*)

10  DATED: October 10, 2011        LAW OFFICES OF JUDITH BROWN CHOMSKY

11

12                              By:___/s/ Judith B. Chomsky_____

13                               Judith B. Chomsky, Esq. (*pro hac vice*)

14                              Attorneys for Plaintiffs

15  DATED: October 10, 2011         QUINN EMANUEL URQUHART & SULLIVAN, LLP

16

17                              By:___/s/ Kathleen Sullivan_____

18                               Kathleen Sullivan, Esq.[2]
                               Isaac Nesser, Esq.

19

20                              Attorneys for Defendants

21

22  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23

24  DATED:_____, 2011     _____

25                            Hon. Edward J. Davila
                            United States District Judge

26

---

27  [1] Pursuant to the Hon. Edward J. Davila's Scheduling Notes, on October 6, 2011, counsel for Plaintiffs tentatively reserved a hearing date of February 17, 2011, for the Motion to Dismiss.

28  [2] I have given my consent for Plaintiffs to electronically sign this Stipulation on my behalf.