KATHRYN LEE CRAWFORD-BOYD, ESQ. (SBN 189496)
   lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
   rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, California 90048
Phone: (323) 302-9488, Fax: (323) 931-4990

TERRI MARSH, ESQ. (*pro hac vice*)
   terri.marsh@hrlf.net
BRIAN PIERCE, ESQ. (*pro hac vice*)
   brianp@hrlf.net
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street NW, Suite 1100
Washington, D.C.  20036
Phone: (202) 369-4977, Fax: (323) 931-4990

JUDITH BROWN CHOMSKY (*pro hac vice*)
   jchomsky@igc.org
**LAW OFFICES OF JUDITH BROWN CHOMSKY**
8210 New Second Street
Elkins Park, PA 19027
Phone: (215) 782-8327, Fax: (215)782-8368

Attorneys for PLAINTIFFS

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu,<br><br>          Plaintiffs,<br>   vs.<br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, Fredy CHEUNG, and DOES 1-100,<br><br>          Defendants. | Case No. 5:11-cv-02449-EJD-PSG<br><br>Assigned to the Honorable Edward J. Davila<br><br>**DECLARATION OF KRISTEN NELSON IN SUPPORT OF STIPULATION RE: SERVICE OF SUMMONS AND COMPLAINT ON NEWLY ADDED DEFENDANT FREDY CHEUNG**<br><br>Complaint Filed: May 19, 2011<br>FAC Filed: September 2, 2011 |

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

DECL. OF KRISTEN NELSON IN SUPPORT OF STIPULATION
Case No. 5:11-cv-02449-EJD-PSG

**DECLARATION OF KRISTEN NELSON**

I, KRISTEN NELSON, declare:

1.      I am an attorney at law duly licensed to practice law in the State of California.  I am an associate with the law firm of Schwarcz, Rimberg, Boyd & Rader, LLP, attorneys of record for Plaintiffs.  I am one of the attorneys responsible for this file and have personal knowledge of the facts stated herein, and if called as a witness I would and could competently testify thereto.

2.      Pursuant to Fed. R. Civ. P. 15(a)(1)(B) and stipulation of the parties, Plaintiffs filed a Corrected First Amended Complaint ("FAC") on September 2, 2011, in which Plaintiffs named Fredy Cheung ("Cheung") as a new defendant, and notice was electronically mailed to counsel for the parties, via Electronic Case Filing ("ECF") (Docket Entry ("DE") 62-1).

3.      Pursuant to direction from the Court clerk, I sent the Summons on Cheung to the Court via Federal Express on September 1, 2011, for paper filing on September 2, 2011 ("Summons Package"). I received confirmation from Federal Express that the Summons Package was delivered to the Court on September 2, 2011, at 10:24 a.m. and signed for by T. Harwell. However, I was later informed by the Court clerk that the Summons Package had been internally misplaced and that the clerk's office was searching for it.

4.      Following an extensive search over several weeks, I was notified by the Court clerk that the Summons Package had not been located. A Case Management Conference had been previously scheduled for September 23, 2011, which I attended along with K. Lee Boyd, counsel for Plaintiffs. I personally delivered a new copy of the Summons on Cheung with the Court on September 23, 2011, and the Summons was entered in the docket and notice was electronically mailed to counsel for the Parties via ECF (DE 66) later the same day.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 10th day of October, 2011, at Los Angeles, California.

Kristen L. Nelson

- 1 -

DECL. OF KRISTEN NELSON IN SUPPORT OF STIPULATION
Case No. 5:11-cv-02449-EJD-PSG