KATHRYN LEE CRAWFORD-BOYD, ESQ. (SBN 189496)
    lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
    rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, California 90048
Phone: (323) 302-9488, Fax: (323) 931-4990

TERRI MARSH, ESQ. (*pro hac vice*)
    terri.marsh@hrlf.net
BRIAN PIERCE, ESQ. (*pro hac vice*)
    brianp@hrlf.net
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street NW, Suite 1100
Washington, D.C. 20036
Phone: (202) 369-4977, Fax: (323) 931-4990

JUDITH BROWN CHOMSKY (*pro hac vice*)
    jchomsky@igc.org
**LAW OFFICES OF JUDITH BROWN CHOMSKY**
8210 New Second Street
Elkins Park, PA 19027
Phone: (215) 782-8327, Fax: (215)782-8368

Attorneys for PLAINTIFFS

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu,<br><br>Plaintiffs,<br>vs.<br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, Fredy CHEUNG, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-EJD<br><br>Assigned to the Honorable Edward J. Davila<br><br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>Action Filed: May 19, 2011<br>FAC Filed: September 2, 2011<br><br>Hearing: February 17, 2012<br>Time: 9:00 am<br>Courtroom: 1, 5th floor |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu ("Plaintiffs") and Defendants CISCO SYSTEMS, INC. ("Cisco"), John CHAMBERS ("Chambers"), Thomas LAM ("Lam"), Owen CHAN ("Chan"), and Fredy CHEUNG ("Cheung") ("Defendants") (collectively, the "Parties"), as follows:

**WHEREAS**, pursuant to Fed. R. Civ. P. 15(a)(1)(B) and by stipulation, Plaintiffs filed a Corrected First Amended Complaint ("FAC") on September 2, 2011 (Docket Entry ("DE") 62-1);

**WHEREAS**, on September 23, 2011, Defendants filed a Motion to Dismiss the FAC ("Motion to Dismiss") (DE 67);

**WHEREAS**, pursuant to discussions between counsel, the Parties agreed to extend the briefing schedule on the Motion to Dismiss;

**WHEREAS**, in mid-August 2011, Terri Marsh, lead trial counsel for Plaintiffs, was involved in a head-on automobile collision and suffered injuries including whiplash, facial contusions, and minor cuts and bruises, took a one-month leave of absence from work, and has been ordered by her doctor to work only part-time through the remainder of the year for medical reasons, and Plaintiffs accordingly requested that their Opposition be due on November 18, 2011;

**WHEREAS**, counsel for Defendants have scheduling conflicts between mid-November and mid-December 2011, and Defendants accordingly requested that their Reply be due on January 16, 2012;

**WHEREAS**, the Motion to Dismiss will be fully briefed by mid-January 2012;

**NOW THEREFOR IT IS HEREBY STIPULATED**, by and between the Parties, through their respective counsel, subject to and in accordance with the recitations set forth above, that:

1. Plaintiffs' Opposition to the Motion to Dismiss and any and all supporting documents are due no later than November 18, 2011;

2. Defendants' Reply and any and all supporting documents are due no later than January 16, 2012;

3. The Motion to Dismiss is scheduled to be heard at 9:00am on February 17, 2010, in Courtroom 1, 5th Floor, of the above-referenced Court.[1]

DATED: October 10, 2011      SCHWARCZ, RIMBERG, BOYD & RADER, LLP

By: /s/ K. Lee Boyd
    K. Lee Boyd, Esq.

DATED: October 10, 2011      HUMAN RIGHTS LAW FOUNDATION

By: /s/ Terri E. Marsh
    Terri E. Marsh, Esq. (*pro hac vice*)

DATED: October 10, 2011      LAW OFFICES OF JUDITH BROWN CHOMSKY

By: /s/ Judith B. Chomsky
    Judith B. Chomsky, Esq. (*pro hac vice*)

Attorneys for Plaintiffs

DATED: October 10, 2011      QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Kathleen Sullivan
    Kathleen Sullivan, Esq.[2]
    Isaac Nesser, Esq.

Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 11, 2011      _____
    Hon. Edward J. Davila
    United States District Judge

---

[1] Pursuant to the Hon. Edward J. Davila's Scheduling Notes, on October 6, 2011, counsel for Plaintiffs tentatively reserved a hearing date of February 17, 2011, for the Motion to Dismiss.

[2] I have given my consent for Plaintiffs to electronically sign this Stipulation on my behalf.