KATHRYN LEE CRAWFORD-BOYD, ESQ. (SBN 189496)
    lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
    rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, California 90048
Phone: (323) 302-9488, Fax: (323) 931-4990

TERRI MARSH, ESQ. (*pro hac vice*)
    terri.marsh@hrlf.net
BRIAN PIERCE, ESQ. (*pro hac vice*)
    brianp@hrlf.net
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street NW, Suite 1100
Washington, D.C. 20036
Phone: (202) 369-4977, Fax: (323) 931-4990

JUDITH BROWN CHOMSKY (*pro hac vice*)
    jchomsky@igc.org
**LAW OFFICES OF JUDITH BROWN CHOMSKY**
8210 New Second Street
Elkins Park, PA 19027
Phone: (215) 782-8327, Fax: (215)782-8368

Attorneys for PLAINTIFFS

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu, and those individual similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, Fredy CHEUNG, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-EJD-PSGx<br>Assigned to the Hon. Edward J. Davila<br><br>**DECLARATION OF RAJIKA SHAH IN SUPPORT OF PLAINTIFFS' MOTION TO RESCHEDULE BRIEFING**<br><br>*[N.D.Cal. Local Rule 7-11]*<br><br>Action Filed: May 19, 2011<br>FAC Filed: Sept. 2, 2011 |

## DECLARATION OF RAJIKA SHAH

I, RAJIKA SHAH, declare:

1. I am an attorney at law duly licensed to practice law in the State of California and admitted to practice before the U.S. District Court for the Northern District of California. I am an associate with the law firm of Schwarcz, Rimberg, Boyd & Rader, LLP ("SRBR"), one of the attorneys of record for Plaintiffs. I am one of the attorneys responsible for this file and have personal knowledge of the facts stated herein, and if called as a witness I would and could competently testify thereto.

2. On October 17, 2011, the U.S. Supreme Court granted a writ of certiorari in *Kiobel v. Royal Dutch Petroleum Co.* and *Mohamad v. Rajub*, Nos. 10-1491 and 11-88, --- S.Ct. ----, 79 USLW 3728 (2011). The Supreme Court will be addressing two questions: (1) whether the issue of corporate civil tort liability under the Alien Tort Statute ("ATS"), 28 U.S.C. § 1350, is a merits question or instead an issue of subject matter jurisdiction; and (2) whether corporations are immune from tort liability for violations of the law of nations or may instead be sued in the same manner as any other private party defendant under the ATS.

3. On October 19, 2011, Isaac Nesser of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants, inquired whether Plaintiffs would be willing to stay the entirety of this case pending a decision in *Kiobel* and *Mohamad*. I informed him that Plaintiffs opposed a stay.

4. On October 25, 2011, the Ninth Circuit issued an en banc decision in *Sarei v. Rio Tinto, PLC*, Nos. 02-56256, 02-56390, 09-56381, --- F.3d ----, 2011 WL 5041927 (9th Cir. 2011), which also bears on a number of questions of law at issue in the present case.

5. In light of those decisions, on October 28, 2011, I informed Mr. Nesser that Plaintiffs would be willing to reschedule briefing on all issues other than the following dispositive issues going to the justiciability of the entire case: (1) whether the case presents a non-justiciable political question, (2) whether the complaint challenges an act of state, and (3) whether the case violates principles of international comity.

6. On November 2, 2011, I contacted Mr. Nesser for Defendants' position on Plaintiffs' proposal. Mr. Nesser informed me via email that Defendants continue to assert that the action

1

ought to be stayed in its entirety until after the Supreme Court decides *Kiobel* and *Mohamad*, and that they would oppose this motion. The following day I spoke with Mr. Nesser again, indicating Plaintiffs' willingness to allow Defendants an opportunity to brief the three dispositive justiciability issues in light of *Sarei*. Mr. Nesser stated that Defendants were opposed to further briefing.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 4th day of November, 2011, at Los Angeles, California.

_____
Rajika L. Shah, Esq.

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

2

DECL. OF RAJIKA SHAH ISO PLAINTIFFS' MOTION TO RESCHEDULE BRIEFING
Case No. 5:11-cv-02449-EJD-PSGx