QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kathleen M. Sullivan (CA Bar No. 242261)
  kathleensullivan@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood City, California 94065
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

  Faith E. Gay (*pro hac vice*)
  faithgay@quinnemanuel.com
  Isaac Nesser (*pro hac vice*)
  isaacnesser@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Doe I *et al.*, | |
|---|---|
| Plaintiffs, | Case No. 5:11-cv-02449-EJD |
| v. | **DEFENDANTS' [PROPOSED] ORDER CONCERNING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF** |
| Cisco Systems, Inc. *et al.*, | |
| Defendants. | |

#### [PROPOSED] ORDER

Upon consideration of (a) Plaintiffs´ motion for administrative relief filed November 4, 2011, by which Plaintiffs seek to stay Defendants' Motion to Dismiss the Corrected First Amended Complaint (DE 67) (the "Motion to Dismiss") except for the portions of the Motion to Dismiss that address the political question, act of state, and international comity doctrines; and (b) Defendants' brief in partial opposition to the administrative motion, filed November 8, 2011, by which Defendants seek to stay the Motion to Dismiss in its entirety, it is **HEREBY ORDERED AS FOLLOWS**:

1. Defendants' Motion to Dismiss is hereby stayed in its entirety until after the Supreme Court of the United States finally decides *Kiobel v. Royal Dutch Petroleum Co.* (No. 10-1491) and *Mohamad v. Rajub* (No. 11-88);

2. The existing briefing schedule (DE 74) on the Motion to Dismiss is hereby vacated; and

3. The currently-scheduled February 17, 2012 hearing (DE 74) on the Motion to Dismiss is hereby adjourned.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Edward J. Davila
United States District Court Judge