KATHRYN LEE CRAWFORD-BOYD, ESQ. (SBN 189496)
  lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
  rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, California 90048
Telephone: (323) 302-9488
Facsimile: (323) 931-4990

[Counsel for Plaintiffs Continued on Next Page]

Attorneys for PLAINTIFFS

KATHLEEN M. SULLIVAN (CA Bar No. 242261)
  kathleensullivan@quinnemanuel.com
FAITH E. GAY (*pro hac vice*)
  faithgay@quinnemanuel.com
ISAAC NESSER (*pro hac vice*)
  isaacnesser@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for DEFENDANTS

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu, and those individual similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, Fredy CHEUNG, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-EJD-PSGx<br>Assigned to the Hon. Edward J. Davila<br><br>**JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: May 19, 2011<br>FAC Filed: Sept. 2, 2011<br><br>Conference: February 17, 2012<br>Time: 10:00 a.m.<br>Courtroom: 1, 5th Floor |

TERRI MARSH, ESQ. (*pro hac vice*)
   terri.marsh@hrlf.net
BRIAN PIERCE, ESQ. (*pro hac vice*)
   brianp@hrlf.net
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street NW, Suite 1100
Washington, D.C. 20036
Telephone: (202) 369-4977
Facsimile: (323) 931-4990

JUDITH BROWN CHOMSKY (*pro hac vice*)
   jchomsky@igc.org
**LAW OFFICES OF JUDITH BROWN CHOMSKY**
8210 New Second Street
Elkins Park, PA 19027
Telephone: (215) 782-8327
Facsimile: (215)782-8368

1

# JOINT CASE MANAGEMENT STATEMENT

The Parties hereby submit the following Case Management Statement, and jointly request a continuance of the Case Management Conference ("CMC") scheduled for February 18, 2012.

## Procedural Posture

1. The Parties filed a Joint Case Management Statement on September 16, 2011 and thereafter appeared for an initial case management conference before Judge Jeremy Fogel.

2. On September 26, 2011, this case was reassigned to the Hon. Edward J. Davila. Docket Item No. 69. The Court scheduled a CMC for February 17, 2012. Docket Item No. 71.

3. In October 2011, the Supreme Court of the United States granted certiorari in two cases involving legal issues potentially relevant here: *Kiobel v. Royal Dutch Petroleum* (No. 10-1491) ("*Kiobel*") and *Mohamad v. Rajoub* (No. 11-88) ("*Mohamad*"). Accordingly, by order dated November 9, 2011, this Court terminated Defendants' then-pending Motion to Dismiss the Complaint, without prejudice to such motion being re-filed after the Supreme Court decides *Kiobel* and *Mohamad*. Docket Item No. 79. The February CMC remained as scheduled. *Id.*

## Case Management Update

4. The Parties have no material developments to report, and therefore incorporate and restate their September 16, 2011 Joint Case Management Statement (the "Prior Statement," filed as Docket Item No. 63 and attached hereto as Exhibit A) with the following minor updates:

   a. Plaintiffs replace Prior Statement 2:13-16 (Statement of Facts) as follows: "eavesdrop, tap and intercept communications, identify, track, apprehend and torture Plaintiffs as Falun Gong practitioners and subject them to gross human rights abuses, all in violation of international, U.S., and California law."

   b. Plaintiffs replace Prior Statement 6:28-7:3 (Statement Regarding Motions) as follows, to reflect recent events: "Plaintiffs also anticipate filing a motion for class certification pursuant to Fed. R. Civ. P. Rules 23(a) and 23(b)(3): (1) within sixty (60) days following the Supreme Court's decision in *Kiobel* and *Mohamad*, or (2) following the Court's decision on a renewed Motion to Dismiss filed by Defendants, if any, after the Supreme Court's decision in

1    *Kiobel* and *Mohamad* and the issuance of a protective order, whichever is later."

2          c.     Plaintiffs add to Prior Statement 7:24, to reflect recent events: "Plaintiffs may file a motion for leave to amend the Complaint, if needed, based upon the Supreme Court's decision in *Kiobel* and *Mohamad* as well as any newly discovered evidence relevant to said decisions, within thirty (30) days following the Supreme Court's decision in *Kiobel* and *Mohamad*.

         d.     The Parties jointly supplement Prior Statement 11:18-24 (Settlement and ADR) as follows, to reflect a recent teleconference with the Court's staff: "On January 19, 2012, the Parties participated in a teleconference with the Court's ADR staff and it was agreed that the ADR process should be postponed in light of this Court's November 9 order. A further ADR teleconference is scheduled for July 26, 2012."

         e.     Defendants replace Prior Statement 12:7-11 (Statement Regarding Other References, sentence beginning "To this end") with the following, to reflect a recent event: "On January 24, 2012, the *Daobin* court stayed Defendants' response to the *Daobin* Complaint, and all other proceedings in that action, until 30 days after the Supreme Court decides *Kiobel* and *Mohamad*."

///

///

3

Conclusion

In light of all the above, the Parties respectfully request that the CMC currently scheduled for February 17, 2012 be adjourned to a date within 30 days after the Supreme Court decides *Kiobel* and *Mohamad*. If that is acceptable, the Parties will contact the Court's calendar clerk promptly following the Supreme Court's resolution of *Kiobel* and *Mohamad*, in order to obtain a viable CMC date.

DATED: February 8, 2012          Respectfully submitted,

SCHWARCZ, RIMBERG, BOYD & RADER, LLP


By:     /s/
    K. Lee Crawford-Boyd, Esq.

HUMAN RIGHTS LAW FOUNDATION


By:     /s/
    Terri E. Marsh, Esq. (*pro hac vice*)

LAW OFFICES OF JUDITH BROWN CHOMSKY


By     /s/
    Judith Chomsky, Esq. (*pro hac vice*)

Attorneys for Plaintiffs


QUINN EMANUEL URQUHART & SULLIVAN, LLP


By:     /s/
    Kathleen M. Sullivan, Esq.

Attorneys for Defendants

4