KATHRYN LEE CRAWFORD-BOYD, ESQ. (SBN 189496)
　　lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
　　rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, California 90048
Telephone: (323) 302-9488
Facsimile: (323) 931-4990

[Counsel for Plaintiffs Continued on Next Page]

Attorneys for PLAINTIFFS

KATHLEEN M. SULLIVAN (CA Bar No. 242261)
　　kathleensullivan@quinnemanuel.com
FAITH E. GAY (*pro hac vice*)
　　faithgay@quinnemanuel.com
ISAAC NESSER (*pro hac vice*)
　　isaacnesser@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for DEFENDANTS

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu, and those individual similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, Fredy CHEUNG, and DOES 1-100,<br><br>　　　　　Defendants. | Case No. 5:11-cv-02449-EJD-PSGx<br>Assigned to the Hon. Edward J. Davila<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Action Filed: May 19, 2011<br>FAC Filed: Sept. 2, 2011<br><br>Conference: March 23, 2012<br>Time: 10:00 a.m.<br>Courtroom: 1, 5th Floor |

TERRI MARSH, ESQ. (*pro hac vice*)
  terri.marsh@hrlf.net
BRIAN PIERCE, ESQ. (*pro hac vice*)
  brianp@hrlf.net
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street NW, Suite 1100
Washington, D.C.  20036
Telephone: (202) 369-4977
Facsimile: (323) 931-4990

JUDITH BROWN CHOMSKY (*pro hac vice*)
  jchomsky@igc.org
**LAW OFFICES OF JUDITH BROWN CHOMSKY**
8210 New Second Street
Elkins Park, PA 19027
Telephone: (215) 782-8327
Facsimile: (215)782-8368

1

**SCHWARCZ, RIMBERG,
BOYD & RADER, LLP**
6310 San Vicente Blvd
Los Angeles, CA 90048

JOINT CASE MANAGEMENT STATEMENT
Case No. 5:11-cv-02449-EJD-PSGx

## JOINT CASE MANAGEMENT STATEMENT

Pursuant to notice, the Parties hereby submit the following Case Management Statement.

1. By order dated November 9, 2011 (Docket Item 76), this Court "order[ed] the Clerk of the Court to TERMINATE Defendants' Motion to Dismiss the First Amended Complaint (Docket Item No. 67) without prejudice to such motion being re-filed after the Supreme Court issues its opinion in [*Kiobel v. Royal Dutch Petroleum* (No. 10-1491)] and [*Mohamad v. Rajoub* (No. 11-88)]." *Kiobel* and *Mohamad* involve legal issues potentially relevant here. This Court's order set a case management conference for February 17, 2012.

2. On February 8, 2012, the Parties filed a joint case management statement requesting a continuance of the February 17, 2012 Case Management Conference ("CMC"), in light of *Kiobel* and *Mohamad*. This Court continued the CMC to March 23, 2012.

3. The Supreme Court heard oral argument in *Kiobel* and *Mohamad* on February 28, 2012. However, on March 5, 2012, the Supreme Court restored *Kiobel* to the calendar for reargument and directed the parties in that case to file supplemental briefs. Oral argument is expected to occur in the Fall Term of 2012.

4. Defendants have no new material developments to report. However, Plaintiffs provide the following notifications: Plaintiffs have newly discovered evidence and, at an appropriate time, will seek leave to amend their complaint to include new averments of fact.

5. In addition, the Parties disagree as to the timing of the CMC. Plaintiffs are available to attend the CMC as scheduled for March 23, 2012, and do not seek a further continuance. By contrast, in light of the Court's order terminating Defendants' motion to dismiss pending *Kiobel* and *Mohamad*, Defendants request that the case management conference scheduled for March 23, 2012 be adjourned to a date within 30 days after the Supreme Court decides *Kiobel* and *Mohamad*.

///

///

///

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

JOINT CASE MANAGEMENT STATEMENT
Case No. 5:11-cv-02449-EJD-PSGx

| | |
|---|---|
| DATED: March 16, 2012 | Respectfully submitted, |
| | SCHWARCZ, RIMBERG, BOYD & RADER, LLP |
| | By: /s/K. Lee Crawford-Boyd |
| | K. Lee Crawford-Boyd, Esq. |
| | HUMAN RIGHTS LAW FOUNDATION |
| | By: /s/ Terri E. Marsh |
| | Terri E. Marsh, Esq. (*pro hac vice*) |
| | LAW OFFICES OF JUDITH BROWN CHOMSKY |
| | By: /s/ Judith Chomsky |
| | Judith Chomsky, Esq. (*pro hac vice*) |
| | Attorneys for Plaintiffs |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By: /s/ Kathleen M. Sullivan |
| | Kathleen M. Sullivan, Esq.[1] |
| | Attorneys for Defendants |

---

[1] I have given my consent for Plaintiffs to electronically sign this Joint Case Management Statement on my behalf.