1  KATHLEEN M. SULLIVAN (CA Bar No. 242261)
       kathleensullivan@quinnemanuel.com
2  FAITH E. GAY (*pro hac vice*)
       faithgay@quinnemanuel.com
3  ISAAC NESSER (*pro hac vice*)
       isaacnesser@quinnemanuel.com
4  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   51 Madison Avenue, 22nd Floor
5  New York, New York 10010
   Telephone: (212) 849-7000
6  Facsimile: (212) 849-7100

7  Attorneys for DEFENDANTS

8  **UNITED STATES DISTRICT COURT FOR THE
   NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu, and those individual similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, Fredy CHEUNG, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-EJD-PSGx<br>Assigned to the Hon. Edward J. Davila<br><br>**ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY**<br><br>Action Filed: May 19, 2011<br>FAC Filed: Sept. 2, 2011<br><br>Conference: March 23, 2012<br>Time: 10:00 a.m.<br>Courtroom: 1, 5th Floor |

**ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY**

In the joint case management statement filed today, Defendants have requested an adjournment of the case management conference currently scheduled for March 23, 2012 . Defendants believe that such an adjournment is appropriate in view of the substantive and procedural facts discussed below and in the joint case management statement.  However, if the Court denies Defendants´ adjournment request, then in the alternative the Defendants' counsel respectfully requests leave to appear at the conference by telephone.

There is good cause for counsel's request to appear by telephone.  <u>First</u>, Defendants' counsel resides in New York and would need to travel to San Jose for a personal appearance, thereby incurring significant time, attorneys fees, and travel costs.  <u>Second</u>, there have been no material developments in this litigation for several months:  (a) Defendants' response to the Plaintiffs' Complaint has been stayed since November 2011 by order of this Court and will remain stayed for several months more pending resolution of two cases currently before the United States Supreme Court (*see* Docket Item 76); (b) no discovery has been served in this action; (c) there is no pending motion; and (d) there is no other dispute between the Parties that requires judicial resolution.  As such, it is the respectful view of the Defendants that any case management matters to be addressed during the case management conference can be addressed by telephone.

Accordingly, pursuant to Civil Local Rule 7-11 and Section V of Your Honor's Scheduling Note, Defendants' counsel respectfully requests leave to appear telephonically at the scheduled March 23, 2012 case management conference (if that conference is not adjourned).

DATED:  March 16, 2012

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ _____
Kathleen M. Sullivan
Faith E. Gay (*pro hac vice*)
Isaac Nesser (*pro hac vice*)
*Attorneys for Defendants*

///

1