1 | KATHLEEN M. SULLIVAN (CA Bar No. 242261)
kathleensullivan@quinnemanuel.com
2 | FAITH E. GAY (*pro hac vice*)
faithgay@quinnemanuel.com
3 | ISAAC NESSER (*pro hac vice*)
isaacnesser@quinnemanuel.com
4 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
5 | New York, New York 10010
Telephone: (212) 849-7000
6 | Facsimile: (212) 849-7100

7 | Attorneys for DEFENDANTS

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu, and those individual similarly situated, | Case No. 5:11-cv-02449-EJD-PSGx Assigned to the Hon. Edward J. Davila |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY** |
| vs. | Action Filed: May 19, 2011<br>FAC Filed: Sept. 2, 2011 |
| CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, Fredy CHEUNG, and DOES 1-100, | Conference: March 23, 2012<br>Time: 10:00 a.m.<br>Courtroom: 1, 5th Floor |
| Defendants. | |

1 **[PROPOSED] ORDER**

2  Having considered Defendants' Administrative Motion to Appear Telephonically at the
3  March 23, 2012 case management conference, and with good cause shown, the Court ORDERS
4  that Defendants' motion is GRANTED.

5

6  **IT IS SO ORDERED.**

7

8  Dated: March __, 2012          _____
                                    The Honorable Edward J. Davila
9                                   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28