IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOE I, et. al., | CASE NO. 5:11-cv-02449 EJD |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CISCO SYSTEMS, INC., et. al., | |
| Defendant(s). | |

Having reviewed the parties' Joint Statement (see Docket Item No. 82), the court finds a that a Case Management Conference is unnecessary at this time. Accordingly, the Case Management Conference currently scheduled for March 23, 2012, is CONTINUED to **October 12, 2012, at 10:00 a.m.** The parties shall file an updated Joint Case Management Statement on or before **October 5, 2012.**

Defendants' request to appear telephonically (see Docket Item No. 83) is TERMINATED AS MOOT.

**IT IS SO ORDERED.**

Dated: March 20, 2012

EDWARD J. DAVILA
United States District Judge