KATHRYN LEE CRAWFORD-BOYD (CA Bar No. 189496)
    lboyd@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, CA 90048
Telephone: (323) 302-9488
Facsimile: (323) 931-4990

TERRI E. MARSH (*pro hac vice*)
    terri.marsh@hrlf.net
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street, NW, Suite 1100
Telephone: (202) 697-3858
Facsimile: (202) 355-6701

Attorneys for PLAINTIFFS

KATHLEEN M. SULLIVAN (CA Bar No. 242261)
    kathleensullivan@quinnemanuel.com
FAITH E. GAY (*pro hac vice*)
    faithgay@quinnemanuel.com
ISAAC NESSER (*pro hac vice*)
    isaacnesser@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for DEFENDANTS

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu, and those individual similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, Fredy CHEUNG, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-EJD-PSGx<br>Assigned to the Hon. Edward J. Davila<br><br>**JOINT ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: May 19, 2011<br>FAC Filed: Sept. 2, 2011<br><br>Conference: October 12, 2012<br>Time: 10:00 a.m.<br>Courtroom: 4, 5th Floor |

**JOINT ADMINISTRATIVE MOTION TO
CONTINUE CASE MANAGEMENT CONFERENCE**

By this administrative motion, Plaintiffs and Defendants jointly request a continuance of the scheduled October 12, 2012 case management conference ("CMC") to January 25, 2013, or such other date that the Court deems appropriate.

1. On November 9, 2011, this Court "terminate[d] Defendants' Motion to Dismiss the First Amended Complaint . . . without prejudice to such motion being re-filed after the Supreme Court issues its opinion in [*Kiobel v. Royal Dutch Petroleum* (No. 10-1491)] and [*Mohamad v. Rajoub* (No. 11-88)]." Docket Item 79. The order explained that it is "expedient to postpone" Defendants' response to the Complaint because "the Supreme Court's decision will affect the [motion] in one way or another . . . ." The order set a CMC for February 17, 2012.

2. On February 8, 2012, the Parties filed a joint case management statement (Docket Item 80), reporting "no material developments" (¶ 4) and requesting a continuance of the CMC. In response, this Court continued the CMC to March 23, 2012 (Docket Item 81).

3. On February 28, 2012, the U.S. Supreme Court heard oral argument in *Kiobel* and *Mohamad*. Thereafter, on March 5, 2012, the Supreme Court restored *Kiobel* to the calendar for reargument in the Fall Term of 2012, and directed the parties to file supplemental briefs.

4. On March 16, 2012 the parties filed a joint case management statement in this action (Docket Item 82), in which Defendants reported "no new material developments" and requested a continuance of the March 23, 2012 CMC. Plaintiffs reported no new material developments, but noted that "at an appropriate time," they will seek leave to file a second amended complaint.

5. On March 20, 2012, this Court continued the CMC to October 12, 2012. Docket Item 84 (holding that a CMC is "unnecessary at this time").

6. There have been no material developments since the Court's March 20, 2012 order. Rather, the parties have continued to await the resolution of *Kiobel*, which is scheduled for argument on October 1, 2012. Kathleen Sullivan, who is lead counsel for Defendants in this

1

action, also represents the *Kiobel* defendants in the Supreme Court.

7. Accordingly, because there have been no material developments, because none are expected until *Kiobel* is decided, and because argument in *Kiobel* is scheduled for October 1, 2012 just days before the scheduled October 12 CMC here, the parties jointly request a continuance of the CMC until January 25, 2013, or such other date that the Court deems appropriate

DATED: September 14, 2012              QUINN EMANUEL URQUHART & SULLIVAN, LLP


By /s/ Kathleen M. Sullivan
Kathleen M. Sullivan
Faith E. Gay (*pro hac vice*)
Isaac Nesser (*pro hac vice*)
*Attorneys for Defendants*

HUMAN RIGHTS LAW FOUNDATION


By/s/ Terri E. Marsh
*Filed with permission\**
Terri E. Marsh (*pro hac vice*)
*Attorney for Plaintiffs*

SCHWARCZ, RIMBERG, BOYD & RADER, LLP


By/s/ Kathryn Lee Crawford-Boyd
*Filed with permission\**
Kathryn Lee Crawford-Boyd
*Attorney for Plaintiffs*

\* *Per Local Rule 5-1, the filing attorney attests that she has on file holograph signatures for Terri E. Marsh and Kathryn Lee Crawford-Boyd*

2