KATHRYN LEE CRAWFORD-BOYD (CA Bar No. 189496)
  lboyd@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, CA 90048
Telephone: (323) 302-9488
Facsimile: (323) 931-4990

TERRI E. MARSH (*pro hac vice*)
  terri.marsh@hrlf.net
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street, NW, Suite 1100
Telephone: (202) 697-3858
Facsimile: (202) 355-6701

Attorneys for PLAINTIFFS

KATHLEEN M. SULLIVAN (CA Bar No. 242261)
  kathleensullivan@quinnemanuel.com
FAITH E. GAY (*pro hac vice*)
  faithgay@quinnemanuel.com
ISAAC NESSER (*pro hac vice*)
  isaacnesser@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for DEFENDANTS

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu, and those individual similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, Fredy CHEUNG, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-EJD-PSGx<br>Assigned to the Hon. Edward J. Davila<br><br>**[PROPOSED] ORDER ON JOINT ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: May 19, 2011<br>FAC Filed: Sept. 2, 2011<br><br>Conference: October 12, 2012<br>Time: 10:00 a.m.<br>Courtroom: 4, 5th Floor |

1 **[~~PROPOSED~~] ORDER**

2 Having considered the parties' Joint Administrative Motion To Continue Case
3 Management Conference, and with good cause shown, the Court ORDERS that the Case
4 Management Conference currently scheduled for October 12, 2012 is and shall be continued to
5 January 25, 2013 at 10:00 AM. The parties shall file  jont case management conference statement
6 on or before January 18, 2013.

8 **IT IS SO ORDERED.**

10 Dated:  September 18, 2012

_____
The Honorable Edward J. Davila
United States District Judge

-1-
[PROPOSED] ORDER ON JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 5:11-cv-02449-EJD-PSGx