KATHRYN LEE CRAWFORD-BOYD (CA Bar No. 189496)
    lboyd@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, CA 90048
Telephone: (323) 302-9488
Facsimile: (323) 931-4990

TERRI E. MARSH (*pro hac vice*)
    terri.marsh@hrlf.net
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street, NW, Suite 1100
Telephone: (202) 697-3858
Facsimile: (202) 355-6701

Attorneys for PLAINTIFFS

KATHLEEN M. SULLIVAN (CA Bar No. 242261)
    kathleensullivan@quinnemanuel.com
FAITH E. GAY (*pro hac vice*)
    faithgay@quinnemanuel.com
ISAAC NESSER (*pro hac vice*)
    isaacnesser@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for DEFENDANTS

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu, and those individual similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, Fredy CHEUNG, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-EJD-PSGx<br>Assigned to the Hon. Edward J. Davila<br><br>**JOINT ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: May 19, 2011<br>FAC Filed: Sept. 2, 2011<br><br>Conference: January 25, 2013<br>Time: 10:00 a.m.<br>Courtroom: 4, 5th Floor |

**JOINT ADMINISTRATIVE MOTION TO**
**CONTINUE CASE MANAGEMENT CONFERENCE**

1. On November 9, 2011, this Court "terminate[d] Defendants' Motion to Dismiss the First Amended Complaint . . . without prejudice to such motion being re-filed after the Supreme Court issues its opinion in [*Kiobel v. Royal Dutch Petroleum* (No. 10-1491)]," deeming the postponement "expedient" because "the Supreme Court's decision will affect the [motion] in one way or another . . . ." Docket Item 79. The Court in that order set a February 17, 2012 case management conference, which was later continued to March 23, 2012 (Docket Item 81), October 12, 2012 (Docket Item 84), and January 25, 2013 (Docket Item 87), pending a decision in *Kiobel*.

2. *Kiobel* was argued on February 28, 2012 and reargued on October 1, 2012, but has not yet been decided.

3. Accordingly, the parties jointly request a continuance of the case management conference until April 5, 2013, with the joint case management statement due March 29, 2013, or such other date as the Court deems appropriate.

DATED: January 14, 2013

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:/s/ Kathleen M. Sullivan
　　Kathleen M. Sullivan
　　*Attorneys for Defendants*

HUMAN RIGHTS LAW FOUNDATION

By:/s/ Terri E. Marsh
　　*(filed with permission)*
　　Terri E. Marsh (*pro hac vice*)
　　*Attorneys for Plaintiffs*

SCHWARCZ, RIMBERG, BOYD & RADER, LLP

By:/s/ Kathryn Lee Crawford-Boyd
　　*(filed with permission)*
　　Kathryn Lee Crawford-Boyd
　　*Attorneys for Plaintiffs*