1  KATHRYN LEE CRAWFORD-BOYD (CA Bar No. 189496)
    lboyd@srbr-law.com
2  **SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
   6310 San Vicente Boulevard, Suite 360
3  Los Angeles, CA 90048
   Telephone: (323) 302-9488
4  Facsimile: (323) 931-4990

5  TERRI E. MARSH (*pro hac vice*)
    terri.marsh@hrlf.net
6  **HUMAN RIGHTS LAW FOUNDATION**
   1615 L Street, NW, Suite 1100
7  Telephone: (202) 697-3858
   Facsimile: (202) 355-6701
8
   Attorneys for PLAINTIFFS
9

10  KATHLEEN M. SULLIVAN (CA Bar No. 242261)
     kathleensullivan@quinnemanuel.com
11  FAITH E. GAY (*pro hac vice*)
     faithgay@quinnemanuel.com
12  ISAAC NESSER (*pro hac vice*)
     isaacnesser@quinnemanuel.com
13  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
    51 Madison Avenue, 22nd Floor
14  New York, New York 10010
    Telephone: (212) 849-7000
15  Facsimile: (212) 849-7100

16  Attorneys for DEFENDANTS

17  **UNITED STATES DISTRICT COURT FOR THE
    NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**
18

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu, and those individual similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, Fredy CHEUNG, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-EJD-PSGx<br>Assigned to the Hon. Edward J. Davila<br><br>**[PROPOSED] ORDER ON JOINT ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: May 19, 2011<br>FAC Filed: Sept. 2, 2011<br><br>Conference: January 25, 2013<br>Time: 10:00 a.m.<br>Courtroom: 4, 5th Floor |

1  **[PROPOSED] ORDER**

2  Having considered the parties' Joint Administrative Motion To Continue Case

3  Management Conference, and with good cause shown, the Court ORDERS that the Case

4  Management Conference currently scheduled for January 25, 2013 is and shall be continued to

5  [April 5, 2013].  The parties shall submit a joint case management statement by [March 29, 2013].

6

7  **IT IS SO ORDERED.**

8

9  Dated: January __, 2013   _____

10  The Honorable Edward J. Davila
United States District Judge