1  KATHRYN LEE CRAWFORD-BOYD (CA Bar No. 189496)
      lboyd@srbr-law.com
2  **SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
   6310 San Vicente Boulevard, Suite 360
3  Los Angeles, CA 90048
   Telephone: (323) 302-9488
4  Facsimile: (323) 931-4990

5  TERRI E. MARSH (*pro hac vice*)
      terri.marsh@hrlf.net
6  **HUMAN RIGHTS LAW FOUNDATION**
   1615 L Street, NW, Suite 1100
7  Telephone: (202) 697-3858
   Facsimile: (202) 355-6701
8
   Attorneys for PLAINTIFFS
9

10 KATHLEEN M. SULLIVAN (CA Bar No. 242261)
      kathleensullivan@quinnemanuel.com
11 FAITH E. GAY (*pro hac vice*)
      faithgay@quinnemanuel.com
12 ISAAC NESSER (*pro hac vice*)
      isaacnesser@quinnemanuel.com
13 **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   51 Madison Avenue, 22nd Floor
14 New York, New York 10010
   Telephone: (212) 849-7000
15 Facsimile: (212) 849-7100

16 Attorneys for DEFENDANTS

17           **UNITED STATES DISTRICT COURT FOR THE**
             **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**
18

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu, and those individual similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, Fredy CHEUNG, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-EJD-PSGx<br>Assigned to the Hon. Edward J. Davila<br><br>[~~PROPOSED~~] **ORDER ON JOINT ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: May 19, 2011<br>FAC Filed: Sept. 2, 2011<br><br>Conference: January 25, 2013<br>Time: 10:00 a.m.<br>Courtroom: 4, 5th Floor |

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Having considered the parties' Joint Administrative Motion To Continue Case |
| 3 | Management Conference, and with good cause shown, the Court ORDERS that the Case |
| 4 | Management Conference currently scheduled for January 25, 2013 is and shall be continued to |
| 5 | April 5, 2013.  The parties shall submit a joint case management statement by March 29, 2013. |
| 6 | |
| 7 | **IT IS SO ORDERED.** |
| 8 | |
| 9 | Dated:  January 15, 2013     _____ |
| 10 |                              The Honorable Edward J. Davila |
|    |                              United States District Judge |

-1-
[PROPOSED] ORDER ON JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 5:11-cv-02449-EJD-PSGx