Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu, Plaintiff(s), <br><br> v. <br><br> CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, Fredy Cheung and DOES 1-100 Defendant(s). | Case No: 5:11-cv-02449 <br><br> APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE <br> (CIVIL LOCAL RULE 11-3) |

I, **Jordan Samuel Berman**, an active member in good standing of the bar of **Illinois**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **DOEs (Plaintiffs)** in the above-entitled action. My local co-counsel in this case is **Kathryn Lee Cawford-Boyd**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1615 L Street NW Ste 1100 <br> Washington, DC 20036 | 6310 San Vicente Boulevard, Suite 360 <br> Los Angeles, California 90048 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| 202-650-7640 | 323-302-9488 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| Berman2008@lawnet.ucla.edu | lboyd@srbr-law.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **6295883**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 1-24-2013

Jordan Samuel Berman
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Jordan Samuel Berman** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: FEBRUARY 5, 2013

UNITED STATES DISTRICT JUDGE

PRO HAC VICE APPLICATION & ORDER                                    October 2012