1    KATHRYN LEE CRAWFORD-BOYD (CA Bar No. 189496)
         lboyd@srbr-law.com
2    **SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
     6310 San Vicente Boulevard, Suite 360
3    Los Angeles, CA 90048
     Telephone: (323) 302-9488
4    Facsimile: (323) 931-4990

5    TERRI E. MARSH (*pro hac vice*)
         terri.marsh@hrlf.net
6    **HUMAN RIGHTS LAW FOUNDATION**
     1615 L Street, NW, Suite 1100
7    Telephone: (202) 697-3858
     Facsimile: (202) 355-6701

8
     Attorneys for PLAINTIFFS
9

10   KATHLEEN M. SULLIVAN (CA Bar No. 242261)
         kathleensullivan@quinnemanuel.com
11   FAITH E. GAY (*pro hac vice*)
         faithgay@quinnemanuel.com
12   ISAAC NESSER (*pro hac vice*)
         isaacnesser@quinnemanuel.com
13   **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
     51 Madison Avenue, 22nd Floor
14   New York, New York 10010
     Telephone: (212) 849-7000
15   Facsimile: (212) 849-7100

16   Attorneys for DEFENDANTS

17              **UNITED STATES DISTRICT COURT FOR THE**
          **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**
18

| | |
|---|---|
| 19   DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu, and those individual similarly situated, | Case No. 5:11-cv-02449-EJD-PSGx Assigned to the Hon. Edward J. Davila |
| 20 | **[PROPOSED] ORDER ON JOINT ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| 21                        Plaintiffs, | |
| 22 | |
| 23                   vs. | Action Filed: May 19, 2011 FAC Filed: Sept. 2, 2011 |
| 24   CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, Fredy CHEUNG, and DOES 1-100, | Conference: April 5, 2013 Time: 10:00 a.m. Courtroom: 4, 5th Floor |
| 25 | |
| 26                   Defendants. | |
| 27 | |
| 28 | |

1

**[PROPOSED] ORDER**

2
      Having considered the parties' Joint Administrative Motion To Continue Case

3
Management Conference, and with good cause shown, the Court ORDERS that the Case

4
Management Conference currently scheduled for April 5, 2013 is and shall be continued to [June

5
7, 2013].  The parties shall submit a joint case management statement by [May 31, 2013].

6

7
      **IT IS SO ORDERED.**

8

9
Dated:  March 19, 2013

10
                           The Honorable Edward J. Davila
                           United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28