1  KATHRYN LEE CRAWFORD-BOYD (CA Bar No. 189496)
      lboyd@srbr-law.com
2  **SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
   6310 San Vicente Boulevard, Suite 360
3  Los Angeles, CA 90048
   Telephone: (323) 302-9488
4  Facsimile: (323) 931-4990

5  TERRI E. MARSH (*pro hac vice*)
      terri.marsh@hrlf.net
6  **HUMAN RIGHTS LAW FOUNDATION**
   1615 L Street, NW, Suite 1100
7  Telephone: (202) 697-3858
   Facsimile: (202) 355-6701
8
   Attorneys for PLAINTIFFS
9

10 KATHLEEN M. SULLIVAN (CA Bar No. 242261)
      kathleensullivan@quinnemanuel.com
11 FAITH E. GAY (*pro hac vice*)
      faithgay@quinnemanuel.com
12 ISAAC NESSER (*pro hac vice*)
      isaacnesser@quinnemanuel.com
13 **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   51 Madison Avenue, 22nd Floor
14 New York, New York 10010
   Telephone: (212) 849-7000
15 Facsimile: (212) 849-7100

16 Attorneys for DEFENDANTS

17             **UNITED STATES DISTRICT COURT FOR THE**
               **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**
18

| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu, and those individual similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, Fredy CHEUNG, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-EJD-PSGx<br>Assigned to the Hon. Edward J. Davila<br><br>**[PROPOSED] ORDER ON JOINT ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: May 19, 2011<br>FAC Filed: Sept. 2, 2011<br><br>Conference: April 5, 2013<br>Time: 10:00 a.m.<br>Courtroom: 4, 5th Floor |
|---|---|

[PROPOSED] ORDER ON JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 5:11-cv-02449-EJD-PSGx

# [PROPOSED] ORDER

Having considered the parties' Joint Administrative Motion To Continue Case Management Conference, and with good cause shown, the Court ORDERS that the Case Management Conference currently scheduled for April 5, 2013 is and shall be continued to June 7, 2013. The parties shall submit a joint case management statement by May 31, 2013.

**IT IS SO ORDERED.**

Dated: March 21, 2013

_____
The Honorable Edward J. Davila
United States District Judge

-1-
[PROPOSED] ORDER ON JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 5:11-cv-02449-EJD-PSGx