1  KATHRYN LEE CRAWFORD-BOYD (CA Bar No. 189496)
       lboyd@srbr-law.com
2  **SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
   6310 San Vicente Boulevard, Suite 360
3  Los Angeles, CA 90048
   Telephone: (323) 302-9488
4  Facsimile: (323) 931-4990

5  TERRI E. MARSH (*pro hac vice*)
       terri.marsh@hrlf.net
6  JORDAN BERMAN (*pro hac vice*)
       Jordan.Berman.HRLF@gmail.com
7  **HUMAN RIGHTS LAW FOUNDATION**
   1615 L Street, NW, Suite 1100
8  Telephone: (202) 697-3858
   Facsimile: (202) 355-6701
9
   Attorneys for PLAINTIFFS
10

11  KATHLEEN M. SULLIVAN (CA Bar No. 242261)
        kathleensullivan@quinnemanuel.com
12  FAITH E. GAY (*pro hac vice*)
        faithgay@quinnemanuel.com
13  ISAAC NESSER (*pro hac vice*)
        isaacnesser@quinnemanuel.com
14  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
    51 Madison Avenue, 22nd Floor
15  New York, New York 10010
    Telephone: (212) 849-7000
16  Facsimile: (212) 849-7100

17  Attorneys for DEFENDANTS

18            **UNITED STATES DISTRICT COURT FOR THE**
              **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**
19

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu, and those individual similarly situated,<br><br>              Plaintiffs,<br><br>    vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, Fredy CHEUNG, and DOES 1-100,<br><br>              Defendants. | Case No. 5:11-cv-02449-EJD-PSGx<br>Assigned to the Hon. Edward J. Davila<br><br>**[PROPOSED] ORDER ON JOINT ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: May 19, 2011<br>FAC Filed: Sept. 2, 2011<br><br>Conference: June 7, 2013<br>Time: 10:00 a.m.<br>Courtroom: 4, 5th Floor |

## [PROPOSED] ORDER

Having considered the parties' Joint Administrative Motion To Continue Case Management Conference, and with good cause shown, the Court ORDERS that the Case Management Conference currently scheduled for June 7, 2013 is and shall be continued to [July 12, 2013]. The parties shall submit a joint case management statement by [July 3, 2013].

**IT IS SO ORDERED.**

Dated: May 30, 2013

_____
The Honorable Edward J. Davila
United States District Judge