IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOE I, et. al., | CASE NO. 5:11-cv-02449 EJD |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CISCO SYSTEMS, INC., et. al., | |
| Defendant(s). | |

On May 31, 2013, the court granted the parties' Joint Administrative Motion to Continue the Case Management Conference and rescheduled the conference for July 12, 2013. See Docket Item No. 95. The court also ordered the parties to submit a Joint Case Management Conference Statement on or before July 3, 2013, and noted that the scheduling conference would not be continued further. Id.

The court has reviewed the Joint Case Management Statement filed July 3, 2013. See Docket Item No. 96. Under the current circumstances, the court finds that it is now appropriate to issue a scheduling order and, in that regard, denies Defendants' request to stay or postpone this action to await the outcome of the pending motion to dismiss in Daobin v. Cisco. However, the court is unable to issue a schedule based on the current state of the most recent Joint Case Management Statement. See Docket Item No. 96.

Accordingly, on or before **July 12, 2013**, the parties shall file an amended Joint Case Management Statement which contains, in one complete document without the need to reference

prior statements, all of the information required by the Standing Order for All Judges of the Northern District of California concerning the contents of a Joint Case Management Statement. In particular, this amended statement shall include proposed dates "for designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference and trial," as required by the Standing Order.

In light of this order, the Case Management Conference currently scheduled for July 12, 2013, is CONTINUED to **July 19, 2013, at 10:00 a.m.**

**IT IS SO ORDERED.**

Dated: July 9, 2013

EDWARD J. DAVILA
United States District Judge