1  KATHRYN LEE CRAWFORD-BOYD (CA Bar No. 189496)
       lboyd@srbr-law.com
2  **SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
   6310 San Vicente Boulevard, Suite 360
3  Los Angeles, CA 90048
   Telephone: (323) 302-9488
4  Facsimile: (323) 931-4990

5  TERRI E. MARSH (*pro hac vice*)
       terri.marsh@hrlf.net
6  JORDAN BERMAN (*pro hac vice*)
       Jordan.Berman.HRLF@gmail.com
7  **HUMAN RIGHTS LAW FOUNDATION**
   1615 L Street, NW, Suite 1100
8  Telephone: (202) 697-3858
   Facsimile: (202) 355-6701
9
   Attorneys for PLAINTIFFS
10
   KATHLEEN M. SULLIVAN (CA Bar No. 242261)
11     kathleensullivan@quinnemanuel.com
   FAITH E. GAY (*pro hac vice*)
12     faithgay@quinnemanuel.com
   ISAAC NESSER (*pro hac vice*)
13     isaacnesser@quinnemanuel.com
   **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
14 51 Madison Avenue, 22nd Floor
   New York, New York 10010
15 Telephone: (212) 849-7000
   Facsimile: (212) 849-7100
16
   Attorneys for DEFENDANTS
17

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu, and those individual similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, Fredy CHEUNG, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-EJD-PSGx<br>Assigned to the Hon. Edward J. Davila<br><br>**ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALL Y**<br><br>Action Filed: May 19, 2011<br>FAC Filed: Sept. 2, 2011<br><br>Conference: July 19, 2013<br>Time: 10:00 a.m.<br>Courtroom: 4, 5th Floor |

**ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY**

1. Plaintiff's counsel Jordan Berman respectfully requests leave to appear at the conference by telephone. There is good cause for Plaintiff counsel Berman's request to appear by telephone. First, Plaintiff's counsel Terri E. Marsh and K. Lee Boyd plan to appear at the conference in person. It is the respectful view of the Plaintiffs that in-person counsel will handle the majority of case management matters, and any remaining issues to be addressed by counsel Berman during the case management conference can be addressed by telephone. Second, Plaintiffs' counsel resides in Washington, D.C., and would need to travel to San Jose for a personal appearance, thereby incurring significant time, attorneys fees, and travel costs. As such, it is the respectful view of the Plaintiffs that any case management matters to be addressed by counsel Berman during the case management conference can be addressed by telephone.

2. Accordingly, pursuant to Civil Local Rule 7-1, Plaintiffs' counsel respectfully requests leave for Jordan Berman to appear telephonically at the scheduled July 16, 2013 case management conference.

Dated: July 16, 2013                HUMAN RIGHTS LAW FOUNDATION


By:    /s/ Terri Marsh, Esq.
       Terri E. Marsh, Esq.


By:    /s/ Jordan Berman, Esq.
       Jordan S. Berman, Esq.
       Attorneys for Plaintiffs