1   KATHRYN LEE CRAWFORD-BOYD (CA Bar No. 189496)
        lboyd@srbr-law.com
2   **SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
    6310 San Vicente Boulevard, Suite 360
3   Los Angeles, CA 90048
    Telephone: (323) 302-9488
4   Facsimile: (323) 931-4990

5   TERRI E. MARSH (*pro hac vice*)
        terri.marsh@hrlf.net
6   JORDAN BERMAN (*pro hac vice*)
        Jordan.Berman.HRLF@gmail.com
7   **HUMAN RIGHTS LAW FOUNDATION**
    1615 L Street, NW, Suite 1100
8   Telephone: (202) 697-3858
    Facsimile: (202) 355-6701

9
    Attorneys for PLAINTIFFS
10

11  KATHLEEN M. SULLIVAN (CA Bar No. 242261)
        kathleensullivan@quinnemanuel.com
12  FAITH E. GAY (*pro hac vice*)
        faithgay@quinnemanuel.com
13  ISAAC NESSER (*pro hac vice*)
        isaacnesser@quinnemanuel.com
14  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
    51 Madison Avenue, 22nd Floor
15  New York, New York 10010
    Telephone: (212) 849-7000
16  Facsimile: (212) 849-7100

17  Attorneys for DEFENDANTS

18              **UNITED STATES DISTRICT COURT FOR THE**
            **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**
19

| | |
|---|---|
| 20   DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu, and those individual similarly situated, | Case No. 5:11-cv-02449-EJD-PSGx Assigned to the Hon. Edward J. Davila |
| 21 | |
| 22 | **[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALL Y** |
| 23           Plaintiffs, | |
| 24           vs. | Action Filed: May 19, 2011 FAC Filed: Sept. 2, 2011 |
| 25   CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, Fredy CHEUNG, and DOES 1-100, | Conference: July 19, 2013 Time: 10:00 a.m. Courtroom: 4, 5th Floor |
| 26 | |
| 27           Defendants. | |
| 28 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Having considered Plaintiffs' Administrative Motion for Jordan Berman to Appear Telephonically at the July 19, 2013 case management conference, and with good cause shown, the Court ORDERS that Plaintiffs' motion is GRANTED.

**IT IS SO ORDERED.**

Dated:  July 16, 2013           _____
                                    The Honorable Edward J. Davila
                                    United States District Judge