IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOE I, et. al., | CASE NO. 5:11-cv-02449 EJD |
| Plaintiff(s), | **CASE MANAGEMENT ORDER** |
| v. | |
| CISCO SYSTEMS, INC., et. al., | |
| Defendant(s). | |

This case is scheduled for a Case Management Conference on July 19, 2013. Based on the parties' Joint Case Management Statement and proposed schedule (see Docket Item No. 98), the court has determined an appearance is unnecessary at this time. Accordingly, the Case Management Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order. The parties are instructed to comply with Federal Rule of Civil Procedure 15 in seeking joinder of parties or amendments to the pleadings.

IT IS FURTHER ORDERED that the parties shall comply with the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are

1

CASE NO. 5:11-cv-02449 EJD
CASE MANAGEMENT ORDER

referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED that the parties shall participate in good faith in the ADR Phone Conference scheduled for October 8, 2013.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
| --- | --- |
| Deadline for Plaintiff to file Motion to Amend the Complaint | August 1, 2013 |
| Deadline for filing of Opposition to Motion to Amend the Complaint | August 15, 2013 |
| Deadline for filing Reply to Motion to Amend the Complaint | August 29, 2013 |
| Hearing on Motion to Amend the Complaint | 9:00 a.m. on September 20, 2013 |
| Deadline for Defendants to file Motion to Dismiss | December 6, 2013 |
| Deadline for filing Opposition to Motion to Dismiss | January 10, 2014 |
| Deadline for filing Reply to Motion to Dismiss | January 31, 2014 |
| Hearing on Motion to Dismiss | 9:00 a.m. on February 21, 2014 |
| Deadline for Plaintiff to file Motion for Class Certification | May 30, 2014 |
| Deadline for Opposition to Motion for Class Certification | June 27, 2014 |
| Deadline for filing Reply to Motion for Class Certification | July 11, 2014 |
| Hearing on Motion for Class Certification | 9:00 a.m. on August 1, 2014 |
| Fact Discovery Cutoff | March 31, 2015 |
| Designation of Opening Experts with Reports | May 30, 2014 |
| Designation of Rebuttal Experts with Reports | July 8, 2014 |
| Expert Discovery Cutoff | September 5, 2014 |
| Deadline(s) for Filing Discovery Motions | <u>See</u> Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions[1] | July 1, 2015 |
| Preliminary Pretrial Conference | 11:00 a.m. on April 24, 2015 |
| Joint Preliminary Pretrial Conference Statement | April 15, 2015 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re

---

[1] This is the last date for *filing* dispositive motions. The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

2

CASE NO. 5:11-cv-02449 EJD
CASE MANAGEMENT ORDER

Pretrial Preparation, a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Preliminary Pretrial Conference Statement, and all other pretrial submissions.

**IT IS SO ORDERED.**

Dated: July 16, 2013


EDWARD J. DAVILA
United States District Judge

---

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order re Pretrial Preparation."

3
CASE NO. 5:11-cv-02449 EJD
CASE MANAGEMENT ORDER