KATHRYN LEE BOYD, ESQ. (SBN 189496)
  lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
  rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, California 90048
Phone: (323) 302-9488; Fax: (323) 931-4990

TERRI MARSH, ESQ. (*pro hac vice*)
  terri.marsh@hrlf.net
JORDAN BERMAN, ESQ. (*pro hac vice*)
  Jordan.Berman.HRLF@gmail.com
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street NW, Suite 1100
Washington, D.C. 20036
Phone: (202) 697-3858; Fax: (202) 355-6701
Attorneys for PLAINTIFFS

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu,<br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, Fredy CHEUNG, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-EJD-PSGx<br><br>Assigned to the Honorable Edward J. Davila, U.S.D.J.<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br><br>Action Filed: May 19, 2011<br>FAC Filed: Sept. 2, 2011<br>Hearing: September 20, 2013<br>Time: 9:00 a.m.<br>Courtroom: 4, 5th Floor |

# [PROPOSED] ORDER

After considering the Motion for Leave to File a Second Amended Complaint ("Motion for Leave to Amend") filed by Plaintiffs Doe 1, Doe II, Ivy He, Doe III, Doe IV, Doe V, Doe VI, Roe VII, Charles Lee, Roe VIII, and Liu Guifu ("Plaintiffs"), and further pleadings and records filed with this action; any oral or documentary evidence that may be presented at the hearing; and any other materials properly before the Court; and **GOOD CAUSE HAVING BEEN SHOWN,** this Court finds and orders as follows:

1. **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to Amend to add two plaintiffs and newly-ascertained facts directly relating to the decision in the recent Supreme Court ruling in *Kiobel v. Royal Dutch Petroleum Co.,* 569 U.S. ____ (slip op.), 133 S.Ct. 1659 (2013) be and hereby is **GRANTED.**

2. **IT IS FURTHER ORDERED** that Plaintiffs' Second Amended Complaint, filed as Exhibit A to the Motion to Amend, shall be deemed filed with this Court and served on Defendants Cisco Systems, Inc., John Chambers, and Fredy Cheung as of the date of this Order.

**IT IS SO ORDERED.**

Dated: _____      _____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Judge Edward J. Davila
　　　　　　　　　　　　　　　　　　　　　　　Judge of the United States District Court for the
　　　　　　　　　　　　　　　　　　　　　　　Northern District of California, San Jose Division