QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kathleen M. Sullivan (CA Bar No. 242261)
  kathleensullivan@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood City, California 94065
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

  Faith E. Gay (*pro hac vice*)
  faithgay@quinnemanuel.com
  Isaac Nesser (*pro hac vice*)
  isaacnesser@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100

Attorneys for the Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Doe I, Doe II, Ivy He, Doe III, Doe IV, Doe V, Doe VI, Roe VII, Charles Lee, Roe VIII, Liu Guifu, and those individuals similarly situated,<br><br>            Plaintiffs,<br><br>       v.<br><br>Cisco Systems, Inc., John Chambers, Thomas Lam, Owen Chan, Fredy Cheung, and Does 1-100,<br><br>            Defendants. | Case No. 5:11-cv-02449-EJD-PSGx<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISION**<br><br>Hearing date: September 20, 2013<br>Time: 10:00 a.m.<br><br>Action Filed: May 19, 2011<br>Judge: Hon. Edward J. Davila<br>Dept: Courtroom 4, 5th Floor |

1  Pursuant to Local Civil Rule 7-3(d)(2), Defendants bring to the Court's attention the recent decision *Balintulo v. Daimler AG*, Nos. 09-2778-cv *et al.*, --- F.3d ---, 2013 WL 4437057, at *6-10 (2d Cir. Aug. 21, 2013), which is relevant to and was published after the filing of Defendants' brief in opposition to Plaintiffs' motion for leave to file a second amended complaint.  A copy of the decision is attached hereto as Exhibit A.

DATED:   New York, New York
         August 28, 2013

                              QUINN EMANUEL URQUHART &
                                 SULLIVAN, LLP


                              By:   /s/ Kathleen M. Sullivan
                                    Kathleen M. Sullivan
                                    Faith E. Gay
                                    Isaac Nesser

                                    51 Madison Avenue, 22d Floor,
                                    New York, New York  10010-1601
                                    (212) 849-7000

                                    *Attorneys for the Defendants*