KATHRYN LEE CRAWFORD-BOYD, ESQ. (SBN 189496)
  lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
  rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, California 90048
Phone: (323) 302-9488, Fax: (323) 931-4990

TERRI MARSH, ESQ. (*pro hac vice*)
  terri.marsh@hrlf.net
JORDAN S. BERMAN, ESQ. (*pro hac vice*)
  jsberman@gmail.com
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street NW, Suite 1100
Washington, D.C.  20036
Phone: (202) 369-4977, Fax: (323) 931-4990
Attorneys for PLAINTIFFS

KATHLEEN M. SULLIVAN (SBN 242261)
  kathleensullivan@quinnemanuel.com
FAITH E. GAY (*pro hac vice*)
  faithgay@quinnemanuel.com
ISAAC NESSER (*pro hac vice*)
  isaacnesser@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000; Facsimile: (212) 849-7100
Attorneys for DEFENDANTS

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu,<br><br>Plaintiffs,<br>vs.<br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, Fredy CHEUNG, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-EJD<br><br>Assigned to the Honorable Edward J. Davila<br><br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>Action Filed: May 19, 2011<br>FAC Filed: September 2, 2011<br><br>Hearing: February 21, 2014<br>Time: 9:00 am<br>Courtroom: 4, 5th floor |

02099.62172/5489132.1

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu ("Plaintiffs") and Defendants CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, and Fredy CHEUNG ("Defendants") (collectively, the "Parties"), as follows:

**WHEREAS**, pursuant to Fed. R. Civ. P. 15(a)(1)(B) and by stipulation, Plaintiffs filed a Corrected First Amended Complaint ("FAC") on September 2, 2011 (Docket Entry ("DE") 62-1);

**WHEREAS**, pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiffs filed a Motion for Leave to Amend the Complaint and a Proposed Second Amended Complaint ("SAC") on August 1, 2013 (DE 101, 101-1);

**WHEREAS**, the current deadline for Defendants to file a Motion to Dismiss is on December 6, 2013; for Plaintiffs to file an Opposition to Motion to Dismiss is on January 10, 2014; and for Defendants to file a Reply to Motion to Dismiss is on January 31, 2014;

**WHEREAS**, the Court's ruling on the Motion for Leave to Amend is not set for a fixed date,

**WHEREAS**, the Parties request a change in filing deadlines to allow the schedule to accommodate the date of the Court's ruling on Plaintiffs' pending Motion for Leave to Amend, and to ensure equal divisions of time between the Parties,

**NOW THEREFOR IT IS HEREBY STIPULATED**, by and between the Parties, through their respective counsel, subject to and in accordance with the recitations set forth above, that:

1. Defendants' Motion to Dismiss Plaintiffs' then-operative Complaint, and any and all supporting documents, shall be served and filed no later than 45 days after the date of the Court's ruling on Plaintiffs' pending Motion for Leave to Amend the Complaint;

2. Plaintiffs' Opposition to the Motion to Dismiss and any and all supporting documents shall be served and filed no later than 45 days after the filing of Defendants' Motion to Dismiss the Complaint;

3. Defendants' Reply in support of their Motion to Dismiss, and any and all supporting documents, shall be filed no later than 45 days after the filing of Plaintiffs' Opposition to the Motion to Dismiss.

DATED: August 29, 2013  SCHWARCZ, RIMBERG, BOYD & RADER, LLP

By: /s/ K. Lee Boyd[1]
K. Lee Boyd, Esq.

DATED: August 29, 2013  HUMAN RIGHTS LAW FOUNDATION

By: /s/ Terri E. Marsh
Terri E. Marsh, Esq. (*pro hac vice*)

Attorneys for Plaintiffs

DATED: August 29, 2013  QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Kathleen Sullivan
Kathleen Sullivan, Esq.
Isaac Nesser, Esq. (*pro hac vice*)

Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_____, 2013   _____
Hon. Edward J. Davila
United States District Judge

---

[1] I have obtained the consent of the other signatories to electronically sign this Stipulation on their behalf.