TERRI E. MARSH (*pro hac vice*)
     terri.marsh@hrlf.net
JORDAN BERMAN (*pro hac vice*)
     Jordan.Berman.HRLF@gmail.com
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street, NW, Suite 1100
Telephone: (202) 697-3858
Facsimile: (202) 355-6701

Attorneys for PLAINTIFFS

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu, and those individual similarly situated,<br><br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, Fredy CHEUNG, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-EJD<br>Assigned to the Hon. Edward J. Davila<br><br>**ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALL Y**<br><br>Action Filed: May 19, 2011<br>FAC Filed: Sept. 2, 2011<br><br>Conference: September 20, 2013<br>Time: 9:00 a.m.<br>Courtroom: 4, 5th Floor |

## ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY

1. Plaintiff's counsel Jordan Berman respectfully requests leave to appear at the hearing by telephone. There is good cause for Plaintiff counsel Berman's request to appear by telephone. First, Plaintiff's counsel Terri E. Marsh plans to appear at the hearing in person.  It is the respectful view of the Plaintiffs that in-person counsel will handle the majority of matters at the hearing, and any remaining issues to be addressed by counsel Berman during the hearing can be addressed by telephone.  Second, Plaintiffs' counsel resides in Washington, D.C., and would need to travel to San Jose for a personal appearance, thereby incurring significant time, attorneys fees, and travel costs. As such, it is the respectful view of the Plaintiffs that any matters to be addressed by counsel Berman during the hearing can be addressed by telephone.

2. Accordingly, pursuant to Civil Local Rule 7-1, Plaintiffs' counsel respectfully requests leave for Jordan Berman to appear telephonically at the scheduled September 20, 2013 motion hearing.


Dated: September 10, 2013                    HUMAN RIGHTS LAW FOUNDATION


                                             By:____/s/ Terri Marsh, Esq._____
                                                 Terri E. Marsh, Esq.


                                             By:____/s/ Jordan Berman, Esq._____
                                                 Jordan S. Berman, Esq.
                                                 Attorneys for Plaintiffs