TERRI E. MARSH (*pro hac vice*)
   terri.marsh@hrlf.net
JORDAN BERMAN (*pro hac vice*)
   Jordan.Berman.HRLF@gmail.com
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street, NW, Suite 1100
Telephone: (202) 697-3858
Facsimile: (202) 355-6701

Attorneys for PLAINTIFFS

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu, and those individual similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, Fredy CHEUNG, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-EJD<br>Assigned to the Hon. Edward J. Davila<br><br>[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY<br><br>Action Filed: May 19, 2011<br>FAC Filed: Sept. 2, 2011<br><br>Conference: September 20, 2013<br>Time: 9:00 a.m.<br>Courtroom: 4, 5th Floor |

**[~~PROPOSED~~] ORDER**

Having considered Plaintiffs' Administrative Motion for Jordan Berman to Appear Telephonically at the September 20, 2013 motion hearing, and with good cause shown, the Court ORDERS that Plaintiffs' motion is GRANTED.  Counsel shall arrange for a telephonic appearance through Courtcall.

**IT IS SO ORDERED.**

Dated:  September 12, 2013

_____
The Honorable Edward J. Davila
United States District Judge