KATHRYN LEE BOYD, ESQ. (SBN 189496)
    lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
    rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, California 90048
Phone: (323) 302-9488; Fax: (323) 931-4990

TERRI E. MARSH (*pro hac vice*)
    terri.marsh@hrlf.net
JORDAN BERMAN (*pro hac vice*)
    Jordan.Berman.HRLF@gmail.com
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street, NW, Suite 1100
Telephone: (202) 697-3858
Facsimile: (202) 355-6701

Attorneys for PLAINTIFFS

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu, and those individual similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, Fredy CHEUNG, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-EJD<br>Assigned to the Hon. Edward J. Davila<br><br>**ADMINISTRATIVE REQUEST FOR K. LEE BOYD TO APPEAR TELEPHONICALLY**<br><br>Action Filed: May 19, 2011<br>FAC Filed: Sept. 2, 2011<br><br>Hearing Date: September 20, 2013<br>Time: 9:00 a.m.<br>Courtroom: 4, 5th Floor |

**ADMINISTRATIVE REQUEST TO APPEAR TELEPHONICALLY**

Pursuant to this Court's Scheduling Notes, counsel for Plaintiffs, K. Lee Boyd, respectfully requests leave to appear and participate by telephone at the hearing on Plaintiffs' Motion for Leave to File a Second Amended Complaint (Docket 101) scheduled for September 20, 2013, at 9:00 a.m.

Lead counsel for Plaintiffs, Terri E. Marsh, will appear in person at the hearing. Ms. Boyd is scheduled to attend a law conference to be held in Las Vegas from September 19-20, 2013, which prevents her from traveling to San Jose to appear in person.

Accordingly, counsel for Plaintiffs respectfully requests that Ms. Boyd be allowed to appear at the September 20 hearing telephonically via Court Call.

Dated: September 13, 2013            Respectfully submitted,

SCHWARCZ, RIMBERG, BOYD & RADER, LLP

By:    /s/ K. Lee Boyd, Esq.[1]
       K. Lee Boyd, Esq.

HUMAN RIGHTS LAW FOUNDATION

By:    /s/ Terri E. Marsh, Esq.
       Terri E. Marsh, Esq.

Attorneys for Plaintiffs

---

[1] I have obtained the consent of the other signatory to electronically sign this document on her behalf.