Case 5:11-cv-02449-EJD   Document 109-1   Filed 09/12/13   Page 1 of 2

KATHRYN LEE BOYD, ESQ. (SBN 189496)
   lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
   rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, California 90048
Phone: (323) 302-9488; Fax: (323) 931-4990

TERRI E. MARSH (*pro hac vice*)
   terri.marsh@hrlf.net
JORDAN BERMAN (*pro hac vice*)
   Jordan.Berman.HRLF@gmail.com
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street, NW, Suite 1100
Telephone: (202) 697-3858
Facsimile: (202) 355-6701

Attorneys for PLAINTIFFS

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu, and those individual similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, Fredy CHEUNG, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-EJD<br>Assigned to the Hon. Edward J. Davila<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST FOR K. LEE BOYD TO APPEAR TELEPHONICALLY**<br><br>Action Filed: May 19, 2011<br>FAC Filed: Sept. 2, 2011<br><br>Hearing Date: September 20, 2013<br>Time: 9:00 a.m.<br>Courtroom: 4, 5th Floor |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST FOR K. LEE BOYD TO APPEAR TELEPHONICALLY
Case No. 5:11-cv-02449-EJD

**[PROPOSED] ORDER**

Having considered the Administrative Request of Plaintiffs' counsel K. Lee Boyd to appear telephonically at the hearing on Plaintiffs' Motion for Leave to File a Second Amended Complaint scheduled for September 20, 2013, at 9:00 a.m., the Court ORDERS that the Administrative Request is GRANTED. Counsel shall arrange for a telephonic appearance through Court Call.

**IT IS SO ORDERED.**

Dated: September ___, 2013                    _____
                                              The Honorable Edward J. Davila
                                              United States District Judge