KATHRYN LEE BOYD, ESQ. (SBN 189496)
lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, California 90048
Phone: (323) 302-9488; Fax: (323) 931-4990

TERRI MARSH, ESQ. (*pro hac vice*)
terri.marsh@hrlf.net
JORDAN BERMAN, ESQ. (*pro hac vice*)
Jordan.Berman.hrlf@gmail.com
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street NW, Suite 1100
Washington, D.C. 20036
Phone: (202) 697-3858; Fax: (202) 355-6701

Attorneys for PLAINTIFFS

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, DOE IX, LIU Guifu, WANG Weiyu,<br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Fredy CHEUNG, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-EJD-PSGx<br><br>Assigned to the Honorable Edward J. Davila, U.S.D.J.<br><br>**NOTICE RE: SECOND AMENDED CLASS ACTION COMPLAINT** |

NOTICE OF ERRATA RE: SECOND AMENDED COMPLAINT
Case No. 5:11-cv-02449-EJD-PSG

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that counsel for Plaintiffs DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, DOE IX, Charles LEE, ROE VIII, LIU Guifu, and WANG Weiyu, (collectively, "Plaintiffs") inadvertently uploaded the incorrect file, containing an earlier draft with a de minimis clerical error, when e-filing the Motion to Amend with Attached Proposed Second Amended Complaint ("SAC") on August 1, 2013 (Docket Entry 101). The correct file is attached here and titled "Second Amended Complaint."

The one paragraph where there are differences between the erroneously uploaded document (DKT 101) and the correct document (DKT 113) is as follows:

SAC ¶ 1 (DKT 101):

"'Cisco' refers to Cisco Systems acting by, through or with its alter egos and agents."

SAC ¶ 1 (DKT 113):

"'Cisco' refers to Cisco Systems."

Dated:  September 18, 2013            Respectfully submitted,

By:    /s/ Terri E. Marsh
Terri E. Marsh (Lead Counsel)
HUMAN RIGHTS LAW FOUNDATION
Attorney for Plaintiffs


By:    /s/ K. Lee Crawford-Boyd[1]
K. Lee Crawford-Boyd
SCHWARCZ, RIMBERG, BOYD & RADER, LLP
Attorney for Plaintiffs

---

[1] I have obtained the other signatory's concurrence in the filing of this document.