KATHRYN LEE CRAWFORD-BOYD, ESQ. (SBN 189496)
  lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
  rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, California 90048
Phone: (323) 302-9488, Fax: (323) 931-4990

TERRI MARSH, ESQ. (*pro hac vice*)
  terri.marsh@hrlf.net
JORDAN S. BERMAN, ESQ. (*pro hac vice*)
  jsberman@gmail.com
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street NW, Suite 1100
Washington, D.C.  20036
Phone: (202) 369-4977, Fax: (323) 931-4990
Attorneys for PLAINTIFFS

KATHLEEN M. SULLIVAN (CA Bar No. 242261)
  kathleensullivan@quinnemanuel.com
FAITH E. GAY (*pro hac vice*)
  faithgay@quinnemanuel.com
ISAAC NESSER (*pro hac vice*)
  isaacnesser@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000; Facsimile: (212) 849-7100
Attorneys for DEFENDANTS

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| Doe I, Doe II, Ivy He, Doe III, Doe IV, Doe V, Doe VI, Roe VII, Charles Lee, Roe VIII, Doe IX, Liu Guifu, Wang Weiyu, and those individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Cisco Systems, Inc., John Chambers, Fredy Cheung, and Does 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-EJD<br><br>Assigned to the Honorable Edward J. Davila<br><br>**JOINT ADMINISTRATIVE MOTION TO EXCEED APPLICABLE PAGE LIMIT** |

1    Plaintiffs and Defendants jointly move the Court pursuant to Local Rule 7-11 for an order

2  extending the applicable page limits for briefs that will be filed in connection with Defendants'

3  forthcoming Motion to Dismiss the Second Amended Complaint.

4    Defendants' Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint (the

5  "SAC") is scheduled to be filed on November 4, 2013.  The SAC is 87 pages long and asserts

6  thirteen causes of action.  It asserts claims under international law, U.S. statutory law, and

7  California law, including pursuant to the Alien Tort Statute and Torture Victim Protection Act;

8  asserts claims on behalf of thirteen Plaintiffs; and asserts claims against three Defendants.

9    Accordingly, the parties join in this Motion for an order granting the following:

10    1.    Defendants' opening brief in support of their Motion to Dismiss the SAC, and

11  Plaintiffs' brief in opposition to that Motion, may each be a maximum of 50 pages of text,

12  excluding tables of contents, tables of authorities, and supporting documents.

13    2.    Defendants' reply brief in further support of their Motion to Dismiss the SAC may

14  be a maximum of 20 pages of text, excluding tables of contents, tables of authorities, and

15  supporting documents.

16    A stipulation and proposed order is being filed concurrently with this Joint Motion.

17

18

19

20

21

22

23

24

25

26

27

28

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED:  October 29, 2013

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By /s/ Kathleen M. Sullivan
    Kathleen M. Sullivan
    Faith E. Gay (*pro hac vice*)
    Isaac Nesser (*pro hac vice*)
    *Attorneys for Defendants*

HUMAN RIGHTS LAW FOUNDATION


By/s/ Terri E. Marsh
    *(filed with permission)*
    Terri E. Marsh (*pro hac vice*)
    *Attorney for Plaintiffs*

SCHWARCZ, RIMBERG, BOYD & RADER, LLP


By/s/ Kathryn Lee Crawford-Boyd
    *(filed with permission)*
    Kathryn Lee Crawford-Boyd
    *Attorney for Plaintiffs*

2