1  KATHRYN LEE CRAWFORD-BOYD, ESQ. (SBN 189496)
     lboyd@srbr-law.com
2  RAJIKA L. SHAH, ESQ. (SBN 232994)
     rshah@srbr-law.com
3  **SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
   6310 San Vicente Boulevard, Suite 360
4  Los Angeles, California 90048
   Phone: (323) 302-9488, Fax: (323) 931-4990
5
   TERRI MARSH, ESQ. (*pro hac vice*)
6     terri.marsh@hrlf.net
   JORDAN S. BERMAN, ESQ. (*pro hac vice*)
7     jsberman@gmail.com
   **HUMAN RIGHTS LAW FOUNDATION**
8  1615 L Street NW, Suite 1100
   Washington, D.C.  20036
9  Phone: (202) 369-4977, Fax: (323) 931-4990
   Attorneys for PLAINTIFFS
10
   KATHLEEN M. SULLIVAN (CA Bar No. 242261)
11    kathleensullivan@quinnemanuel.com
   FAITH E. GAY (*pro hac vice*)
12    faithgay@quinnemanuel.com
   ISAAC NESSER (*pro hac vice*)
13    isaacnesser@quinnemanuel.com
   **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
14 51 Madison Avenue, 22nd Floor
   New York, New York 10010
15 Telephone: (212) 849-7000; Facsimile: (212) 849-7100
   Attorneys for DEFENDANTS

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Doe I, Doe II, Ivy He, Doe III, Doe IV, Doe V, Doe VI, Roe VII, Charles Lee, Roe VIII, Doe IX, Liu Guifu, Wang Weiyu, and those individuals similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>Cisco Systems, Inc., John Chambers, Fredy Cheung, and Does 1-100, <br><br>Defendants. | Case No. 5:11-cv-02449-EJD <br><br>Assigned to the Honorable Edward J. Davila <br><br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE AND PAGE LIMITS ON MOTION TO DISMISS** <br><br>Action Filed: May 19, 2011 <br>SAC Filed: September 18, 2013 <br><br>Hearing: <br>Time: <br>Courtroom: 4, 5th floor |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED between the Plaintiffs and Defendants (the "Parties") as follows:

**WHEREAS**, the currently-operative scheduling order states that "Defendants' Motion to Dismiss Plaintiffs' then-operative Complaint, and any and all supporting documents, shall be served and filed no later than 45 days after the date of the Court's ruling on Plaintiffs' pending Motion for Leave to Amend the Complaint," with Plaintiffs' opposition due 45 days after the opening motion and Defendants' reply due 45 days after the opposition (Docket Entry 106);

**WHEREAS**, the Court ruled on Plaintiffs' Motion for Leave to Amend the Complaint on September 18, 2013 (Docket Entry 112);

**WHEREAS,** the Plaintiffs' Second Amended Complaint is 87 pages long and asserts 13 causes of action, such that the parties agree that the standard page limits for briefs in connection with Defendants' forthcoming motion to dismiss are insufficient to address the claims and issues raised in the Complaint;

**WHEREAS**, the Parties agree that extending the page limits will allow the Parties to address adequately each claim and issue, and assist the Court in efficiently and effectively resolving Defendants' forthcoming motion to dismiss; and

**WHEREAS,** the Court has previously so ordered the Parties' stipulation extending the page limits in the same manner set forth below, in the context of Defendants' previous motion to dismiss the Complaint (Docket Entries 42, 43, 47);

**NOW THEREFORE IT IS HEREBY STIPULATED**, by and between the Parties, through their respective counsel, that:

1. Defendants' Motion to Dismiss the Second Amended Complaint, and any and all supporting documents, shall be served and filed no later than November 4, 2013.

2. Plaintiffs' Opposition to the Motion to Dismiss, and any and all supporting documents, shall be served and filed no later than December 19, 2013.

3.      Defendants' Reply in support of their Motion to Dismiss, and any and all supporting documents, shall be filed no later than February 3, 2014.

4.      The page limits on Defendants' opening brief, Plaintiffs' opposition brief, and Defendants' reply brief shall be 50 pages, 50 pages, and 20 pages, respectively (excluding tables of contents, tables of authorities, and supporting documents).

DATED: October 29, 2013          SCHWARCZ, RIMBERG, BOYD & RADER, LLP

By:   /s/ K. Lee Boyd
       (*filed with permission*)
       K. Lee Boyd, Esq.

       Attorneys for Plaintiffs

DATED: October 29, 2013          HUMAN RIGHTS LAW FOUNDATION

By:   /s/ Terri E. Marsh
       (*filed with permission*)
       Terri E. Marsh, Esq. (*pro hac vice*)

       Attorneys for Plaintiffs

DATED: October 29, 2013          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   /s/ Kathleen Sullivan
       Kathleen Sullivan, Esq.
       Isaac Nesser, Esq.

       Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
Docket Item No. 114 is TERMINATED AS MOOT.

DATED: October 30, 2013                    _____
                                           Hon. Edward J. Davila
                                           United States District Judge

- 2 -