1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Kathleen M. Sullivan (CA Bar No. 242261)
2    kathleensullivan@quinnemanuel.com
  555 Twin Dolphin Drive, 5th Floor
3  Redwood City, California 94065
  Telephone:   (650) 801-5000
4  Facsimile:   (650) 801-5100

5    Faith E. Gay (*pro hac vice*)
  faithgay@quinnemanuel.com
6    Isaac Nesser (*pro hac vice*)
  isaacnesser@quinnemanuel.com
7  51 Madison Avenue, 22nd Floor
New York, New York 10010
8  Telephone:   (212) 849-7000
Facsimile:   (212) 849-7100

9

Attorneys for the Defendants

10

11  UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
12  SAN JOSE DIVISION

13

14  Doe I, Doe II, Ivy He, Doe III, Doe IV, Doe V, Doe VI, Roe VII, Charles Lee, Roe VIII, Doe IX, Liu Guifu, Wang Weiyu, and those individuals similarly situated,

Case No. 5:11-cv-02449-EJD

15  **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

16          Plaintiffs,

17       v.

18  Cisco Systems, Inc., John Chambers, Fredy Cheung, and Does 1-100,

19          Defendants.

20

21

22

23

24

25

26

27

28

1    Defendants Cisco Systems, Inc., John Chambers, and Fredy Cheung have moved the

2   Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for an order dismissing

3   Plaintiffs' Second Amended Complaint in its entirety.

4    Having considered all the papers filed by the parties in connection with Defendants'

5   Motion to Dismiss, the parties' arguments at the hearing on this matter, and other materials of

6   which the Court may properly take judicial notice, and for good cause shown, the Court GRANTS

7   Defendants' Motion to Dismiss, and DISMISSES WITH PREJUDICE the Second Amended

8   Complaint in its entirety as against all Defendants.

9   IT IS SO ORDERED.

10

11   DATED:  _____

12

13                                          _____

14                                          United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28