1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Kathleen M. Sullivan (CA Bar No. 242261)
2    kathleensullivan@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
3  Redwood City, California 94065
   Telephone:    (650) 801-5000
4  Facsimile:    (650) 801-5100

5    Faith E. Gay (*pro hac vice*)
     faithgay@quinnemanuel.com
6    Isaac Nesser (*pro hac vice*)
     isaacnesser@quinnemanuel.com
7  51 Madison Avenue, 22nd Floor
   New York, New York 10010
8  Telephone:    (212) 849-7000
   Facsimile:    (212) 849-7100
9
   Attorneys for the Defendants
10

11
                    UNITED STATES DISTRICT COURT
12                 NORTHERN DISTRICT OF CALIFORNIA
                       SAN JOSE DIVISION
13

14 | Doe I, Doe II, Ivy He, Doe III, Doe IV, Doe V,    Case No. 5:11-cv-02449-EJD
   | Doe VI, Roe VII, Charles Lee, Roe VIII, Doe
15 | IX, Liu Guifu, Wang Weiyu, and those            **NOTICE OF ERRATA RE:**
   | individuals similarly situated,                 **DEFENDANTS' NOTICE OF MOTION**
16 |                                                  **AND MOTION TO DISMISS**
   |              Plaintiffs,                         **PLAINTIFFS' SECOND AMENDED**
17 |                                                  **COMPLAINT UNDER FED. R. CIV. P.**
   |       v.                                         **12(b)(1) AND 12(b)(6)**
18 |
   | Cisco Systems, Inc., John Chambers, Fredy
19 | Cheung, and Does 1-100,
   |
20 |              Defendants.

21

22

23

24

25

26

27

28

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, after filing Defendants' Notice of Motion and Motion to Dismiss Plaintiffs' Second Amended Complaint Under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) ("Motion") on November 4, 2013 [Dkt. #117], counsel for Defendants became aware of a small number of inadvertent errata in the Table of Authorities accompanying the Motion, principally consisting of incorrect references to page numbers.

In order to provide the Court with a useful and accurate Table of Authorities for the Court's convenience, Defendants respectfully attach hereto as "Exhibit A" a copy of the Motion that includes a corrected Table of Authorities and respectfully request that the Court review this version of the motion rather than the version submitted as Dkt. #117.  Nothing in the Motion has been altered in any way apart from the corrections to the Table of Authorities.  Counsel for Defendants will also deliver to the Court a courtesy printed copy of the Motion containing the corrected Table of Authorities.

DATED:   New York, New York
         November 6, 2013

Respectfully submitted,

QUINN EMANUEL URQUHART &
   SULLIVAN, LLP


By:   /s/ Kathleen M. Sullivan
      Kathleen M. Sullivan
      Faith E. Gay
      Isaac Nesser

51 Madison Avenue, 22d Floor,
New York, New York  10010-1601
(212) 849-7000

*Attorneys for the Defendants*

1

**CERTIFICATE OF SERVICE**

2          The undersigned hereby certifies that all counsel of record who are deemed to

3    have consented to electronic service are being served with a copy of this document via

4    the Court's ECF System.

5    Dated:  November 6, 2013

                                               /s/ Todd Anten
6                                              Todd Anten

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28