KATHRYN LEE CRAWFORD-BOYD, ESQ. (SBN 189496)
  lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
  rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, California 90048
Phone: (323) 302-9488, Fax: (323) 931-4990

TERRI MARSH, ESQ. (*pro hac vice*)
  terri.marsh@hrlf.net
JORDAN S. BERMAN, ESQ. (*pro hac vice*)
  jsberman@gmail.com
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street NW, Suite 1100
Washington, D.C. 20036
Phone: (202) 697-3858, Fax: (323) 931-4990

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, DOE IX, LIU Guifu, WANG Weiyu, and those individual similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Fredy CHEUNG, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-EJD-PSGx<br>Assigned to the Hon. Edward J. Davila, U.S.D.J.<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO EXCEED THE PAGE LIMITATION FOR BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>SAC Filed: September 18, 2013 |

Plaintiffs DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, DOE IX, LIU Guifu, WANG Weiyu, and those individuals similarly situated (together, "Plaintiffs") hereby move this Court pursuant to Local Rule 7-11 for an Order extending the page limit for Plaintiffs' brief in Opposition to Defendants' pending Motion to Dismiss the Second Amended Complaint, which is due on or before December 19, 2013, by ten (10) pages.

The Court's existing Order re: Briefing Schedule and Page Limits (Docket Entry 116) sets a limit of fifty (50) pages each for the Motion and Opposition, and twenty (20) pages for the Reply. At the time that the parties agreed to these page limits and proposed them to the Court, Plaintiffs had not seen the Motion, which was filed several days later. Upon reviewing the Motion, it appears that Defendants have constructed summary arguments that require specific reference to Plaintiffs' allegations in response. For example, Defendants submitted 52 pages of a declaration and exhibits by a Chinese lawyer asking the Court to consider a version of facts incompatible with those alleged in Plaintiffs' Second Amended Complaint. Further, Defendants' Motion to Dismiss raises complex new matters of first impression implicating an array of different legal theories. Implicated in this case are, *inter alia*, highly contested issues related to *Kiobel v. Royal Dutch Petroleum*. Several federal courts have adopted different approaches to many of these theories. In addition, this case includes technologically related facts that require more exposition than most comparable complex tort litigation. *See* Declaration of Terri Marsh in support of Admin. Mot. filed concurrently herewith.

Counsel for Plaintiffs attempted to reach an agreement with counsel for Defendants regarding additional page limits. Counsel for Defendants declined to consent.

Plaintiffs have made every effort to shorten their brief to a manageable length for the Court. Plaintiffs do not believe they can effectively address the array of issues introduced by Defendants in the Motion within fifty or even fifty-five pages. For this reason, Plaintiffs seek leave to file an Opposition brief of up to sixty (60) pages.[1]

---

[1] Plaintiffs do not request oral argument at this time, but respectfully request the right to do so should this motion be opposed.

1

Dated:  December 17, 2013

Respectfully Submitted,

SCHWARCZ, RIMBERG, BOYD & RADER, LLP

By: _____/s/ Kathryn Lee Boyd[2]_____
        Kathryn Lee Boyd

HUMAN RIGHTS LAW FOUNDATION

By: _____/s/ Terry E. Marsh_____
        Terri E. Marsh, Esq. (*pro hac vice*)

Attorneys for Plaintiffs DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, DOE IX, LIU Guifu, WANG Weiyu, and those individuals similarly situated

---

[2] I have obtained the consent of the other signatory to electronically sign this Motion on her behalf.