KATHRYN LEE CRAWFORD-BOYD, ESQ. (SBN 189496)
  lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
  rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, California 90048
Phone: (323) 302-9488, Fax: (323) 931-4990

TERRI MARSH, ESQ. (*pro hac vice*)
  terri.marsh@hrlf.net
JORDAN S. BERMAN, ESQ. (*pro hac vice*)
  jsberman@gmail.com
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street NW, Suite 1100
Washington, D.C. 20036
Phone: (202) 697-3858, Fax: (323) 931-4990

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, DOE IX, LIU Guifu, WANG Weiyu, and those individual similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Fredy CHEUNG, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-EJD-PSGx<br>Assigned to the Hon. Edward J. Davila, U.S.D.J.<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO EXCEED THE PAGE LIMITATION FOR BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>SAC Filed: September 18, 2013 |

1 **[PROPOSED] ORDER**

2 Upon the Administrative Motion to Exceed the Page Limitation for Brief in Opposition to

3 Defendants' Motion to Dismiss submitted by Plaintiffs DOE I, DOE II, Ivy HE, DOE III, DOE

4 IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, DOE IX, LIU Guifu, WANG Weiyu,

5 and those individuals similarly situated ("Plaintiffs"), the Court, having considered the papers

6 submitted, **HEREBY ORDERS THAT** Plaintiffs' Motion is **GRANTED**. Plaintiffs may file an

7 Opposition brief of up to sixty (60) pages (excluding tables of contents, tables of authorities, and

8 supporting documents).

9

10 **IT IS SO ORDERED.**

11

12

13 Dated: _____   _____
Hon. Edward J. Davila
14 United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

Case No. 5:11-cv-02449-EJD-PSGx