United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOE I, et. al.,<br><br>Plaintiff(s),<br>v.<br><br>CISCO SYSTEMS, INC., et. al.,<br><br>Defendant(s). | CASE NO. 5:11-cv-02449 EJD<br><br>**ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE EXCESS PAGES**<br><br>[Docket Item No(s). 120] |

Plaintiffs' administrative motion for leave to file excess pages (see Docket Item 120) is DENIED.

**IT IS SO ORDERED.**

Dated:  December 19, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-02449 EJD
ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE EXCESS PAGES