KATHRYN LEE BOYD, ESQ. (SBN 189496)
    lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
    rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, California 90048
Phone: (323) 302-9488; Fax: (323) 931-4990

TERRI MARSH, ESQ. (*pro hac vice*)
    terri.marsh@hrlf.net
JORDAN BERMAN, ESQ. (*pro hac vice*)
    Jordan.Berman.HRLF@gmail.com
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street NW, Suite 1100
Washington, D.C. 20036
Phone: (202) 697-3858; Fax: (202) 355-6701
Attorneys for PLAINTIFFS

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, DOE IX, LIU Guifu, WANG Weiyu, and those individuals similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, Fredy CHEUNG, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-EJD-PSGx<br>Assigned to the Hon. Edward J. Davila<br><br>**DECLARATION OF TERRI MARSH, ESQ. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Action Filed: May 19, 2011<br>FAC Filed: Sept. 2, 2011<br>SAC Filed: Sept. 18, 2013<br><br>Hearing Date: February 21, 2013<br>Time: 9:00 a.m.<br>Courtroom: 4, 5th Floor |

## DECLARATION OF TERRI MARSH

1. I am an attorney at law duly admitted *pro hac vice* to appear before this Court, and am the Executive Director of Human Rights Law Foundation ("HRLF"), co-counsel of record together with the law firm of Schwarcz, Rimberg, Boyd & Rader, LLP, for Plaintiffs DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, DOE IX, LIU Guifu, WANG Weiyu ("Plaintiffs").

2. I submit this Declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss. I have personal knowledge of the facts and circumstances herein and, if called as a witness, I could and would competently testify thereto.

3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of law from the Database of Laws and Regulations, Civil and Commercial Laws, General Principles of the Civil Law of the People's Republic of China, Chapter VII Limitation of Action. These excerpts were obtained from the official website of The National People's Congress of the People's Republic of China, http://www.npc.gov.cn/englishnpc/Law/Frameset-index.html (last accessed on December 17, 2013). The relevant sections of law are Articles 137 and 139, from "Chapter VII Limitation of Action", which appear on the right-hand side of the screen shots.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 19th day of December, 2013, at Washington, D.C.

_____
Terri Marsh, Esq.

# EXHIBIT A



Exhibit A
1



www.npc.gov.cn/englishnpc/Law/Frameset-page2.html

Apps | Handel v. Artukovic - ... | Search - 9 Results - ju... | div | www.courts.ca.gov/p... | Duty to disclose mater... | Options after mortgag... | Accounts & Trade | www.cacd.uscourts

Home

# DATABASE OF LAWS AND REGULATIONS

- Constitution And The Related Laws
- Civil And Commercial Laws ▶
- Social Law
- Administrative Law
- Economic Law
- Criminal Law
- Procedural And Nonprocedural Laws
- Administrative Regulations

■ Civil and Commercial Laws

- Property Law of the People's Republic of China
- Law of the People's Republic of China on Specialized Farmers Cooperatives
- Law of the People's Republic of China on Partnerships
- Enterprise Bankruptcy Law of the People's Republic of China
- Law of the People's Republic of China on Securities
- Companies Law of the People's Republic of China
- Marriage Law of thePeople's Republic of China
- Trademark Law of the People's Republic of China
- Patent Law of the People's Republic of China
- Law of Succession of the People's Republic of China
- General Principles of the Civil Law of the People's Republic of China
- Law of the People's Republic of China on Enterprise Bankruptcy (For Trial Implementation)
- Law of the People's Republic of China on Industrial Enterprises Owned by the Whole People

◄ back

Exhibit A
2



www.npc.gov.cn/englishnpc/Law/2007-12/12/content_1383941.htm

Apps | Handel v. Artukovic - ... | Search - 9 Results - ju... | div | www.courts.ca.gov/p... | Duty to disclose mater... | Options after mortgag... | Accounts & Trade | www.cacd.uscour

Home

■ Civil and Commercial Laws

- Property Law of the People's Republic of China
- Law of the People's Republic of China on Specialized Farmers Cooperatives
- Law of the People's Republic of China on Partnerships
- Enterprise Bankruptcy Law of the People's Republic of China
- Law of the People's Republic of China on Securities
- Companies Law of the People's Republic of China
- Marriage Law of thePeople's Republic of China
- Trademark Law of the People's Republic of China
- Patent Law of the People's Republic of China
- Law of Succession of the People's Republic of China
- General Principles of the Civil Law of the People's Republic of China
- Law of the People's Republic of China on Enterprise Bankruptcy (For Trial Implementation)
- Law of the People's Republic of China on Industrial Enterprises Owned by the Whole People

General Principles of the Civil Law of the People's Republic of China

(Adopted at the Fourth Session of the Sixth National People's Congress on April 12, 1986 and promulgated by Order No. 37 of the President of the People's Republic of China on April 12, 1986)

Contents

Chapter I Basic Principles

Chapter II Citizen (Natural Person)

Section 1 Capacity for Civil Rights and Capacity for Civil Conduct

Section 2 Guardianship

Section 3 Declarations of Missing Persons and Death

Section 4 Individual Businesses and Leaseholding Farm Households

Section 5 Individual Partnership

Chapter III Legal Persons

Section 1 General Stipulations

◂ back

Exhibit A
3



www.npc.gov.cn/englishnpc/Law/2007-12/12/content_1383941.htm

Apps Handel v. Artukovic - ... Search - 9 Results - ju... div www.courts.ca.gov/p... Duty to disclose mater... Options after mortgag... Accounts & Trade www.cacd.uscourts

Home

■ Civil and Commercial Laws

- Property Law of the People's Republic of China
- Law of the People's Republic of China on Specialized Farmers Cooperatives
- Law of the People's Republic of China on Partnerships
- Enterprise Bankruptcy Law of the People's Republic of China
- Law of the People's Republic of China on Securities
- Companies Law of the People's Republic of China
- Marriage Law of thePeople's Republic of China
- Trademark Law of the People's Republic of China
- Patent Law of the People's Republic of China
- Law of Succession of the People's Republic of China
- General Principles of the Civil Law of the People's Republic of China
- Law of the People's Republic of China on Enterprise Bankruptcy (For Trial Implementation)
- Law of the People's Republic of China on Industrial Enterprises Owned by the Whole People

General Principles of the Civil Law of the People's Republic of China

property used in carrying out illegal activities and the illegal income obtained therefrom. It may also impose fines or detentions as stipulated by law.

Chapter VII Limitation of Action

Article 135 Except as otherwise stipulated by law, the limitation of action regarding applications to a people's court for protection of civil rights shall be two years.

Article 136 The limitation of action shall be one year on cases concerning the following:

(1) claims for compensation for bodily injuries;

(2) sales of substandard goods without proper notice to that effect;

(3) delays in paying rent or refusal to pay rent; or

(4) loss of or damage to property left in the care of another person.

Article 137 A limitation of action shall begin when the entitled person knows or should know that his rights have been infringed upon. However, the people's court shall not protect his rights if 20 years have passed since the infringement. Under

◂ back

Exhibit A
4



www.npc.gov.cn/englishnpc/Law/2007-12/12/content_1383941.htm

Apps | Handel v. Artukovic - ... | Search - 9 Results - ju... | div | www.courts.ca.gov/p... | Duty to disclose mater... | Options after mortgag... | Accounts & Trade | www.cacd.uscou

Home

■ Civil and Commercial Laws

- Property Law of the People's Republic of China
- Law of the People's Republic of China on Specialized Farmers Cooperatives
- Law of the People's Republic of China on Partnerships
- Enterprise Bankruptcy Law of the People's Republic of China
- Law of the People's Republic of China on Securities
- Companies Law of the People's Republic of China
- Marriage Law of thePeople's Republic of China
- Trademark Law of the People's Republic of China
- Patent Law of the People's Republic of China
- Law of Succession of the People's Republic of China
- General Principles of the Civil Law of the People's Republic of China
- Law of the People's Republic of China on Enterprise Bankruptcy (For Trial Implementation)
- Law of the People's Republic of China on Industrial Enterprises Owned by the Whole People

General Principles of the Civil Law of the People's Republic of China

person.

Article 137 A limitation of action shall begin when the entitled person knows or should know that his rights have been infringed upon. However, the people's court shall not protect his rights if 20 years have passed since the infringement. Under special circumstances, the people's court may extend the limitation of action.

Article 138 If a party chooses to fulfil obligations voluntarily after the limitation of action has expired, he shall not be subject to the limitation.

Article 139 A limitation of action shall be suspended during the last six months of the limitation if the plaintiff cannot exercise his right of claim because of force majeure or other obstacles. The limitation shall resume on the day when the grounds for the suspension are eliminated.

Article 140 A limitation of action shall be discontinued if suit is brought or if one party makes a claim for or agrees to fulfilment of obligations. A new limitation shall be counted from the time of the discontinuance.

Article 141 If the law has other stipulations concerning limitation of action, those stipulations shall apply.

Chapter VIII Application of Law in Civil Relations with Foreigners

◄ back

**Exhibit A**
**5**