SARAH P. ALEXANDER – 291080
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: spalexander@rbgg.com

TYLER R. GIANNINI
INTERNATIONAL HUMAN
RIGHTS CLINIC
HARVARD LAW SCHOOL
6 Everett Street, Third Floor
Cambridge, Massachusetts 02138
Telephone: (617) 496-7368
Email: giannini@law.harvard.edu

Attorneys for *Amici Curiae* Professors of
Legal History

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, DOE IX, LIU Guifu, WANG Weiyu, and those individual similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Fredy CHEUNG, and DOES 1-100,<br><br>Defendant. | Case No. 5:11-cv-02449-EJD-PSGx<br><br>**BRIEF OF AMICI CURIAE PROFESSORS OF LEGAL HISTORY WILLIAM R. CASTO, MARTIN S. FLAHERTY, NASSER HUSSAIN, STANLEY N. KATZ, AND JENNY S. MARTINEZ IN SUPPORT OF PLAINTIFFS**<br><br>Judge: Hon. Edward J. Davila<br>Date: December 20, 2013 |

Proposed *Amici Curiae* William R. Casto, Martin S. Flaherty, Nasser Hussain, Stanley N. Katz, and Jenny S. Martinez hereby move this Court for leave to file a brief in support of Plaintiffs' opposition to the Defendants' motion to dismiss the above-captioned case. A copy of the proposed amicus brief is appended as an exhibit to this motion.

The proposed *Amici* respectfully submit that *amicus* briefing is appropriate in this case, as it raises difficult questions about the text, history, and purpose of the Alien Tort Statute. Proposed *Amici* are experts in legal history, and believe that the arguments set forth in the attached brief would contribute to, and not merely repeat, the parties' briefing.

## I. INTERESTS OF *AMICI CURIAE*

*Amici* are professors of legal history interested in the proper understanding and interpretation of the Alien Tort Statute ("ATS"), 28 U.S.C. § 1350, and the Supreme Court's decisions in *Kiobel v. Royal Dutch Petroleum Co.*, 133 S. Ct. 1659 (2013), and *Sosa v. Alvarez-Machain*, 542 U.S. 692 (2004). The Supreme Court has indicated that historical evidence is pertinent to the interpretation of the ATS. *See Sosa*, 542 U.S at 714. *Amici* believe that history also provides meaningful guidance in applying *Kiobel*'s directive that ATS claims must "touch and concern the territory of the United States." *Kiobel*, 133 S. Ct. at 1669.

## II. THE PLAINTIFFS HAVE CONSENTED TO THIS FILING AND THE DEFENDANTS HAVE NOT YET RESPONDED

Counsel has reached out to the parties concerning the filing of this *amicus* brief. Plaintiffs have consented to the filing of this *amicus* brief, and Defendants have not responded to requests for their consent. Proposed *Amici* respectfully submit this brief without the Defendants' consent to avoid delaying the proceedings. The *amicus* brief follows this motion. If this motion is granted, there will be no further delay.

Proposed *Amici* believe that their expertise can offer a unique perspective that cannot be offered by either party on the questions of statutory interpretation raised by this case. Accordingly, proposed *Amici* respectfully submit this brief to aid the Court in considering these difficult issues. Proposed Amici will inform the Court if the Defendants

1 either grant their permission for this filing or deny it.

3 DATED: December 23, 2013      Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP


By:  */s/ Sarah Alexander*
     Sarah P. Alexander

SARAH P. ALEXANDER – 291080
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104
Email:       spalexander@rbgg.com

TYLER R. GIANNINI
INTERNATIONAL HUMAN RIGHTS CLINIC
HARVARD LAW SCHOOL
6 Everett Street, Third Floor
Cambridge, Massachusetts 02138
Telephone:   (617) 496-7368
Email:       giannini@law.harvard.edu

Attorneys for *Amici Curiae* Professors of Legal History