KATHRYN LEE CRAWFORD-BOYD, ESQ. (SBN 189496)
    lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
    rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, California 90048
Phone: (323) 302-9488, Fax: (323) 931-4990

TERRI MARSH, ESQ. (*pro hac vice*)
    terri.marsh@hrlf.net
JORDAN S. BERMAN, ESQ. (*pro hac vice*)
    jsberman@gmail.com
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street NW, Suite 1100
Washington, D.C. 20036
Phone: (202) 697-3858, Fax: (323) 931-4990

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, DOE IX, LIU Guifu, WANG Weiyu, and those individual similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Fredy CHEUNG, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-EJD-PSGx<br>Assigned to the Hon. Edward J. Davila, U.S.D.J.<br><br>**NOTICE OF ERRATA RE: PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>SAC Filed: September 18, 2013 |

SCHWARCZ, RIMBERG, BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

NOTICE OF ERRATA RE: PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT
CASE NO. 5:11-cv-02449-EJD-PSGx

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT that after uploading Plaintiffs' Opposition to Defendants' Motion to Dismiss Second Amended Complaint, filed by Plaintiffs DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, DOE IX, LIU Guifu, WANG Weiyu, and those individuals similarly situated (together, "Plaintiffs") on December 19, 2013 (Docket Entry ("DE") 123), counsel for Plaintiffs became aware of a few isolated typographical errors in the uploaded version of the Opposition.

Plaintiffs respectfully request that the Court and Defendants review and rely on the corrected version of the Opposition, attached hereto as Exhibit A, in lieu of the previously-filed version, filed as DE 123. The only alterations between the versions are the completion of the ellipses in the Table of Authorities (*i.e.*, the " . . . " which connect the referenced page numbers to the citation), and the addition of two previously-omitted words in a parenthetical "(or essential)" at pages 35:23 and related changes in 36 n.69. No further alterations were made to the brief. Counsel for Plaintiffs will deliver a courtesy copy of the Opposition to the Court which contains these two non-substantive typographical alterations.

Dated:  December 24, 2013          Respectfully Submitted,

SCHWARCZ, RIMBERG, BOYD & RADER, LLP

By:      /s/ Kathryn Lee Boyd[1]
          Kathryn Lee Boyd

HUMAN RIGHTS LAW FOUNDATION

By:      /s/ Terry E. Marsh
          Terri E. Marsh, Esq. (*pro hac vice*)

Attorneys for Plaintiffs DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, DOE IX, LIU Guifu, WANG Weiyu, and those individuals similarly situated

---

[1] I have obtained the consent of the other signatory to electronically sign this Motion on her behalf.

SCHWARCZ, RIMBERG, BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

1

NOTICE OF ERRATA RE: PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT
Case No. 5:11-cv-02449-EJD-PSGx