**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10   DOE I, et. al.,                         CASE NO. 5:11-cv-02449 EJD

11                                           **ORDER GRANTING MOTION FOR**
                   Plaintiff(s),            **LEAVE TO FILE AMICUS BRIEF**
12       v.

13   CISCO SYSTEMS, INC., et. al.,           [Docket Item No(s). 124]

14

15                 Defendant(s).
     _____/

16       The motion for leave to file an amicus brief (Docket Item No. 124) is GRANTED.  Amici

17   Curiae shall file the brief as a separate docket entry on ECF/PACER forthwith.  Defendants may file

18   an opposition or response to the amicus brief, not to exceed 20 pages, on or before **February 10,**

19   **2014.**  Reply briefs should not be filed and will not be considered.

20   **IT IS SO ORDERED.**

21

22   Dated:  January 29, 2014
                                             _____
23                                           EDWARD J. DAVILA
                                             United States District Judge
24

25

26

27

28

                                             1
     CASE NO. 5:11-cv-02449 EJD
     ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF