KATHRYN LEE CRAWFORD-BOYD, ESQ. (SBN 189496)
   lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
   rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, California 90048
Phone: (323) 302-9488, Fax: (323) 931-4990

TERRI MARSH, ESQ. (*pro hac vice*)
   terri.marsh@hrlf.net
JORDAN S. BERMAN, ESQ. (*pro hac vice*)
   jsberman@gmail.com
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street NW, Suite 1100
Washington, D.C.  20036
Phone: (202) 369-4977, Fax: (323) 931-4990
Attorneys for PLAINTIFFS

KATHLEEN M. SULLIVAN (SBN 242261)
   kathleensullivan@quinnemanuel.com
FAITH E. GAY (*pro hac vice*)
   faithgay@quinnemanuel.com
ISAAC NESSER (*pro hac vice*)
   isaacnesser@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000; Facsimile: (212) 849-7100
Attorneys for DEFENDANTS

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu,<br><br>Plaintiffs,<br>vs.<br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, Fredy CHEUNG, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-EJD<br><br>Assigned to the Honorable Edward J. Davila<br><br>**STIPULATION AND [PROPOSED] ORDER RE: REVISED BRIEFING SCHEDULE FOR MOTION TO DISMISS** AS MODIFIED BY THE COURT<br><br>Action Filed: May 19, 2011<br>FAC Filed: September 2, 2011<br><br>Hearing: February 21, 2014<br>Time: 9:00 am<br>Courtroom: 4, 5th floor |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, and LIU Guifu ("Plaintiffs") and Defendants CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, and Fredy CHEUNG ("Defendants") (collectively, the "Parties"), as follows:

**WHEREAS**, pursuant to the Court's Order Granting Plaintiffs' Motion for Leave to File a Second Amended Complaint dated September 18, 2013, Plaintiffs filed a Second Amended Complaint ("SAC") on September 18, 2013 (Docket Entry ("DE") 113);

**WHEREAS**, the Parties stipulated to a briefing schedule and page limits regarding Defendants' Motion to Dismiss the SAC, which was so ordered by the Court on October 30, 2013 (DE 116) (the "Stipulation");

**WHEREAS**, the Stipulation specified that Defendants' reply brief would be 20 pages (excluding tables of contents, tables of authorities, and supporting documents) and would be filed no later than February 3, 2014;

**WHEREAS**, on January 29, 2014, the Court granted the motion for leave to file an amicus brief filed by professors of legal history in support of Plaintiffs (DE 124) ("Amicus Brief") and ordered that Defendants may file an opposition or response brief on or before February 10, 2014 (DE 127);

**WHEREAS**, due to a difference of opinion between the Parties over the interpretation of Local Rule 3-4(c)(2), in order to avoid unnecessary expenditure of judicial resources and additional motion practice the Parties have reached a compromise agreement;

**NOW THEREFOR IT IS HEREBY STIPULATED**, by and between the Parties, through their respective counsel, subject to and in accordance with the recitations set forth above, that:

1. Defendants' Reply in support of their Motion to Dismiss may be a maximum of 25 pages of text, excluding tables of contents, tables of authorities, and supporting documents;

2. Defendants' Reply in support of their Motion to Dismiss, and any and all supporting documents, shall be filed no later than February 10, 2014;

3.    Defendants' opposition or response brief to the Amicus Brief, if any, shall be filed no later than February 17, 2014;

4.    The Parties respectfully request that Defendants' Motion to Dismiss be heard on March 21, 2014 at 9:00 AM.

DATED: January 30, 2014              SCHWARCZ, RIMBERG, BOYD & RADER, LLP

By:  /s/ K. Lee Boyd[1]
     K. Lee Boyd, Esq.

DATED: January 30, 2014              HUMAN RIGHTS LAW FOUNDATION

By:  /s/ Terri E. Marsh
     Terri E. Marsh, Esq. (*pro hac vice*)

Attorneys for Plaintiffs

DATED: January 30, 2014              QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:  /s/ Kathleen Sullivan
     Kathleen Sullivan, Esq.
     Isaac Nesser, Esq. (*pro hac vice*)

Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 2/3, 2014                      _____
                                       Hon. Edward J. Davila
                                       United States District Judge

---

[1] I have obtained the consent of the other signatories to electronically sign this Stipulation on their behalf.

- 2 -
STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR MOTION TO DISMISS
Case No. 5:11-cv-02449-EJD