KATHRYN LEE CRAWFORD-BOYD, ESQ. (SBN 189496)
  lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
  rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, California  90048
Phone: (323) 302-9488, Fax: (323) 931-4990

TERRI MARSH, ESQ. (*pro hac vice*)
  terri.marsh@hrlf.net
JORDAN S. BERMAN, ESQ. (*pro hac vice*)
  jsberman@gmail.com
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street NW, Suite 1100
Washington, D.C.  20036
Phone: (202) 697-3858, Fax: (323) 931-4990

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, DOE IX, LIU Guifu, WANG Weiyu, and those individual similarly situated,<br><br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Fredy CHEUNG, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-EJD-PSGx<br>Assigned to the Hon.  Edward J. Davila, U.S.D.J.<br><br>**ADMINISTRATIVE REQUEST FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>SAC Filed: September 18, 2013 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

ADMINISTRATIVE REQUEST FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

CASE NO. 5:11-cv-02449-EJD-PSGx

1  Pursuant to Local Civil Rules 7-11(a) and 7-3(d), Plaintiffs respectfully move for leave of

2  Court to file a Sur-Reply to Defendants' Reply in Support of the Motion to Dismiss ("Reply").

3  Plaintiffs sought Defendants' stipulation to filing a sur-reply and supporting declaration, but

4  Defendants declined to consent to Plaintiffs' request.  *See* attached Declaration of Rajika Shah

5  ("Shah Decl.").  In their Reply, Defendants for the first time present several issues of law and fact

6  not raised in their Motion to Dismiss ("Motion").  It is axiomatic that new arguments cannot be

7  made for the first time in a Reply.  *See Lentini v. California Center for the Arts*, 370 F.3d 837,

8  843 n.6 (9th Cir. 2004); *Jones v. Déjà vu*, No. 05-0997, 2005 WL 1629941 at *2 (N.D. Cal. July

9  6, 2005).  Here, Defendants have inserted new factual and legal contentions, including:

10  - **Defendants' Reply Relies On Not-Previously-Cited And Repudiated Authority.**

11  Now that *Nestle* has been vacated, Defendants instead introduce the repudiated ICTY case

12  *Perišić* to innovate a new, inapposite "specific direction" *actus reus* standard.

13  - **Defendants' Reply For the First Time Conflates "Act Of State" And "State Action"**

14  **In Violation Of Ninth Circuit Precedent.**

15  Against the law of this (and all other) circuits, Defendants announce a legal argument that

16  any and all conduct "under color of law" must give rise to an "Act of State" defense.

17  - **Defendants' Reply For The First Time Purports To Contest Agency Liability.**

18  Defendants mention for the first time in their Reply a new attempt to contest agency and

19  ratification liability theories alleged in the Second Amended Complaint ("SAC")—via a

20  new definition of "direct liability."

21  - **Defendants' Reply Mischaracterizes Allegations In The SAC And Obfuscates**

22  **Dispositive Issues.**

23  Rather than accepting the SAC's allegations as true, Defendants base their legal

24  arguments on new factual contentions and ask the Court to ignore the SAC's facts.

25  - **Defendants' Reply Attempts To Characterize The Content Of The Declaration**

26  **Attached To Their Motion To Dismiss As "Unrebutted Fact".**

27

28

1

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

ADMINISTRATIVE REQUEST FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
Case No. 5:11-cv-02449-EJD-PSGx

1    Pre-Motion to Dismiss Expert Declarations are allowed only for a very narrow range of

2    legal issues—yet Defendants now claim their improperly submitted, excessively broad

3    Declaration is a source of "unrebutted fact" displacing Plaintiffs' SAC allegations.

4    • **Defendants' Reply Invokes A New Political Question Argument by Newly**

5       **Challenging The Nature of the SAC's Tort Claims.**

6    Defendants' new contention is self-defeating, because: (1) it entirely ignores the fact that

7    the SAC alleges <u>both</u> tort claims in violation of state law, and "<u>torts</u> in violation of the law

8    of nations" pursuant to 28 U.S.C. § 1350 (emphasis added); and (2) Defendants cannot

9    point to any federal regulation immunizing exporters of technology from state tort law or

10   from international law claims.

11   Defendants' Reply improperly, and for the first time, relies upon repudiated international

12   law. Plaintiffs would be highly prejudiced if they were not permitted to address this wide-

13   ranging—and now disavowed—new line of argument. *See, e.g.*, *Landmark Screens, LLC v.*

14   *Morgan, Lewis & Bockius*, No. 08-cv-2581 (JF), 2010 WL 3629816 at *2 (N.D. Cal. Sept. 14,

15   2010) (sur-reply permitted where authority cited for first time in reply) (vacated on other

16   grounds); *Altavion, Inc. v. Konica-Monolta Sys. Lab., Inc.*, No. 07-cv-6358 (MHP), 2008 WL

17   2020593 at *1 n.1 (N.D. Cal. May 8, 2008) (sur-reply permitted where reply "relied upon cases

18   which had not been previously cited").

19   The Reply additionally raises (dubious) new legal arguments and newly mischaracterizes

20   existing facts from the SAC thereby misstating and obfuscating dispositive issues in this action. A

21   sur-reply is appropriate to address arguments "raised for the first time in [defendant's] reply, and

22   purported misstatements of fact in [defendant's] reply." *See Toomey v. Nextel Commc'ns, Inc.*,

23   Case No. C-03-2887 MMC, 2004 U.S. Dist. LEXIS 30793, at *2 (N.D. Cal. Sept. 23, 2004); *see*

24   *also Sharper Image Corp. v. Consumers Union of United States, Inc.*, Case No. 03-4094 MMC,

25   2004 U.S. Dist. LEXIS 24484, at *2 n.1 (N.D. Cal. Feb. 23, 2004) (granting motion for leave to

26   file surreply and considering to extent surreply "responds to arguments raised for the first time" in

27   reply).

28   Sur-replies are also appropriate where the information contained therein is *helpful* to

2

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

ADMINISTRATIVE REQUEST FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
Case No. 5:11-cv-02449-EJD-PSGx

1  resolution of issues presented to the Court. *See Genentech, Inc. v Trustees of the University of*

2  *California,* 2011 WL 1936136, *1 n.2 (N.D. Cal. May 20, 2011) (Court found sur-reply was not

3  warranted by new argument or evidence in reply, but admitted sur-reply because it "contain[ed]

4  statements and admissions helpful to the analysis here.") (emphasis added)

5      Plaintiffs respectfully submit that a brief sur-reply (attached as Exhibit A to the Shah

6  Decl.) is justified and necessary to assist the Court in resolving Plaintiff's motion by correcting

7  and clarifying the record.

8  Dated:  February 21, 2013        Respectfully Submitted,

9          SCHWARCZ, RIMBERG, BOYD & RADER, LLP

10          By:     /s/ Kathryn Lee Boyd[1]
11              Kathryn Lee Boyd

12          HUMAN RIGHTS LAW FOUNDATION

13          By:     /s/ Terry E. Marsh
            Terri E. Marsh, Esq. (*pro hac vice*)

14

15          Attorneys for Plaintiffs DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII,
16          Charles LEE, ROE VIII, DOE IX, LIU Guifu, WANG Weiyu, and those individuals similarly
17          situated

18

19

20

21

22

23

24

25

26

27

[1] I have obtained the consent of the other signatory to electronically sign this Motion on her behalf.

28

3

ADMINISTRATIVE REQUEST FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
Case No. 5:11-cv-02449-EJD-PSGx

SCHWARCZ, RIMBERG, BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048