KATHRYN LEE CRAWFORD-BOYD, ESQ. (SBN 189496)
    lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
    rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, California 90048
Phone: (323) 302-9488, Fax: (323) 931-4990

TERRI MARSH, ESQ. (*pro hac vice*)
    terri.marsh@hrlf.net
JORDAN S. BERMAN, ESQ. (*pro hac vice*)
    jsberman@gmail.com
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street NW, Suite 1100
Washington, D.C.  20036
Phone: (202) 697-3858, Fax: (323) 931-4990

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, DOE IX, LIU Guifu, WANG Weiyu, and those individual similarly situated,<br><br>                  Plaintiffs,<br><br>        vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Fredy CHEUNG, and DOES 1-100,<br><br>                  Defendants. | Case No. 5:11-cv-02449-EJD-PSGx<br>Assigned to the Hon. Edward J. Davila, U.S.D.J.<br><br>**[PROPOSED] ORDER <u>GRANTING</u> ADMINISTRATIVE REQUEST FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>SAC Filed: September 18, 2013 |

**[PROPOSED] ORDER**

After considering Plaintiffs' Administrative Request For Leave To File Sur-Reply in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss (the "Administrative Motion"), and with good cause shown, the Court **HEREBY ORDERS THAT** Plaintiffs' Administrative Motion is **GRANTED.**

**IT IS SO ORDERED.**

Dated:_____          _____
                                        Hon. Edward J. Davila
                                        United States District Judge