QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kathleen M. Sullivan (CA Bar No. 242261)
  kathleensullivan@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood City, California 94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

  Faith E. Gay (*pro hac vice*)
  faithgay@quinnemanuel.com
  Isaac Nesser (*pro hac vice*)
  isaacnesser@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

Attorneys for the Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Doe I, Doe II, Ivy He, Doe III, Doe IV, Doe V, Doe VI, Roe VII, Charles Lee, Roe VIII, Doe IX, Liu Guifu, Wang Weiyu, and those individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Cisco Systems, Inc., John Chambers, Fredy Cheung, and Does 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-EJD<br><br>**[PROPOSED] ORDER <u>DENYING</u> PLAINTIFFS' ADMINISTRATIVE REQUEST FOR LEAVE TO FILE A SUR-REPLY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>SAC Filed: September 18, 2013 |

1 **[PROPOSED] ORDER**

2  Having considered all the papers filed in connection with Plaintiffs' Administrative
3 Request For Leave To File A Sur-reply In Support Of Plaintiffs' Opposition To Defendants'
4 Motion To Dismiss The Second Amended Complaint ("Administrative Motion"), the Court
5 **HEREBY ORDERS THAT** Plaintiffs' Administrative Motion is **DENIED**.

6

7 **IT IS SO ORDERED.**

8

9 DATED: _____

10

11

12  Hon. Edward J. Davila
    United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28