QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kathleen M. Sullivan (CA Bar No. 242261)
  kathleensullivan@quinnnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood City, California 94065
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

  Faith E. Gay (*pro hac vice*)
  faithgay@quinnemanuel.com
  Isaac Nesser (*pro hac vice*)
  isaacnesser@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100

Attorneys for the Defendants

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| Doe I, Doe II, Ivy He, Doe III, Doe IV, Doe V, Doe VI, Roe VII, Charles Lee, Roe VIII, Doe IX, Liu Guifu, Wang Weiyu, and those individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Cisco Systems, Inc., John Chambers, Fredy Cheung, and Does 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-EJD<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST TO STRIKE OR RESPOND TO DEFENDANTS' STATEMENT OF RECENT DECISION**<br><br>Hearing date: March 21, 2014<br><br>Time: 9:00 a.m.<br><br>Action Filed: May 19, 2011<br>Judge: Hon. Edward J. Davila<br>Dept: Courtroom 4, 5th Floor |

1    This Court should deny Plaintiffs' filing dated March 10, 2014 (Dkt. No. 138, the "Filing"), in which Plaintiffs seek to strike or respond to a two-sentence, non-argumentative Statement of Recent Decision that Defendants filed on February 24, 2014 (Dkt. No. 134). In the guise of their motion, Plaintiffs seek to make nearly *three pages* of substantive argument concerning the purported merits and relevance of the recent decision at issue. The Filing violates Local Rule 7-3(d), which prohibits sur-replies and requires supplemental authority to be submitted "without argument." It also violates this Court's orders and the parties' stipulations concerning the page limits on briefing of Defendants' motion to dismiss. The Filing is Plaintiffs' *fifth* attempted end-run around those orders and stipulations. *See* Dkt. No. 122 (order denying Plaintiffs' motion for leave to file excess pages); Dkt. No. 127 (order permitting a response to Plaintiffs' twenty-page "amicus" brief); Dkt. No. 130 (order modifying briefing and argument schedule due to "difference of opinion" concerning Plaintiffs' compliance with font size and related requirements of Local Rule 3-4(c)(2)); Docket No. 136 (order dated March 4, 2014, denying Plaintiffs' motion for leave to file a sur-reply).

This Court should reject Plaintiffs' current Filing, just as it has rejected Plaintiffs' prior attempts to evade this Court's Rules and the parties' agreements. Defendants complied with the Rules by submitting their two-sentence Statement of Recent Decision without argument. It would violate this Court's Rules, and elementary notions of fairness, for Plaintiffs to be permitted a three-page argumentative response to Defendants' two-sentence non-argumentative statement—to say nothing of Plaintiffs' request, in the Filing, to submit still another "response" of unspecified length. Nor do Plaintiffs provide authority or argument supporting their request to "strike" Defendants' Statement, which did nothing but attach the recent and relevant decision of a U.S. District Court.

Because the Filing violates this Court's local rules, and this Court's prior order directing Plaintiffs not to file a sur-reply, it should be disregarded and stricken, and all relief requested therein should be denied. Any argument that Plaintiffs desire to make concerning the recent decision can and should be presented at oral argument at the hearing scheduled for March 21, 2014.

Case No. 5:11-cv-02449-EJD
DEFENDANTS' OPPOSITION TO PLAINTIFF'S REQUEST RE: STATEMENT OF RECENT DECISION

## CONCLUSION

This Court should strike Dkt. 138 and deny all relief requested therein.

DATED:  New York, New York           QUINN EMANUEL URQUHART &
        March 12, 2014                    SULLIVAN, LLP


                                     By:  /s/ Kathleen M. Sullivan
                                          Kathleen M. Sullivan
                                          Faith E. Gay
                                          Isaac Nesser

                                     51 Madison Avenue, 22d Floor,
                                     New York, New York  10010-1601
                                     (212) 849-7000

                                     *Attorneys for the Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

Dated: March 12, 2014

    /s/ Todd Anten
    Todd Anten