QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kathleen M. Sullivan (CA Bar No. 242261)
  kathleensullivan@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood City, California 94065
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

  Faith E. Gay (*pro hac vice*)
  faithgay@quinnemanuel.com
  Isaac Nesser (*pro hac vice*)
  isaacnesser@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100

Attorneys for the Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Doe I, Doe II, Ivy He, Doe III, Doe IV, Doe V, Doe VI, Roe VII, Charles Lee, Roe VIII, Doe IX, Liu Guifu, Wang Weiyu, and those individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Cisco Systems, Inc., John Chambers, Fredy Cheung, and Does 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-EJD<br><br>**[PROPOSED]** ORDER DENYING AND STRIKING PLAINTIFFS' REQUEST CONCERNING DEFENDANTS' STATEMENT OF RECENT DECISION<br><br>SAC Filed: September 18, 2013 |

1 **[PROPOSED] ORDER**

2 Having considered all the papers filed in connection with Plaintiffs' Request For Leave To
3 File A Motion To Strike Defendants' Statement Of Recent Decision Or, In The Alternative,
4 Permit The Filing Of A Response (Dkt. No. 138, the "Request"), the Court **HEREBY ORDERS**
5 **THAT** Plaintiffs' Request is **STRUCK** and the relief sought therein is **DENIED**.

6

7 **IT IS SO ORDERED.**

8

9 DATED: March 12, 2014

10

11

12 _____
Hon. Edward J. Davila
United States District Court Judge