UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME: 2 hrs**

**CIVIL MINUTES**

| | |
|---|---|
| **Judge:** Edward J. Davila | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** March 21, 2014 | **Court Reporter:** Lee-Anne Shortridge |
| **Case No.:** C-11-02449 EJD | **Special Master:** N/A |
| **Related Case No.:** N/A | **Interpreter:** N/A |

**CASE TITLE**

Doe I et al v. Cisco Systems Inc et al

**APPEARANCES**

**Attorney(s) for Plaintiff(s):** Terri Marsh, Lee Boyd
**Attorney(s) for Defendant(s):** Kathleen Sullivan, Gregg Farano

**PROCEEDINGS**

**Motion to Dismiss the Second Amended Complaint (Doc. 117)**

**ORDER AFTER HEARING**

Hearing held. The Court took the matter under submission after oral argument. The Court to issue further order following hearing.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: