**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s),<br><br>vs.<br><br><br><br>Defendant(s).      / | Case No.<br><br>NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT |

Notice is hereby given that a statement of redaction will be submitted to the court reporter within 21 days from the filing of the transcript with the Clerk of Court. The proceeding occurred on _____ and was reported by _____, the official court reporter.

Dated:

_____
Attorney for
Address:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28