CINDY COHN (SBN 145997)
cindy@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Telephone:  (415) 436-9333
Fax:  (415) 436-9993

*Counsel for Amicus Curiae
Electronic Frontier Foundation*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DOE I, DOE II, IVY HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, CHARLES LEE, ROE VIII, DOE IX, LIU GUIFU, WANG WEIYU, and those individuals similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CISCO SYSTEMS, INC., JOHN CHAMBERS, FREDY CHEUNG, and DOES 1-100,<br><br>　　　　　Defendants. | Case No.: 5:11-cv-02449-EJD<br><br>**MOTION FOR LEAVE TO FILE BRIEF AMICUS CURIAE OF ELECTRONIC FRONTIER FOUNDATION IN SUPPORT OF PLAINTIFFS**<br><br>Date: March 21, 2014<br>Time: 9:00 a.m.<br>Judge: Hon. Edward J. Davila<br>Courtroom 4, 5th Floor<br><br>Action Filed: May 19, 2011 |

The Electronic Frontier Foundation ("EFF") respectfully moves for leave to file an amicus curiae brief in the above-captioned matter. Defendants have not consented to the filing and have indicated that they will oppose. Plaintiffs have consented to the filing. Declaration of Cindy Cohn, filed herewith, at ¶¶ 2-3.

Amicus recognizes that this request comes quite late, after oral argument. However, amicus attended the oral argument and believes that the issues it raises, and its particular expertise in the subject matter, can help the Court address some of the questions it asked at the argument. The lateness is due to the fact that, given the many delays in this case and the filing of the amended complaint, amicus lost track of the briefing schedule until just prior to the oral argument. Amicus did file a similar amicus brief in *Du v. Cisco*, Case No. 11-cv-1538 PJM (D. Md.), ECF No. 52, which was accepted by that Court.

EFF seeks to provide this amicus brief because it is familiar with the surveillance technologies at issue here, and in general with the challenges presented by dual-use technologies – that is technologies that can be used to facilitate human rights abuses but that also have legitimate law enforcement uses. EFF is a San Francisco-based non-profit, member-supported civil liberties organization working to protect rights in the digital world. EFF actively encourages and challenges industry, government and the courts to support free expression, privacy, and openness in the information society. Founded in 1990, EFF has over 27,000 dues-paying members all over the United States and internationally, with over 5,700 in California. EFF has over 280,000 newsletter subscribers, and a social media reach of well over 2.5 million followers across different social networks.

EFF also seeks to participate as amicus because the allegations against Cisco here sadly fit into a pattern EFF has tracked around the world: Western technology companies providing the technologies used in human rights abuses and, as alleged here, being actively involved in developing and selling the technologies for those purposes.

Specifically, EFF especially hopes to assist the court in response to Defendant Cisco's claim that other technology companies will face unwarranted liability if this case is allowed to

proceed to discovery. EFF is broadly supportive of innovation and proud of the role that technology companies, many of whom are based in this District, have played in spreading the benefits of the digital age around the world. As a result, we are sensitive to the issues that would arise from holding technology companies liable for violations of international law under the Alien Tort Statute ("ATS") based solely on their provision of general-purpose technologies.

However, that standard transaction is not what the Complaint alleges. Rather Plaintiffs offer specific sets of factual allegations that, if proven, would demonstrate much more direct involvement by Cisco in facilitating the human rights abuses suffered by Plaintiffs, including specific and knowing customization of their products for use in identifying and targeting the Falun Gong.

For these reasons, EFF respectfully asks the Court to grant leave to file the accompanying brief amicus curiae in support of Plaintiffs.

DATED: April 10, 2014               Respectfully submitted

                                    By:   *s/ Cindy Cohn*
                                          CINDY COHN
                                          ELECTRONIC FRONTIER
                                          FOUNDATION
                                          815 Eddy Street
                                          San Francisco, CA  94109
                                          Telephone:  (415) 436-9333
                                          Fax:  (415) 436-9993

                                          *Counsel for Amicus Curiae*
                                          *Electronic Frontier Foundation*