CINDY COHN (SBN 145997)
cindy@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Telephone:  (415) 436-9333
Fax:  (415) 436-9993

*Counsel for Amicus Curiae
Electronic Frontier Foundation*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DOE I, DOE II, IVY HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, CHARLES LEE, ROE VIII, DOE IX, LIU GUIFU, WANG WEIYU, and those individuals similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CISCO SYSTEMS, INC., JOHN CHAMBERS, FREDY CHEUNG, and DOES 1-100,<br><br>　　　　　Defendants. | Case No.: 5:11-cv-02449-EJD<br><br>**DECLARATION OF CINDY COHN IN SUPPORT OF MOTION FOR LEAVE TO FILE BRIEF AMICUS CURIAE OF ELECTRONIC FRONTIER FOUNDATION**<br><br>Date: March 21, 2014<br>Time: 9:00 a.m.<br>Judge: Hon. Edward J. Davila<br>Courtroom 4, 5th Floor<br><br>Action Filed: May 19, 2011 |

CASE NO: 5:11-cv-02449-EJD      DECLARATION OF CINDY COHN

1    I, Cindy Cohn, declare as follows:

2    1.    I am an attorney licensed to practice law in the State of California and admitted to practice before this Court, and am the Legal Director for proposed amicus curiae the Electronic Frontier Foundation ("EFF").  I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

3    2.    Shortly after attending the oral argument in this case on March 21, 2014, I sent an email to plaintiffs asking if they would consent to EFF filing an amicus brief in their case. Plaintiffs consented.

4    3.    On April 7, 2014, I sent an email to Defendants asking if they would consent to EFF filing an amicus brief in this case. Defendants responded that they would not consent and would oppose EFF's motion for leave to file this amicus brief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 10, 2014, at San Francisco, CA.


          /s/ Cindy Cohn
            Cindy Cohn