1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DOE I, DOE II, IVY HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, CHARLES LEE, ROE VIII, DOE IX, LIU GUIFU, WANG WEIYU, and those individuals similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CISCO SYSTEMS, INC., JOHN CHAMBERS, FREDY CHEUNG, and DOES 1-100,<br><br>　　　　Defendants. | Case No.: 5:11-cv-02449-EJD<br><br>**[PROPOSED] ORDER GRANTING MOTION OF THE ELECTRONIC FRONTIER FOUNDATION FOR LEAVE TO FILE BRIEF AMICUS CURIAE**<br><br>Hearing date: March 21, 2014<br>Time: 9:00 a.m.<br>Judge: Hon. Edward J. Davila<br>Courtroom 4, 5th Floor<br><br>Action Filed: May 19, 2011 |

---

1 | Before the Court is the motion to file a brief amicus curiae by the Electronic Frontier
2 | Foundation in Support of Plaintiffs.
3 | Having considered the pleadings and good cause appearing, it is hereby **ORDERED** that
4 | the motion for leave to file an amicus curiae brief is **GRANTED**.
5 | **IT IS SO ORDERED.**

DATED: _____     _____
                                         Hon. Edward J. Davila
                                         United States District Court Judge