KATHRYN LEE CRAWFORD-BOYD, ESQ. (SBN 189496)
    lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
    rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, California 90048
Phone: (323) 302-9488, Fax: (323) 931-4990

TERRI MARSH, ESQ. (*pro hac vice*)
    terri.marsh@hrlf.net
BRIAN PIERCE, ESQ. (*pro hac vice*)
    Brian.pierce.hrlf@gmail.com
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street NW, Suite 1100
Washington, D.C. 20036
Phone: (202) 697-3858, Fax: (323) 931-4990

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, DOE IX, LIU Guifu, WANG Weiyu, and those individual similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Fredy CHEUNG, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-EJD-PSGx<br>Assigned to the Hon. Edward J. Davila, U.S.D.J.<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISIONS**<br><br>Action Filed: May 19, 2011<br>FAC Filed: Sept. 2, 2011<br>SAC Filed: Sept. 18, 2013<br><br>Hearing Date: March 21, 2014<br>Time: 9:00 a.m.<br>Dept: Courtroom 4, 5th Floor |

# STATEMENT OF RECENT DECISIONS

Plaintiffs respectfully provide the Court with the following supplemental authority relevant to their opposition to Defendants' pending motion to dismiss the Second Amended Complaint.

1. On April 28, 2014, the United States District Court for the District of New Jersey issued an unpublished opinion in *Krishanti, et al. v. Rajaratnam, et al.*, 2014 U.S. Dist. LEXIS 58314 (U.S.D.J. Apr. 28, 2014) (Linares, J.), wherein, by relying in part on the decision in *Sexual Minorities Uganda v. Lively,* 960 F. Supp.2d 304, 321-322 (D. Mass. 2012), the Court agreed that "[t]he fact that the impact of [a defendant's] conduct was felt in [a foreign country] cannot deprive [a plaintiff] of a claim." Attached hereto as Exhibit A is a true and correct copy of the *Krishanti* opinion.

2. On April 17, 2014, the United States District Court for the Southern District of New York issued an opinion in *In re South African Apartheid Litigation,* 2014 U.S. Dist. LEXIS 53879 (S.D.N.Y. Apr. 17, 2014) (Scheindlin, J.), wherein, by relying in part on the Ninth Circuit's decision in *Sarei v. Rio Tinto, PLC,* 671 F.3d 736, 764-65 (9th Cir. 2011) (en banc), *vacated on other grounds*, 133 S. Ct. 1995 (2013), the Court found that corporations may be held liable under the Alien Tort Statute. Attached hereto as Exhibit B is a true and correct copy of the *In re South African Apartheid Litigation* opinion.

SCHWARCZ, RIMBERG, BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

PLAINTIFFS' STATEMENT OF RECENT DECISIONS
Case No. 5:11-cv-02449-EJD-PSGx

Dated: April 29, 2014

Respectfully Submitted,

HUMAN RIGHTS LAW FOUNDATION

By:    /s/ Terri E. Marsh[1]
       Terri E. Marsh, Esq. (*pro hac vice*)

SCHWARCZ, RIMBERG, BOYD & RADER, LLP

By:    /s/ Kathryn Lee Boyd
       Kathryn Lee Boyd

Attorneys for Plaintiffs DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, DOE IX, LIU Guifu, WANG Weiyu, and those individuals similarly situated

---

[1] I have obtained the consent of the other signatory to electronically sign this Statement on her behalf.

2