KATHRYN LEE BOYD, ESQ. (SBN 189496)
    lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
    rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, California 90048
Phone: (323) 302-9488; Fax: (323) 931-4990

TERRI MARSH, ESQ. (*pro hac vice*)
    terri.marsh@hrlf.net
BRIAN PIERCE, ESQ. (*pro hac vice*)
    Brian.pierce.hrlf@gmail.com
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street NW, Suite 1100
Washington, D.C. 20036
Phone: (202) 697-3858; Fax: (202) 355-6701
Attorneys for PLAINTIFFS

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA,
SAN JOSE DIVISION**

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, DOE IX, LIU Guifu, WANG Weiyu, and those individuals similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, Fredy CHEUNG, and DOES 1-100,<br><br>Defendants. | Case No. 5:11-cv-02449-EJD-PSGx<br><br>Assigned to the Honorable Edward J. Davila, U.S.D.J.<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>**[L.R. 5-1(c)(2)(C)]**<br><br>Action Filed: May 19, 2011<br>FAC Filed: Sept. 2, 2011<br>SAC Filed: Sept. 18, 2013<br><br>Hearing Date: February 21, 2013<br>Time: 9:00 a.m.<br>Courtroom: 4, 5th Floor |

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

NOTICE OF CHANGE IN COUNSEL
Case No. 5:11-cv-02449-JF-PSGx

PLEASE TAKE NOTICE that pursuant to N.D. Cal. Local Rule 5-1(c)(2)(C), the undersigned attorneys for Plaintiffs DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, DOE IX, LIU Guifu, WANG Weiyu, and those individuals similarly situated, hereby request the withdrawal of the following attorneys as counsel for Plaintiffs:

Judith Brown Chomsky, Esq. (*Pro Hac Vice*)
Law Offices of Judith Brown Chomsky
8210 New Second Street
Elkins Park, PA 19027
Phone: (215) 782-8327
Email: jchomsky@igc.org

Jordan Berman, Esq. (*Pro Hac Vice*)
Human Rights Law Foundation
1615 L Street NW
Ste 1100
Washington, DC 20005
Phone: (202) 650-7640
Email: Berman2008@lawnet.ucla.edu; Jordan.Berman.HRLF@gmail.com

///

///

///

1

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

NOTICE OF CHANGE IN COUNSEL
Case No. 5:11-cv-02449-EJD-PSGx

1  Please continue to direct any future filings and mailings to Terri Marsh, Esq.
2  (terri.marsh@hrlf.net) and Brian Pierce, Esq. (brian.pierce.hrlf@gmail.com) of Human Rights
3  Law Foundation, and Kathryn Lee Boyd, Esq. (lboyd@srbr-law.com) and Rajika L. Shah, Esq.
4  (rshah@srbr-law.com) of Schwarcz, Rimberg Boyd & Rader, LLP, who remain counsel for
5  Plaintiffs.

Dated:  April 29, 2014         Respectfully Submitted,

HUMAN RIGHTS LAW FOUNDATION

By:      /s/ Terri E. Marsh
         Terri E. Marsh, Esq. (*pro hac vice*)

SCHWARCZ, RIMBERG, BOYD & RADER, LLP

By:      /s/ Kathryn Lee Boyd[1]
         Kathryn Lee Boyd

Attorneys for Plaintiffs DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, DOE IX, LIU Guifu, WANG Weiyu, and those individuals similarly situated

---

[1] I have obtained the consent of the other signatory to electronically sign this Statement on her behalf.