KATHRYN LEE BOYD, ESQ. (SBN 189496)
    lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
    rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, California 90048
Phone: (323) 302-9488; Fax: (323) 931-4990

TERRI MARSH, ESQ. (*pro hac vice*)
    terri.marsh@hrlf.net
BRIAN PIERCE, ESQ. (*pro hac vice*)
    Brian.pierce.hrlf@gmail.com
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street NW, Suite 1100
Washington, D.C.  20036
Phone: (202) 697-3858; Fax: (202) 355-6701
Attorneys for PLAINTIFFS

IT IS SO ORDERED
Judge Edward J. Davila
4/29/2014

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA,
### SAN JOSE DIVISION

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, DOE IX, LIU Guifu,  WANG Weiyu, and those individuals similarly situated,<br><br>          Plaintiffs,<br>vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Thomas LAM, Owen CHAN, Fredy CHEUNG, and DOES 1-100,<br><br>          Defendants. | Case No. 5:11-cv-02449-EJD-PSGx<br><br>Assigned to the Honorable Edward J. Davila, U.S.D.J.<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>**[L.R. 5-1(c)(2)(C)]**<br><br>Action Filed: May 19, 2011<br>FAC Filed: Sept. 2, 2011<br>SAC Filed: Sept. 18, 2013<br><br>Hearing Date: February 21, 2013<br>Time: 9:00 a.m.<br>Courtroom: 4, 5th Floor |

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

NOTICE OF CHANGE IN COUNSEL
Case No. 5:11-cv-02449-JF-PSGx

1  PLEASE TAKE NOTICE that pursuant to N.D. Cal. Local Rule 5-1(c)(2)(C), the
2  undersigned attorneys for Plaintiffs DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE
3  VI, ROE VII, Charles LEE, ROE VIII, DOE IX, LIU Guifu, WANG Weiyu, and those
4  individuals similarly situated, hereby request the withdrawal of the following attorneys as
5  counsel for Plaintiffs:

6  Judith Brown Chomsky, Esq. (*Pro Hac Vice*)
7  Law Offices of Judith Brown Chomsky
   8210 New Second Street
8  Elkins Park, PA 19027
   Phone: (215) 782-8327
9  Email: jchomsky@igc.org

10 Jordan Berman, Esq. (*Pro Hac Vice*)
11 Human Rights Law Foundation
   1615 L Street NW
12 Ste 1100
   Washington, DC 20005
13 Phone: (202) 650-7640
   Email: Berman2008@lawnet.ucla.edu; Jordan.Berman.HRLF@gmail.com
14
15 ///
16 ///
17 ///

1

SCHWARCZ, RIMBERG,
BOYD & RADER, LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

NOTICE OF CHANGE IN COUNSEL
Case No. 5:11-cv-02449-EJD-PSGx

Please continue to direct any future filings and mailings to Terri Marsh, Esq. (terri.marsh@hrlf.net) and Brian Pierce, Esq. (brian.pierce.hrlf@gmail.com) of Human Rights Law Foundation, and Kathryn Lee Boyd, Esq. (lboyd@srbr-law.com) and Rajika L. Shah, Esq. (rshah@srbr-law.com) of Schwarcz, Rimberg Boyd & Rader, LLP, who remain counsel for Plaintiffs.

Dated:  April 29, 2014     Respectfully Submitted,

HUMAN RIGHTS LAW FOUNDATION

By:     /s/ Terri E. Marsh
          Terri E. Marsh, Esq. (*pro hac vice*)

SCHWARCZ, RIMBERG, BOYD & RADER, LLP

By:     /s/ Kathryn Lee Boyd[1]
          Kathryn Lee Boyd
Attorneys for Plaintiffs DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, DOE IX, LIU Guifu, WANG Weiyu, and those individuals similarly situated

---

[1] I have obtained the consent of the other signatory to electronically sign this Statement on her behalf.