UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOE I, DOE II, IVY HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, CHARLES LEE, ROE VIII, LIU GUIFU, and those individuals similarly situated,<br><br>Plaintiffs,<br>v.<br>CISCO SYSTEMS, INC., et al.<br><br>Defendants. | Case No. 5:11-CV-02449-EJD<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE BRIEF AMICUS CURIAE**<br><br>[Re: Docket Item No. 146] |

Presently before the Court is an administrative motion for Leave to File Brief Amicus Curiae filed by the Electronic Frontier Foundation. See Docket Item No. 146. The Court DENIES this motion.

**IT IS SO ORDERED**

Dated: May 6, 2014

EDWARD J. DAVILA
United States District Judge