UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOE I, DOE II, IVY HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, CHARLES LEE, ROE VIII, LIU GUIFU, and those individuals similarly situated,<br><br>             Plaintiffs,<br>   v.<br><br>CISCO SYSTEMS, INC., et al.<br><br>             Defendants. | Case No. 5:11-CV-02449-EJD<br><br>**JUDGMENT** |

Defendants' Motion to Dismiss having been granted (see Docket Item No. 153), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Defendants.

The clerk shall close this file.

**IT IS SO ORDERED**

Dated: September 5, 2014

EDWARD J. DAVILA
United States District Judge

Case No. 5:11-CV-02449-EJD
JUDGMENT