1    KATHRYN LEE BOYD, ESQ. (SBN 189496)
        lboyd@srbr-law.com
2    RAJIKA L. SHAH, ESQ. (SBN 232994)
        rshah@srbr-law.com
3    **SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
    6310 San Vicente Boulevard, Suite 360
4    Los Angeles, California 90048
    Phone: (323) 302-9488
5    Fax: (323) 931-4990

6

7    TERRI MARSH, ESQ. (*pro hac vice*)
        terri.marsh.hrlf@gmail.com
8    BRIAN PIERCE, ESQ. (*pro hac vice*)
        bjpierce@gmail.com
9    **HUMAN RIGHTS LAW FOUNDATION**
    1615 L Street, NW, Suite 1100
10   Washington, D.C. 20036
    Phone: (202) 697-3858
11   Fax: (202) 355-6701

12
    Attorneys for PLAINTIFFS
13

14

15              **UNITED STATES DISTRICT COURT FOR THE**
16              **NORTHERN DISTRICT OF CALIFORNIA,**
                      **SAN JOSE DIVISION**
17

18    DOE I, DOE II, Ivy HE, DOE III, DOE IV,    | Case No. 5:11-cv-02449-EJD-PSGx
19    DOE V, DOE VI, ROE VII, Charles LEE,
    ROE VIII, DOE IX, LIU Guifu,  WANG     Assigned to the Honorable Edward J. Davila,
20    Weiyu, and those individual similarly     U.S.D.J.
    situated,
21
               Plaintiffs,     **[PROPOSED] ORDER GRANTING**
22          vs.     **PLAINTIFFS' MOTION FOR**
    **RECONSIDERATION**
23    CISCO SYSTEMS, INC., John CHAMBERS,
    Thomas LAM, Owen CHAN, Fredy     Hearing Date: March 5, 2014
24    CHEUNG, and DOES 1-100,     Time: 9:00 a.m.
    Courtroom: 4, 5th Floor
25              Defendants.     Action Filed: May 19, 2011
26     SAC Filed: Sept. 18, 2013

27

28

1

**[PROPOSED] ORDER**

2

After considering the Motion for Reconsideration filed by Plaintiffs Doe 1, Doe II, Ivy He,

3 Doe III, Doe IV, Doe V, Doe VI, Roe VII, Charles Lee, Roe VIII, Doe IX, Liu Guifu and Wang

4 Weiyu and those individuals similarly situated ("Plaintiffs"), and further pleadings and records filed

5 with this action; any oral or documentary evidence that may be presented; and any other materials

6 properly before the Court; and **GOOD CAUSE HAVING BEEN SHOWN,** this Court finds and

7 orders as follows:

8      1.      **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Reconsideration of this

9 Court's Order Granting Defendants' Motion to Dismiss, filed on and dated September 5, 2014 (the

10 "Order") is **GRANTED.**

11      2.      **IT IS FURTHER ORDERED** that in light of the Ninth Circuit's recent guidance

12 in *Doe v. Nestle USA, Inc.*, ___ F.3d ___, 2014 WL 4358453 (9th Cir. Sept. 4, 2014) regarding

13 aiding and abetting liability under the Alien Tort Statute ("ATS") and the extraterritorial reach of

14 the ATS, the Court amends its Order to Deny Defendants' Motion to Dismiss in its entirety as to all

15 of Plaintiffs' federal and state claims against all Defendants. The Court will retain supplemental

16 jurisdiction over Plaintiffs' state law claims.

17

18      **IT IS SO ORDERED.**

19

20 Dated: _____      _____

21                                          The Honorable Judge Edward J. Davila
                                            Judge of the United States District Court for the
22                                          Northern District of California, San Jose Division

23

24

25

26

27

28

- 1 -