KATHRYN LEE CRAWFORD-BOYD, ESQ. (SBN 189496)
    lboyd@srbr-law.com
RAJIKA L. SHAH, ESQ. (SBN 232994)
    rshah@srbr-law.com
**SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
6310 San Vicente Boulevard, Suite 360
Los Angeles, California 90048
Phone: (323) 302-9488, Fax: (323) 931-4990

TERRI MARSH, ESQ. (*pro hac vice*)
    terri.marsh@hrlf.net
JORDAN S. BERMAN, ESQ. (*pro hac vice*)
    jsberman@gmail.com
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street NW, Suite 1100
Washington, D.C.  20036
Phone: (202) 369-4977, Fax: (323) 931-4990
Attorneys for PLAINTIFFS

KATHLEEN M. SULLIVAN (CA Bar No. 242261)
    kathleensullivan@quinnemanuel.com
FAITH E. GAY (*pro hac vice*)
    faithgay@quinnemanuel.com
ISAAC NESSER (*pro hac vice*)
    isaacnesser@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000; Facsimile: (212) 849-7100
Attorneys for DEFENDANTS

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Doe I, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Cisco Systems, Inc., et al., <br><br> Defendants. | Case No. 5:11-cv-02449-EJD <br><br> Assigned to the Honorable Edward J. Davila <br><br> **STIPULATION [AND PROPOSED] ORDER] RE: BRIEFING SCHEDULE** <br><br> Action Filed: May 19, 2011 |

**WHEREAS**, Plaintiffs on October 3, 2014 filed a motion for reconsideration (Docket Entry 155) (the "Reconsideration Motion") of this Court's September 5, 2014 order dismissing this action; and

**WHEREAS,** the Court has set a March 5, 2015 hearing date on the Reconsideration Motion; and

**WHEREAS**, Plaintiffs and Defendants have conferred regarding the briefing schedule on the Reconsideration Motion;

**NOW THEREFORE IT IS HEREBY STIPULATED** by and between Plaintiffs and Defendants, [and ordered by the Court], that:

1. Defendants' brief in opposition to the Reconsideration Motion shall be filed on or before October 31, 2014.

2. Plaintiffs' reply brief in further support of the Reconsideration Motion shall be filed on or before November 14, 2014.

DATED: October 8, 2014          SCHWARCZ, RIMBERG, BOYD & RADER, LLP

By: /s/ K. Lee Boyd
K. Lee Boyd, Esq.[1]

DATED: October 8, 2014          HUMAN RIGHTS LAW FOUNDATION

By: /s/ Terri E. Marsh
Terri E. Marsh, Esq.[2] (*pro hac vice*)

Attorneys for Plaintiffs

DATED: October 8, 2014          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Kathleen Sullivan
Kathleen Sullivan, Esq.
Isaac Nesser, Esq.

Attorneys for Defendants

---

[1] I have given my consent for Defendants to electronically sign this Stipulation on my behalf.

[2] I have given my consent for Defendants to electronically sign this Stipulation on my behalf.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_____, 2014      _____
                                   Hon. Edward J. Davila
                                   United States District Judge