1  KATHRYN LEE CRAWFORD-BOYD, ESQ. (SBN 189496)
       lboyd@srbr-law.com
2  RAJIKA L. SHAH, ESQ. (SBN 232994)
       rshah@srbr-law.com
3  **SCHWARCZ, RIMBERG, BOYD & RADER, LLP**
   6310 San Vicente Boulevard, Suite 360
4  Los Angeles, California 90048
   Phone: (323) 302-9488, Fax: (323) 931-4990
5
   TERRI MARSH, ESQ. (*pro hac vice*)
6      terri.marsh@hrlf.net
   JORDAN S. BERMAN, ESQ. (*pro hac vice*)
7      jsberman@gmail.com
   **HUMAN RIGHTS LAW FOUNDATION**
8  1615 L Street NW, Suite 1100
   Washington, D.C.  20036
9  Phone: (202) 369-4977, Fax: (323) 931-4990
   Attorneys for PLAINTIFFS
10
   KATHLEEN M. SULLIVAN (CA Bar No. 242261)
11     kathleensullivan@quinnemanuel.com
   FAITH E. GAY (*pro hac vice*)
12     faithgay@quinnemanuel.com
   ISAAC NESSER (*pro hac vice*)
13     isaacnesser@quinnemanuel.com
   **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
14 51 Madison Avenue, 22nd Floor
   New York, New York 10010
15 Telephone: (212) 849-7000; Facsimile: (212) 849-7100
   Attorneys for DEFENDANTS
16

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| Doe I, et al.,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>Cisco Systems, Inc., et al.,<br><br>　　　Defendants. | Case No. 5:11-cv-02449-EJD<br><br>Assigned to the Honorable Edward J. Davila<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER RE: BRIEFING SCHEDULE**<br><br>Action Filed: May 19, 2011 |

**WHEREAS**, Plaintiffs on October 3, 2014 filed a motion for reconsideration (Docket Entry 155) (the "Reconsideration Motion") of this Court's September 5, 2014 order dismissing this action; and

**WHEREAS,** the Court has set a March 5, 2015 hearing date on the Reconsideration Motion; and

**WHEREAS**, Plaintiffs and Defendants have conferred regarding the briefing schedule on the Reconsideration Motion;

**NOW THEREFORE IT IS HEREBY STIPULATED** by and between Plaintiffs and Defendants, [and ordered by the Court], that:

1. Defendants' brief in opposition to the Reconsideration Motion shall be filed on or before October 31, 2014.

2. Plaintiffs' reply brief in further support of the Reconsideration Motion shall be filed on or before November 14, 2014.

DATED: October 8, 2014         SCHWARCZ, RIMBERG, BOYD &
                               RADER, LLP

                               By:   /s/ K. Lee Boyd
                                     K. Lee Boyd, Esq.[1]

DATED: October 8, 2014         HUMAN RIGHTS LAW FOUNDATION

                               By:   /s/ Terri E. Marsh
                                     Terri E. Marsh, Esq.[2] (*pro hac vice*)

                               Attorneys for Plaintiffs

DATED: October 8, 2014         QUINN EMANUEL URQUHART
                               & SULLIVAN, LLP

                               By:   /s/ Kathleen Sullivan
                                     Kathleen Sullivan, Esq.
                                     Isaac Nesser, Esq.

                               Attorneys for Defendants

---

[1] I have given my consent for Defendants to electronically sign this Stipulation on my behalf.

[2] I have given my consent for Defendants to electronically sign this Stipulation on my behalf.

- 1 -

STIPULATION AND [PROPOSED] ORDER
Case No. 5:11-cv-02449-EJD

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
The briefing schedule to the Motion for Reconsideration is as follows:
    (1) Opposition due October 31, 2014
    (2) Reply due November 14, 2014

DATED: _____October 9_____, 2014     _____
                                                          Hon. Edward J. Davila
                                                          United States District Judge

- 2 -

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. 5:11-cv-02449-EJD