QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kathleen M. Sullivan (CA Bar No. 242261)
  kathleensullivan@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood City, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

  Faith E. Gay (*pro hac vice*)
  faithgay@quinnemanuel.com
  Isaac Nesser (*pro hac vice*)
  isaacnesser@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

Attorneys for the Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Doe I, Doe II, Ivy He, Doe III, Doe IV, Doe V, Doe VI, Roe VII, Charles Lee, Roe VIII, Doe IX, Liu Guifu, Wang Weiyu, and those individuals similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Cisco Systems, Inc., John Chambers, Fredy Cheung, and Does 1-100,<br><br>    Defendants. | Case No. 5:11-cv-02449-EJD<br><br>**DEFENDANTS' NOTICE OF JOINDER REGARDING PLAINTIFFS' REQUEST TO DECIDE MOTION FOR RECONSIDERATION WITHOUT ORAL ARGUMENT (Dkt. No. 155)**<br><br>Action Filed: May 19, 2011<br>Judge: Hon. Edward J. Davila<br><br>Hearing Date: March 5, 2014<br>Time: 9:00 a.m.<br>Courtroom: 4, 5th Floor |

1    Defendants hereby notify Plaintiffs and the Court that, under Local Rule 7-1(b),
2 Defendants join in Plaintiffs' request that Plaintiffs' Motion for Reconsideration be decided
3 without oral argument.  (*See* Dkt. 155 at Not. of Mot. (requesting under L.R. 7-1(b) that the
4 Motion be decided without oral argument).)   Oral argument is currently set for March 5, 2015 at
5 9:00 A.M.   For the Court's convenience, Defendants have attached a proposed order for the
6 Court's consideration.

8  DATED:   New York, New York                    QUINN EMANUEL URQUHART &
           January 13, 2015                                    SULLIVAN, LLP


          By:   /s/ Kathleen M. Sullivan
              Kathleen M. Sullivan
              Faith E. Gay
              Isaac Nesser

          51 Madison Avenue, 22d Floor,
          New York, New York  10010-1601
          (212) 849-7000

          *Attorneys for the Defendants*