1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
       Kathleen M. Sullivan (CA Bar No. 242261)
2       kathleensullivan@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
3  Redwood City, California 94065
   Telephone:     (650) 801-5000
4  Facsimile:     (650) 801-5100

5       Faith E. Gay (*pro hac vice*)
        faithgay@quinnemanuel.com
6       Isaac Nesser (*pro hac vice*)
        isaacnesser@quinnemanuel.com
7  51 Madison Avenue, 22nd Floor
   New York, New York 10010
8  Telephone:     (212) 849-7000
   Facsimile:     (212) 849-7100
9
   Attorneys for the Defendants
10

11
                        UNITED STATES DISTRICT COURT
12                     NORTHERN DISTRICT OF CALIFORNIA
                              SAN JOSE DIVISION
13

14 | Doe I, Doe II, Ivy He, Doe III, Doe IV, Doe V, Doe VI, Roe VII, Charles Lee, Roe VIII, Doe IX, Liu Guifu, Wang Weiyu, and those individuals similarly situated, | Case No. 5:11-cv-02449-EJD |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING REQUEST TO DECIDE MOTION WITHOUT ORAL ARGUMENT** |
| v. | Action Filed: May 19, 2011<br>Judge: Hon. Edward J. Davila |
| Cisco Systems, Inc., John Chambers, Fredy Cheung, and Does 1-100, | Hearing Date: March 5, 2014<br>Time: 9:00 a.m.<br>Courtroom: 4, 5th Floor |
| Defendants. | |

1    Plaintiffs have requested under L.R. 7-1(b) that the Court decide Plaintiffs' Motion for
2    Reconsideration (Dkt. 155) without oral argument. Defendants have joined Plaintiffs' request. The
3    Court agrees that the Motion may be decided without oral argument, and hereby orders that the
4    oral argument set for March 5, 2015 at 9:00 A.M. be removed from the calendar. The Court will
5    take the matter under submission without oral argument.

7    Date: January ___, 2015

                                                        The Hon. Edward J. Davila