QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Kathleen M. Sullivan (CA Bar No. 242261)
   kathleensullivan@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood City, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

   Faith E. Gay (*pro hac vice*)
   faithgay@quinnemanuel.com
   Isaac Nesser (*pro hac vice*)
   isaacnesser@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

Attorneys for the Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Doe I, Doe II, Ivy He, Doe III, Doe IV, Doe V, Doe VI, Roe VII, Charles Lee, Roe VIII, Doe IX, Liu Guifu, Wang Weiyu, and those individuals similarly situated,<br><br>           Plaintiffs,<br><br>     v.<br><br>Cisco Systems, Inc., John Chambers, Fredy Cheung, and Does 1-100,<br><br>           Defendants. | Case No. 5:11-cv-02449-EJD<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO DECIDE MOTION WITHOUT ORAL ARGUMENT**<br><br>Action Filed: May 19, 2011<br>Judge: Hon. Edward J. Davila<br><br>Hearing Date: March 5, 2014<br>Time: 9:00 a.m.<br>Courtroom: 4, 5th Floor |

1  Plaintiffs have requested under L.R. 7-1(b) that the Court decide Plaintiffs' Motion for
2  Reconsideration (Dkt. 155) without oral argument. Defendants have joined Plaintiffs' request. The
3  Court agrees that the Motion may be decided without oral argument, and hereby orders that the
4  oral argument set for March 5, 2015 at 9:00 A.M. be removed from the calendar. The Court will
5  take the matter under submission without oral argument.

7  Date: January  14 , 2015                              _____
8                                                        The Hon. Edward J. Davila