TERRI MARSH, ESQ. (*pro hac vice*)
    terri.marsh.hrlf@gmail.com
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street, NW, Suite 1100
Washington, D.C. 20036
Phone: (202) 697-3858; Fax: (202) 355-6701

## UNITED STATES DISTRICT COURT FOR THE
## NOTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, DOE IX, LIU Guifu, WANG Weiyu, and those individual similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Fredy CHEUNG, and DOES 1-100,<br><br>        Defendants. | Case No. 5:11-cv-02449-EJD-PSGx<br>Assigned to the Hon. Edward J. Davila, U.S.D.J.<br><br>**NOTICE OF APPEAL** |

    Notice is hereby given that all Plaintiffs, in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment, entered in this action on the 31st of August, 2015.

                                                    /s/
                                                   Terri E. Marsh
                                              Attorney for Plaintiffs
                                   Human Rights Law Foundation
                                   1615 L Street, NW, Suite 1100
                                        Washington, D.C. 20036