TERRI MARSH, ESQ. (*pro hac vice*)
    terri.marsh.hrlf@gmail.com
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street, NW, Suite 1100
Washington, D.C. 20036
Phone: (202) 697-3858; Fax: (202) 355-6701

## UNITED STATES DISTRICT COURT FOR THE
## NOTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, DOE IX, LIU Guifu, WANG Weiyu, and those individual similarly situated,<br><br>       Plaintiffs,<br><br>  vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Fredy CHEUNG, and DOES 1-100,<br><br>       Defendants. | Case No. 5:11-cv-02449-EJD-PSGx<br>Assigned to the Hon. Edward J. Davila, U.S.D.J.<br><br>**PLAINTIFFS/APPELLANTS' REPRESENTATION STATEMENT** |

      The undersigned represents Plaintiffs/Appellants: DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, DOE IX, LIU Guifu, WANG Weiyu, and those individual similarly situated, in this matter and no others.

      The remaining parties to this action are the Defendants/Appellees: CISCO SYSTEMS, INC.; JOHN CHAMBERS; FREDY CHEUNG; AND DOES 1-100.

Plaintiffs/Appellants are currently represented by:

Terri E. Marsh (*pro hac vice*)
HUMAN RIGHTS LAW FOUNDATION
1615 L Street, NW, Suite 1100
Washington, D.C. 20036
Phone: (202) 697-3858
Fax: (202) 355-6701
E-mail: terri.marsh.hrlf@gmail.com

Defendants/Appellees are currently represented by:

Kathleen M. Sullivan (CA Bar No. 242261)
Faith E. Gay (*pro hac vice*)
Isaac Nesser (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood City, California 94065
Phone: (650) 801-5000
Fax: (650) 801-5100
E-mail: kathleensullivan@quinnemanuel.com

Dated: September 24, 2015

_____/s/_____
Terri E. Marsh
Attorney for Plaintiffs