TERRI MARSH, ESQ. (*pro hac vice*)
  terri.marsh.hrlf@gmail.com
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street, NW, Suite 1100
Washington, D.C. 20036
Phone: (202) 697-3858; Fax: (202) 355-6701

**UNITED STATES DISTRICT COURT FOR THE
NOTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, DOE IX, LIU Guifu, WANG Weiyu, and those individual similarly situated,<br><br>   Plaintiffs,<br><br>  vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Fredy CHEUNG, and DOES 1-100,<br><br>   Defendants.<br>_____ | Case No. 5:11-cv-02449-EJD-PSGx<br>Assigned to the Hon. Edward J. Davila, U.S.D.J.<br><br>**CERTIFICATE OF SERVICE OF:**<br><br>NOTICE OF APPEAL<br><br>And:<br><br>REPRESENTATION STATEMENT |

  This is to certify that on September 24, a true and correct copy of the NOTICE OF APPEAL and the REPRESENTATION STATEMENT were filed electronically with this court, thus giving all parties and their attorneys notice and copies of said documents via the Court's CM/ECF system and/or the PACER system.

                   _____/s/_____
                      Terri E. Marsh
                     Attorney for Plaintiffs