TERRI MARSH, ESQ. (*pro hac vice*)
    terri.marsh.hrlf@gmail.com
**HUMAN RIGHTS LAW FOUNDATION**
1615 L Street, NW, Suite 1100
Washington, D.C. 20036
Phone: (202) 697-3858; Fax: (202) 355-6701

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DOE I, DOE II, Ivy HE, DOE III, DOE IV, DOE V, DOE VI, ROE VII, Charles LEE, ROE VIII, DOE IX, LIU Guifu, WANG Weiyu, and those individual similarly situated,<br><br>        Plaintiffs,<br><br>        vs.<br><br>CISCO SYSTEMS, INC., John CHAMBERS, Fredy CHEUNG, and DOES 1-100,<br><br>        Defendants. | Case No. 5:11-cv-02449-EJD-PSGx<br>Assigned to the Hon. Edward J. Davila, U.S.D.J.<br><br>**NOTICE OF ERRATA** |

    Notice is hereby given that the Transcript Order filed in this case on November 11, 2015, was filed in error, as a transcript of oral proceedings was already ordered by Plaintiffs' counsel on March 24, 2014, and therefore there are no proceedings "not already on file" which would need to be ordered in accordance with F.R.A.P. 10(b)(1)(A). Undersigned counsel regrets the error.

                                    Respectfully submitted,

                                             /s/
                                           Terri E. Marsh
                                        Attorney for Plaintiffs
                                 Human Rights Law Foundation
                                 1615 L Street, NW, Suite 1100
                                    Washington, D.C. 20036