| | |
|---|---|
| UNITED STATES COURT OF APPEALS | FILED |
| FOR THE NINTH CIRCUIT | MAY 08 2017<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| DOE I, DOE II, IVY HE, DOE III, DOE IV, DOE V, DOE VI, CHARLES LEE, ROE VII, ROE VIII, LIU GUIFU, DOE IX, and WEIYU WANG,<br><br>   Plaintiffs - Appellants,<br><br>v.<br><br>CISCO SYSTEMS, INC., JOHN CHAMBERS, and FREDY CHEUNG,<br><br>   Defendants - Appellees. | No. 15-16909<br><br>D.C. No. 5:11-cv-02449-EJD<br><br>ORDER |

Before: REINHARDT, TASHIMA, and BERZON, Circuit Judges.

Submission of this case is vacated pending resolution by the United States Supreme Court of *Jesner v. Arab Bank, PLC*, No. 16-499, 2017 WL 1199472 (U.S. Apr. 3, 2017) (granting petition for certiorari).