FILED

APR 25 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DOE I; DOE II; IVY HE; DOE III; DOE IV; DOE V; DOE VI; CHARLES LEE; ROE VII; ROE VIII; LIU GUIFU; DOE IX; WEIYU WANG, and those individuals similarly situated,<br><br>            Plaintiffs-Appellants,<br><br> v.<br><br>CISCO SYSTEMS, INC.; JOHN CHAMBERS; FREDY CHEUNG, AKA Zhang Sihua; DOES, 1-100,<br><br>            Defendants-Appellees. | No.   15-16909<br><br>D.C. No. 5:11-cv-02449-EJD<br>Northern District of California,<br>San Jose<br><br><br>ORDER |

Before:  TASHIMA, BERZON, and CHRISTEN, Circuit Judges.

The motion of former U.S. Ambassador-at-Large for War Crimes Issues David J. Scheffer for leave to file an amicus curiae brief, Dkt. No. 14, is GRANTED.  The amicus brief submitted on January 11, 2016 shall be filed.

The motion of Electronic Frontier Foundation, ARTICLE 19, and Privacy International for leave to file an amicus curiae brief, Dkt. No. 15, is GRANTED.  The amicus brief submitted on January 11, 2016 shall be filed.

The motion of EarthRights International and the Center for Constitutional Rights for leave to file an amicus curiae brief, Dkt. No. 16, is GRANTED. The amicus brief submitted on January 11, 2016 shall be filed.