**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 25 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DOE I; DOE II; IVY HE; DOE III; DOE IV; DOE V; DOE VI; CHARLES LEE; ROE VII; ROE VIII; LIU GUIFU; DOE IX; WEIYU WANG, and those individuals similarly situated,<br><br>    Plaintiffs-Appellants,<br><br> v.<br><br>CISCO SYSTEMS, INC.; JOHN CHAMBERS; FREDY CHEUNG, AKA Zhang Sihua; DOES, 1-100,<br><br>    Defendants-Appellees. | No. 15-16909<br><br>D.C. No. 5:11-cv-02449-EJD Northern District of California, San Jose<br><br><br>ORDER |

Before: TASHIMA, BERZON, and CHRISTEN, Circuit Judges.

  The parties are directed to file supplemental briefs addressing the impact of the Supreme Court's decision in *Jesner v. Arab Bank, PLC*, No. 16-499, 2018 WL 1914663 (Apr. 28, 2018). The appellants' brief shall be filed no later than May 16, 2018. The appellees' brief shall be filed no later than June 6, 2018. The briefs shall not exceed fifteen pages.