**FILED**

NOV 1 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DOE I; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> CISCO SYSTEMS, INC.; et al., <br><br> Defendants-Appellees. | No. 15-16909 <br><br> D.C. No. 5:11-cv-02449-EJD <br> Northern District of California, <br> San Jose <br><br> ORDER |

Before: TASHIMA, BERZON, and CHRISTEN, Circuit Judges.

Oral argument will be held at 2:00 p.m. on Tuesday, January 15, 2019, in Courtroom One of the James R. Browning Courthouse, located at 95 Seventh Street in San Francisco, California 94103. Each side shall have 20 minutes for argument. http://www.ca9.uscourts.gov/information/locations.php