

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 6 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DOE I; et al., | No. 15-16909 |
| Plaintiffs-Appellants, | D.C. No. 5:11-cv-02449-EJD<br>Northern District of California,<br>San Jose |
| v. | |
| CISCO SYSTEMS, INC.; et al., | ORDER |
| Defendants-Appellees. | |

Before: TASHIMA, BERZON, and CHRISTEN, Circuit Judges.

Submission in this case remains vacated. This case will be set for oral argument when Supreme Court proceedings in *Doe v. Nestle*, No. 17-55435, if any, have concluded.