UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 1 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DOE I; DOE II; IVY HE; DOE III; DOE IV; DOE V; DOE VI; CHARLES LEE; ROE VII; ROE VIII; LIU GUIFU; DOE IX; WEIYU WANG, and those individuals similarly situated,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>CISCO SYSTEMS, INC.; JOHN CHAMBERS; FREDY CHEUNG, AKA Zhang Sihua; DOES, 1-100,<br><br>Defendants-Appellees. | No. 15-16909<br><br>D.C. No. 5:11-cv-02449-EJD Northern District of California, San Jose<br><br>ORDER |

Before: TASHIMA, BERZON, and CHRISTEN, Circuit Judges.

The parties are directed to file supplemental briefs addressing the impact of the Supreme Court's decision in *Nestlé USA, Inc. v. Doe*, No. 19-416, 2021 WL 2459254 (June 17, 2021). The appellants' brief shall be filed no later than July 22, 2021. The appellees' brief shall be filed no later than August 12, 2021. The briefs shall not exceed fifteen pages.