| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 24 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DOE I; DOE II; IVY HE; DOE III; DOE IV; DOE V; DOE VI; CHARLES LEE; ROE VII; ROE VIII; LIU GUIFU; DOE IX; WEIYU WANG, and those individuals similarly situated,

        Plaintiffs-Appellants,

 v.

CISCO SYSTEMS, INC.; JOHN CHAMBERS; FREDY CHEUNG, AKA Zhang Sihua; DOES, 1-100,

        Defendants-Appellees.

No.   15-16909

D.C. No. 5:11-cv-02449-EJD
Northern District of California,
San Jose

ORDER

Before: TASHIMA, BERZON, and CHRISTEN, Circuit Judges.

     Appellants are ordered to file a response to the Petition for Panel Rehearing and Rehearing En Banc filed August 11, 2023. The response shall not exceed fifteen pages or 4,200 words and shall be filed within 21 days of the date of this order.