FILED

SEP 10 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DOE I; DOE II; IVY HE; DOE III; DOE IV; DOE V; DOE VI; CHARLES LEE; ROE VII; ROE VIII; LIU GUIFU; DOE IX; WEIYU WANG, and those individuals similarly situated,<br><br>　　　　　Plaintiffs-Appellants,<br><br>　v.<br><br>CISCO SYSTEMS, INC.; JOHN CHAMBERS; FREDY CHEUNG, AKA Zhang Sihua; DOES, 1-100,<br><br>　　　　　Defendants-Appellees. | No.　15-16909<br><br>D.C. No. 5:11-cv-02449-EJD<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before: TASHIMA, BERZON, and CHRISTEN, Circuit Judges.

　　　Defendants-Appellees' motion to stay the mandate pending the filing of a petition for a writ of certiorari is GRANTED. Fed. R. App. P. 41(d). The mandate is stayed for ninety (90) days pending the filing of a petition for a writ of certiorari in the Supreme Court. If the Supreme Court grants an extension of the time for filing a petition for a writ of certiorari, the stay shall continue through the deadline for filing the petition. If a petition for a writ of certiorari is filed before the stay expires, the stay shall continue until final disposition of the matter by the Supreme Court. While the mandate remains stayed, Defendants-Appellees shall immediately inform this Court when Defendants-Appellees have either filed, or

2

decided not to file, a petition for writ of certiorari, or if an extension of the time to file a petition is granted.