# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

February 11, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Cisco Systems, Inc., et al.
           v. Doe I, et al.
           No. 24-856
           (Your No. 15-16909)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 31, 2025 and placed on the docket February 11, 2025 as No. 24-856.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst